Fill in this information to identify the case:

| Debtor name | FCI Sand Operations, LLC |
|---|---|
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known): | 25-80481-MVL-11 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DCP Midstream Marketing<br>6900 E. Layton Ave. St. 900<br>Denver, CO 80237 | gassettlements@p66.com | Supplier/Utilities | | | | $59,142.21 |
| AmeriMex Motor & Controls, LLC<br>1015 N. Colorado St.<br>San Antonio, TX 78207-1748 | | Services/Leases | | | | $59,788.40 |
| Anderson Machinery Company<br>PO Box 200380<br>San Antonio, TX 78220 | | Services/Leases | | | | $587,387.20 |
| ASTEC<br>PO Box 934331<br>Atlanta, GA 31193-4331 | | Processing Services | | | | $77,270.82 |
| GTRZ Automations<br>155 Eaglerock<br>Poteet, TX 78065-3841 | fgutierrez@gtrzautomation.com | Services | | | | $102,177.00 |
| H&E Equipment Services<br>PO Box 849850<br>Dallas, TX 75284-9850 | creditdallas@he-equipment.com | Equipment Services | | | | $253,358.01 |
| JARCO Companies<br>8023 Vantage Dr. Ste 1410<br>San Antonio, TX 78230 | | Supplier/Trade | | | | $143,923.98 |

Debtor  **FCI Sand Operations, LLC**        Case number *(if known)*  25-80481-MVL-11
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| RJ Machine Company, Inc. 112 Northridge Road Marble Falls, TX 78654 | | Royalties | | | | $1,006,915.24 |
| William B. McAda P.O. Box 3 Cambellton, TX 78008 | | Royalties | | | | $109,592.00 |
| McCourt Equipment 5141 West State Hwy 71 LaGrange, TX 78945 | accountsreceivable@mccourtequipment.com | Equipment Leases/Trade | | | | $864,608.26 |
| MOR-PPM, Inc. PO Box 405717 Atlanta, GA 30384-5717 | mroach@morppm.com | Maintenance Services | | | | $502,103.25 |
| Moy's Water Well Drilling & Services PO Box 837 Pleasanton, TX 78064 | moys@wwstxus.com | Drilling Services | | | | $414,438.98 |
| Paisano Lease Company PO Box 598 Freer, TX 78357 | | Services | | | | $123,310.00 |
| Purvis Industries PO Box 540757 Dallas, TX 75354 | Davis Johnson david.johnson@purvisindustries.com | Supplies/Trade | | | | $115,722.78 |
| Rango, Inc. 4215 E McDowell Rd Suite 201 Mesa, Arizona 85215 | | Mining Services | | | | $563,630.56 |
| ROMCO Equipment Co LLC PO Box 736957 Dallas, TX 75373-6957 | romco@billtrust.com | Equipment Leases | | | | $171,698.11 |
| Stabilis GDS, Inc. 11750 Katy Freeway Suite 900 Houston, TX 77079 | tvillarreal@stabilis-solutions.com | Trade/Utilities | | | | $339,694.72 |

| Debtor | FCI Sand Operations, LLC | | Case number *(if known)* | 25-80481-MVL-11 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| TAC Insight<br>6200 Baum Dr. Ste 102<br>Knoxville, TN 37919-9501 | | Service | | | | $72,281.18 |
| Tiki Trucking, LP<br>2785 N Bagdad Rd<br>Leander, TX 78380 | alex@tikitrucking.com | Truck Rental/Leases | | | | $1,236,301.17 |
| Wright Materials Plant 3 / Bluntzer<br>5917 FM3088<br>Robstown, TX 78380 | | Trade/Supplies | | | | $465,886.72 |