IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FCI SAND OPERATIONS, LLC, *et al.*, | § | Case No. 25-80481-mvl-11 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**General**

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the chapter 11 cases (the "Chapter 11 Cases") pending in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court") were prepared, pursuant to section 521 of the United States Code, Title 11 §§ 101, *et seq.* (as amended, the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure, by management of the Debtors, with the assistance of the Debtors' advisors, and are unaudited. Although the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. The Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment. Nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtors or an admission with respect to the Chapter 11 Cases (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers), and the Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

The Schedules and Statements have been signed by John Nelson, Director and Member of the Debtors, as applicable. In reviewing and signing the Schedules and Statements, Mr. Nelson necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Mr. Nelson has not (and could not have) personally verified the accuracy of

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: FCI Sand Operations, LLC (2539) and FCI South, LLC (4193) (the "Debtors"). The location of the Debtors' service address is 606 County Rd. 121, Marble Falls, TX 78654.

each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

**Description of the Cases**

On July 30, 2025 (the "Petition Date"), Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.  The Debtors' cases are jointly administered under Case No. 25-80481 in the Bankruptcy Court before the Honorable Judge Michelle V. Larson.  The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of close of business on July 30, 2025, and the liability data of the Debtors as of close of business on July 30, 2025.

**Basis of Presentation**

The Debtors review their books and records and adjust such books and records based on their annual tax reporting as well as basic accounting principles.  These Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records, documents received from creditors, and historical financial statements.

Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

**Amendment**

While reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary or appropriate.

---

[2]  These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.  Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.

## General Disclosures Applicable to Schedules and Statements

1. **Causes of Action.** Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims or causes of action and neither these Global Notes nor the Schedules and Statements shall (i) be deemed a waiver of any such claims or causes of actions or (ii) in any way prejudice or impair the assertion of any such claims or causes of action.

2. **Recharacterization.** The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, to the extent any items reported in the Schedules and Statements have been improperly characterized, classified, categorized, or designated, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate such items at a later time as necessary or appropriate as additional or more accurate information becomes available.

3. **Claim Designations.** Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

4. **Unliquidated Claim Amounts.** Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

5. **Court Orders.** Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases (collectively, and as amended or modified, the "Prepetition Payment Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, certain trade vendors, and taxing authorities. Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court, the Debtors reserve all rights to amend or supplement their Schedules and Statements as is necessary or appropriate.

6. **Valuation.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, net book values and estimations as of the Petition Date are reflected on the Schedules and Statements. Exceptions to this include operating cash and certain other assets. Operating cash is presented at bank balances as of the Petition Date. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude

items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

7. **Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and deferred gains, if any. The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

8. **Confidential or Sensitive Information.** There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual. Any such redactions will be limited to only what is necessary to protect the Debtors or applicable third parties.

9. **Leases.** The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.

10. **Receivables.** The Debtors have not listed individual counterparty accounts receivable balance information as the Company considers its list of counterparties to be proprietary and confidential.

11. **Guarantees and Other Secondary Liability Claims.** The Debtors have used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where such Guarantees have been identified, they have been included in the relevant Schedule H for the Debtor or Debtors affected by such Guarantees. However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to amend the Schedules to the extent that additional Guarantees are identified.

12. **Mechanics' Liens.** The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens.

13. **Estimates.** To prepare and file the Schedules, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

14. **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15. **Property and Equipment.** Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment

from certain third party lessors. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

16.    **Claims of Third-Party Related Entities.**  While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to same.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

17.    **Setoffs and Recoupment.**  The Debtors incur setoffs and net payments in the ordinary course of business.  Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, refunds, warranties, and other disputes between the Debtors and their customers or vendors. Therefore, the economic impact of claims related to setoff and recoupment are excluded from the Debtors' responses to Question 6 of the Statement of Financial Affairs.

18.    **Insiders.**  The Debtors have attempted to include all payments made over the 12 months preceding the Petition Date to any individual or entity deemed an "insider." For these purposes, "insider" is defined as (1) an individual or entity owning 20% or more of the voting or equity securities of a Debtor, (2) directors of any of the Debtors, (3) the Debtors' insider employees, or (4) a person married to any of the foregoing.  The listing of a party as an "insider," however, is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

19.    **Payments.**  The financial affairs and business of the Debtors are complex. Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.  Payments made are listed by the legal entity making such payment notwithstanding that many such payments will have been made on behalf of another legal entity.

20.    **Totals.**  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

## Specific Notes Applicable to Schedules and Statements

**Specific Notes Regarding Schedule A/B**

The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property.  The Debtors reserve all rights to recategorize or recharacterize such asset holdings to the extent the Debtors determine that such holdings were listed incorrectly. The Debtors have listed the value in Part 9 as unknown as the Debtors do not believe the net book value or tax value fairly represents the fair market value.  The Debtors have retained a valuation consultant and reserve the right to amend or adjust the value to reflect new information received by the Debtors.

The Account Receivable listed in Part 3 were factored and, potentially, are not property of the prepetition Debtors, however, the Debtors reserve all rights to recategorize or recharacterize such assets.

Certain instruments reflected on Schedule A/B may contain renewal options, guarantees or payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B.  The Debtors reserve the right to assert that any instrument listed on Schedule A/B is an executory contract within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B or Schedule G, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditor's claim.  The Debtors failure to list any rights in real property on Schedule A/B shall not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

**Specific Notes Regarding Schedule D**

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.  Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not nor shall it be deemed to be an admission as to the validity of any such lien.  Conversely, the Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.  Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

The Debtors have listed the value of the collateral for item 2.14 using the valuation accepted by a third-party buyers of equity.  However, the Debtors have requested a valuation be performed of the Debtors' estate as part of these Chapter 11 Cases and reserve the right to amend or adjust the value to reflect new information received by the Debtors.  Further, the amount of the claim listed for BMO Bank N.A. and Canon Financial Services represent the total purchase amount, as the exact amount owing has not been reconciled.  The Debtors reserve the right to amend or adjust the values to reflect new information received by the Debtors.

**Specific Notes Regarding Schedule E/F**

1.     **Creditors Holding Priority Unsecured Claims.**  The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and/or the priority status of any claim on any basis at any time.

2.     **Creditors Holding Nonpriority Unsecured Claims.**  The Debtors have used their reasonable best efforts to list all general unsecured claims against the Debtors on Schedule E/F, Part 2 based upon the Debtors' existing books and records.

Schedule E/F, Part 2 does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves.  Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records.  Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

The claims listed in Schedule E/F, Part 2 arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact.  Determining the date upon which each claim in Schedule E/F, Part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F, Part 2.

Schedule E/F, Part 2 contains information regarding potential and pending litigation involving the Debtors.  In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined.  To the extent that litigation involving a particular Debtor has been identified, however, such information is contained in the Schedule for that Debtor.

Schedule E/F, Part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease.

In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Except in certain limited circumstances, the Debtors have not scheduled contingent and unliquidated liabilities related to guaranty obligations on Schedule E/F, Part 2. Such guaranties are, instead, listed on Schedule H.

The claims of individual creditors for, among other things, goods, services, or taxes listed on the Debtors' books and records may not reflect credits or allowances due from such creditors. The Debtors reserve all of their rights in respect of such credits or allowances. The dollar amounts listed may be exclusive of contingent or unliquidated amounts.

Unless the Debtors were required to pay ancillary costs, such as freight, miscellaneous fees and taxes, such costs are not included in the liabilities scheduled, as such amounts do not represent actual liabilities of the Debtors.

3.      **Schedule – Intercompany.** The Debtors maintain business relationships between and among themselves resulting in intercompany receivables and payables and other claims in the ordinary course of business. Notably, reconciliation of the Debtors' books and records is still ongoing and any intercompany accounts payable and accounts receivable figures listed herein may require amendment as the reconciliation process progresses and concludes.

4.      **Schedule – Trade Payables.** Trade Payables listed on Schedule E/F, Part 2 contain the liability information available to the Debtors as of the date of filing, including invoices for prepetition claims that may have been paid after the Petition Date pursuant to an order of the Bankruptcy Court. In these instances, the Debtors have scheduled the unpaid Trade Payables pursuant to their books and records.

**Specific Notes Regarding Schedule G**

The Debtors continue to review their leases, operating agreements, and other contracts and leases for purposes of Schedule G, and reserve all of their rights in connection with Schedule G.

The lease agreement between FCI South and 3 Rivers Sand LLC included an option to purchase, and the Debtors have entered the option period.

**Specific Notes Regarding Schedule H**

**Co-Debtors.** The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert

cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth individually on Schedule H. However, some such claims may be listed elsewhere in the Schedules and Statements.

**Specific Notes Regarding Statement of Financial Affairs**

Revenue generated by FCI South LLC is consolidated and disclosed as part of FCI Sand Operations, LLC's revenue in Part 1 of FCI Sand's SOFA.

Payments made for retainers of professionals disclosed in Part 6 of FCI Sand Operations, LLC's SOFA cover services provided to both Debtors.

4917-5779-7470v.1 024170.00001

**Fill in this information to identify the case:**

Debtor name    FCI Sand Operations, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   25-80481-mvl11

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 14, 2025    **X** /s/ John Nelson
Signature of individual signing on behalf of debtor

John Nelson
Printed name

Director
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    FCI Sand Operations, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   25-80481-mvl11

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:  Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................   $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................   $     40,521,041.39

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................   $     40,521,041.39

### Part 2:  Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     2,709,561.07

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................   $     33,205.77

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............   +$     21,466,964.07

4.    Total liabilities ......................................................................................
    Lines 2 + 3a + 3b       $     24,209,730.91

**Fill in this information to identify the case:**

Debtor name      FCI Sand Operations, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    25-80481-mvl11

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Plains Capital Bank | Checking | 7908 | $9,875.01 |
| 3.2. | Commercial National Bank | Checking | 3900 | $3.00 |
| 3.3. | Commercial National Bank | Checking | 2968 | $2,521.81 |
| 3.4. | Security State Bank & Trust | Checking | 1100 | $1,988.10 |
| 3.5. | Security State Bank & Trust | Checking | 7610 | $50.00 |
| 3.6. | Security State Bank & Trust | Checking | 7644 | $50.00 |

4.    **Other cash equivalents** *(Identify all)*

Debtor   **FCI Sand Operations, LLC**                                    Case number *(If known)*  25-80481-mvl11
         Name

5.   **Total of Part 1.**                                                                          $14,487.92
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6.  **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.       **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

8.       **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
         Description, including name of holder of prepayment

   8.1.   Sand Purchase Agreement with BPX Production Company                                      $1,852,198.93

   8.2.   Portion of Munsch Hardt Kopf & Harr, P.C. retainer remaining - See Global Note                 $0.00

   8.3.   Portion of Martin Powers retainer remaining - See Global Note                                  $0.00

   8.4.   Portion of Michael Roberts retainer remaining - See Global Note                                $0.00

9.   **Total of Part 2.**                                                                       $1,852,198.93
     Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.      **Accounts receivable**

   11a. 90 days old or less:        3,400,881.33    -          0.00    = ....        $3,400,881.33
                                    face amount           doubtful or uncollect ble accounts

   11b. Over 90 days old:              36,960.06    -          0.00    =....            $36,960.06
                                    face amount           doubtful or uncollect ble accounts

12.  **Total of Part 3.**                                                                       $3,437,841.39
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | FCI Sand Operations, LLC | Case number *(If known)*  25-80481-mvl11 |
|---|---|---|
| | Name | |

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** FCI North Pleasanton - dry sand in silo (2,658 tons at $25.00 per ton) | | $0.00 | | $66,450.00 |
| | FCI North Pleasanton - washed sand (43,204 tons at $5.00 per ton) | | $0.00 | | $216,020.00 |
| | FCI North Pleasanton - mined sand (75,745.80 tons at $1.75 per ton) | | $0.00 | | $132,555.15 |
| | FCI North Pleasanton - waste (100.8 tons) | | $0.00 | | $0.00 |

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

23.   **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $415,025.15 |
|---|

24.   **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor    FCI Sand Operations, LLC                                    Case number *(If known)*  25-80481-mvl11
_____
Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office (See Exhibit 41) | $0.00 | | Unknown |
| 6 laptops | $0.00 | | Unknown |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collect bles

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.                    | $0.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.  Go to Part 9.
      ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2023 Ford F150 (VIN# 1FTFW1E54PKE34245) | $32,600.00 | N/A | $32,600.00 |
| 47.2.  2023 Ford F150 (VIN# 1FTFW1E56PFB36675) | $32,600.00 | N/A | $32,600.00 |
| 47.3.  2015 Ford F350 (VIN# 1FD8W3HT5FED27177) | $34,000.00 | N/A | $34,000.00 |
| 47.4.  2010 Ford F150 (VIN# 1FTFW1EVXAFC23115) | $4,100.00 | N/A | $4,100.00 |

| Debtor | FCI Sand Operations, LLC | | Case number *(If known)* 25-80481-mvl11 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.5. | 2007 Chevy 2500 (VIN# 1GCHC39D57E122738) | $5,000.00 | N/A | $5,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| | 2023 GEHLD / GEHL Telehandler (Serial# P52041) | $180,000.00 | N/A | $180,000.00 |
| | Wet Plant equipment (See Exhibit 50A) | $0.00 | N/A | $9,659,000.00 |
| | Dry Plant equipment (See Exhibit 50B) | $0.00 | N/A | $14,728,937.00 |
| | Load Out Equipment (See Exhibit 50C) | $0.00 | N/A | $8,837,365.00 |
| | 2022 GEHL R260 / GEHL Skid Steer (Tire with tracks) (Serial# 175175) | $45,700.00 | N/A | $45,700.00 |
| | 2022 Gehl RT215 / GEHL Tracked Skid Steer (Serial# GHLRRT215H003000837) | $43,700.00 | N/A | $43,700.00 |
| | GEHL RS12-42 / GEHL Telehandler (Serial# 518556) | $180,000.00 | N/A | $180,000.00 |
| | 2018 Grove 770E / Grove 70 Ton Crane (erial# 236050) | $499,000.00 | N/A | $499,000.00 |
| | 2024 Manitou TJ85 Man Basket (Serial# C01111520) | $152,000.00 | N/A | $152,000.00 |
| | GEHL DL 12-55 (Serial# 2063) | $4,935.00 | | $4,935.00 |
| | (2) Caterpillar generators | $18,346.00 | | $18,346.00 |
| | Manitu Tire Skid Steer (Cannon) (S/N MMCMLA7PE00070564) | $0.00 | | Unknown |
| | (2) Caterpiler Genset | Unknown | | Unknown |
| | Kobelco 520 Excavator (VIN# LS16007001) | Unknown | | Unknown |

Debtor    FCI Sand Operations, LLC _____    Case number (If known)  25-80481-mvl11
           Name

**51.    Total of Part 8.**                                                    | $34,457,283.00 |

Add lines 47 through 50.  Copy the total to line 87.

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    Approximately 187 acres of real property in Atascosa county - See Global Notes | Land | Unknown | N/A | Unknown |

**56.    Total of Part 9.**                                                    | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| Debtor | FCI Sand Operations, LLC | Case number *(If known)* | 25-80481-mvl11 |
|---|---|---|---|
| | Name | | |

|  | | **Current value of debtor's interest** |
|---|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>Imperium Insurance Company - General Liability (Policy# MNG-ICC-GL-0001631-00) | Unknown |
| | Imperium Insurance Company - Business Auto (Policy# MNG-ICC-CA-0001057-00) | Unknown |
| | Axis Surplus Insurance Company - Excess Liability (Policy# P-001-001521303-01) | Unknown |
| | The Travelers Lloyds Insurance Company - Property & Inland Marine (Policy# QT-630-1s829096-TLC-24) | Unknown |
| | Texas Mutual Insurance Company - Employers Liability (Policy# 2121372) | Unknown |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | Potential lender liability and usury claims | Unknown |
| | **Nature of claim**<br>**Amount requested**                                    $0.00 | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | Check from Traveler's Insurance (uncashed) | $344,205.00 |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $344,205.00 |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor   FCI Sand Operations, LLC
Name

Case number *(If known)*   25-80481-mvl11

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,487.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,852,198.93 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,437,841.39 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $415,025.15 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $34,457,283.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $344,205.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $40,521,041.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $40,521,041.39 |

## SCHEDULE A/B
## Exhibit 11

### A/R Aging Summary Report
#### FCI Sand Operations LLC
**As of July 31, 2025**

| Customer | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| Alpine Silica | 761.97 | 199,795.53 | 824,100.34 | 11,809.01 | | 1,036,466 85 |
| BJ Energy Solutions | 75,316.50 | -45,114.85 | 774.51 | 1,644.72 | -3,311.55 | 29,309.33 |
| BPX Energy Inc | | | -27,547.79 | | | -27,547.79 |
| ConocoPhillips | 935,159.96 | 21,862.40 | | | | 957,022 36 |
| EOG Resources Inc | 100,921.86 | 82,461.90 | 62,205.50 | | | 245,589 26 |
| Halliburton | 11,076.90 | 58,678.80 | -15,956.60 | -6,302.46 | 22,182.08 | 69,678.72 |
| KIMMERIDGE TEXAS GAS | | | 103,578.40 | | | 103,578.40 |
| Liberty Oilfield Services | 83,772.09 | | | -754.23 | 14,016.94 | 97,034 80 |
| NexTier | | | | | 2,871.60 | 2,871.60 |
| Nextier completion solutions inc | | | -1,477.77 | 46,243.94 | | 44,766.17 |
| ProFrac | | -16,103.01 | 119,658.33 | -1,422.30 | -1,344.96 | 100,788 06 |
| **TOTAL** | **1,207,009.28** | **301,580.77** | **1,065,334.92** | **51,218.68** | **34,414.11** | **$2,659,557.76** |

**SCHEDULE A/B**
**Exhibit 41**

**Furniture, Fixtures, & Equipment**

**Wet Plant:**
3 Office chairs and 3 metal folding chairs
1 picnic table and 1 fixed desk
1 Printer
1 laptop and 1 desktop and 6 monitors
1 mini-Fridge
2 water dispensers
2 small fans
**Dry Plant**
1 intel V-pro
4 Computer monitors
1 mini-fridge
1 microwave
2 office chairs and 2 metal folding chairs
1 water dispenser
1 sieve test and shaker
**Loadout**
4 monitors
1 HP intel i5
1 mini-fridge
1 microwave
**Office**
1 conference table
3 desks
3 printers
2 scanners
1 microwave
1 mini-fridge
14 chairs

# SCHEDULE A/B
## 50.A - WET PLANT ASSETS

### WET PLANT ASSETS - 3/1/25

| Wash Plant Valuation | | | |
|---|---|---|---|
| **Equipment** | **Quantity** | **Value per Item** | **Total Value** |
| L45 Hopper with Hydraulic Tipping grid | 1 | $ 250,000.00 | $ 250,000.00 |
| 40ft 48" Jumper Conveyor | 1 | $ 75,000.00 | $ 75,000.00 |
| 90ft 48" Feed Conveyor | 1 | $ 110,000.00 | $ 110,000.00 |
| 6x20ft Primary Rinsing Screen | 1 | $ 160,000.00 | $ 160,000.00 |
| A-Sump with 12/10EM Slurry Pump | 3 | $ 100,000.00 | $ 300,000.00 |
| 6x13ft Dewatering Screen | 8 | $ 85,000.00 | $ 680,000.00 |
| A-Sump with 6/4AH Slurry Pump | 8 | $ 75,000.00 | $ 600,000.00 |
| 20" HydroCyclones | 24 | $ 8,000.00 | $ 192,000.00 |
| 80ft 48" Product Conveyor | 1 | $ 100,000.00 | $ 100,000.00 |
| 240ft 42" Transfer Conveyor | 1 | $ 200,000.00 | $ 200,000.00 |
| 150ft 36" Radial Stacker | 1 | $ 175,000.00 | $ 175,000.00 |
| 60ft Horizontal Clarrifier | 1 | $ 650,000.00 | $ 650,000.00 |
| Mud Tank with 6/4AH Slurry Pump | 1 | $ 50,000.00 | $ 50,000.00 |
| Polymer make-up system | 1 | $ 75,000.00 | $ 75,000.00 |
| 50hp Compressor with Reciever Tank | 1 | $ 25,000.00 | $ 25,000.00 |
| Top-up water Self Priming 8/6-Pond Pump on Barge | 1 | $ 60,000.00 | $ 60,000.00 |
| Water Tank with 10/8 Centrifugal Water Pump | 1 | $ 35,000.00 | $ 35,000.00 |
| Wash Plant Electrical and Control Panel | 1 | $ 1,000,000.00 | $ 1,000,000.00 |
| Piping, sensors and other instrumentation | 1 | $ 250,000.00 | $ 250,000.00 |
| Catwalks and equipment access | 1 | $ 100,000.00 | $ 100,000.00 |
| 350 GPM Well | 1 | $ 427,000.00 | $ 427,000.00 |
| 1000K Generator | 1 | $ 245,000.00 | $ 245,000.00 |
| Concrete Foundation & Drain Pad | 1 | $1,500,000.00 | $1,500,000.00 |
| Installation & Electrical | 1 | $2,400,000.00 | $2,400,000.00 |
| | | **Sum Total** | **$ 9,659,000.00** |

# SCHEDULE A/B
## 50.B - DRY PLANT & SCREENER ASSETS

| | |
|---|---:|
| 2 WAY DIVERT VALVE, AIR OPERATED, AR PLATE UNDER DISCHARGE OF DRYER - 25% DUE | $14,100.00 |
| DISCHARGE CHUTE FROM CONVEYOR TO SPLITTER - 25% DUE | $4,705.00 |
| 6-WAY MODULATING SPLITTER | $145,458.00 |
| SCREEN FEED CHUTES - BALANCE DUE | $31,932.00 |
| CD-72 CENTER FEED STATIC FEEDER & FEED BOX - | $106,242.00 |
| 6X25 RIFFLE FEED SCREENING MACHINE (INCLUDES AR400 LINED FINES HOPPER, FEED AND DISCHARGE), WIRE CLOTH, BALANCE GATE - BALANCE DUE | $1,353,000.00 |
| SUPPORT STRUCTURE FOR FOUR 6'X25' SCREENS - | $492,413.00 |
| SCREEN OVERS DISCHARGE CHUTE - BALANCE DUE | $12,552.00 |
| FINES HOPPER DISCHARGE CHUTE - BALANCE DUE | $9,594.00 |
| DUST RECLAIM DUCTWORK, MORRIS COUPLINGS: CHUTES,(6) SCREENS, (2) UNDER SCREEN CONVEYORS | $69,625.00 |
| FUGITIVE AIR BAGHOUSE 12X12, W/ FAN INLET DUCTWORK TO AND STACK, 20,000 ID FAN, 75 HP, 3,530 SQ FT OF CLOTH | $258,189.00 |
| ID FAN 22,500 ACFM@15" | $52,620.00 |
| (1) FINES AUGER 12" X 24' LONG, SUPPORTS, BAGHOUSE TO WASTE | $34,659.00 |
| CONVEYOR BIN VENTS (3) | $35,688.00 |
| SQUARE D STARTERS IN NEMA 4 ENCLOSURES, EACH MOTOR HAS LOCKOUT DISCONNECT ON THE CABINET DOORS | $230,367.00 |
| LOCAL TO EQUIPMENT DISCONNECTS | $13,636.00 |
| MCP'S WITH LOTO DISCONNECTS ON FRONT PANEL (SUBSTITUTE FOR MCC TYPE PANELS) | $14,428.00 |
| ENGINEERING DESIGN AND SUPPORT | $32,000.00 |
| BC-4 - 42" x 150' TRUSS WEIGH CONVEYOR WITH STRUCTURAL, AR LINED DISCHARGE HOOD, PRIMARY BELT SCRAPER | $316,250.00 |
| BC-5 - 42" x 120' TRUSS WEIGH CONVEYOR WITH STRUCTURAL, AR LINED DISCHARGE HOOD, PRIMARY BELT SCRAPER | $330,000.00 |
| BC-6 - 36" x 560' TRUSS WEIGH CONVEYOR WITH STRUCTURAL, AR LINED DISCHARGE HOOD, PRIMARY BELT SCRAPER | $2,800,000.00 |
| BC-12 - 36" x 100' TRUSS WEIGH CONVEYOR WITH STRUCTURAL, AR LINED DISCHARGE HOOD, PRIMARY BELT SCRAPER | $116,153.00 |
| **TOTAL** | **$6,473,611.00** |

## **350 TON PER HOUR DRYER**

| | |
|---|---|
| 14' X 10' MATERIAL BIN WITH 10 H.P. AC FREQUENCY DRIVE MOTORS, COLLECTOR BELT STATIONARY, VULCANIZED FEEDER BELTS, GRIZZLEY, WALKWAY & CAGED LADDER, BIN VIBRATOR, E STOP CORD, STEEL BULKHEAD WITH WING WALLS | $146,288.00 |
| 36" x 100' TRUSS WEIGH CONVEYOR WITH STRUCTURAL, AR LINED DISCHARGE HOOD, PRIMARY BELT SCRAPER | $116,153.00 |
| INCREASE HEIGHT OF CONVEYOR 2 FT OFF GROUND-ADDS HEIGHT TO CONVENYOR STRUCTURE & FEED BIN | $5,224.00 |
| BELT SCALE, TACH, INTEGRATOR FOR CONTROL HOUSE | $9,023.00 |
| E STOP CORD & RELAY BOX GRAVITY TAKEUP | $3,007.00 |
| GRAVITY TAKEUP | $6,701.00 |
| COVERS OVER BELT WEIGH CONVEYOR | $8,693.00 |
| WALKWAY ONE SIDE OF WEIGH CONVEYOR, SERVICE PLATFORM | $13,355.00 |
| 11' X 50' DIA. ROTARY DRYER, CHUTE FEED, ½" T1-A SHELL, HEAVY DUTY TRUNNION BEARINGS SAF 5-15/16" SHAFT | $1,136,900.00 |
| 2 WAY DIVERT VALVE, AIR OPERATED, AR PLATE LINED, WITH AIR PANEL - (ADD) | $14,100.00 |
| DRYER INSULATION: CERAWOOL WITH EMBOSSED ALUMINUM SKIN | $26,266.00 |
| STRUCTURAL STEEL DRYER LEGS | $59,639.00 |
| 95 MM BTU/HOUR NATURAL GAS BURNER, 60 HP BLOWER | $120,488.00 |
| BURNER CONTROLER - INTEGRATED IN PLANT CONTROL PLC | $33,402.00 |
| NFPA BLOCK VALVE TRAIN, Y TRAP, FLEX PIPE | $26,750.00 |
| NATURAL GAS REGULATOR 25 LBS. TO 5 LBS | $10,157.00 |
| ON SKID | $19,653.00 |
| 10' DIAMETER CYCLONE WITH STRUCTURAL, VORTEX BREAKER, CERAMIC GATE TIP VALVE, 1" CYCLONE CERAMIC LINING, CYCLONE CYLINDER AND CONE | $286,905.00 |
| 2 WAY DIVERT VALVE, AIR OPERATED, AR PLATE LINED WITH AIR PANEL - (ADD) | $14,100.00 |
| DRYER MANTENANCE AND SAFETY PACKAGE (MSHA)    •  WALKWAYS/HANDRAILS DOWN BOTH SIDES OF DRYE    •  SERVICE PLATFORM WITH HANDRAILS AROUND BUR    • LOWER PLATFORM W/HANDRAILS AT THE DISCHARG END OF DRYER • WIDE STAIRWAY FROM GRADE TO WALKWAY PLATF INSIDE GUARDING ALONG BETWEEN THE DRYER SHEL AND THE INSIDE WALKWAYS DOWN BOTH SIDES OF TH DRYER | $145,000.00 |
| DUCTWORK, REPLACEABLE T1A PANEL ON ELBOWS, D FROM DRYER TO CYCLONE AND CYCLONE TO BAGHOUSE | $85,715.00 |
| BAGHOUSE, 39 ROW, 14,333 FT2 OF ARAMID CLOTH GLIDE LOCK FALL ARRESTOR ON CAGED LADDER | $436,871.00 |
| GLIDE LOCK FALL ARRESTOR ON CAGEN LADDER | $1,739.00 |
| ISOLATION DAMPER AND AIR PANEL | $6,702.00 |

| | |
|---|---:|
| DUCTWORK FROM BAGHOUSE TO FAN, STACK, WALKWAY TO TESTING PORTS | $48,387.00 |
| FAN, 70,000 ACFM @ 20" WC, REINFORCED TO ACCEPT WEIGHT OF STACK | $112,369.00 |
| COMPRESSOR 50 HP, W/ 240 GAL RECEIVER | $34,875.00 |
| BAGHOUSE FINES AUGER 12" X 24' LONG, SUPPORTS | $33,029.00 |
| 37' x 10' CONTROL CENTER - WINDOWS ON 3 SIDES, (2) 36" ENTRY DOORS, HVAC UNIT, DIVIDING WALL FOR PLANT OPERATION | $163,000.00 |
| (QTY) 2 STAIRS W/LANDING LOWER CONTROL HOUSE ENTRY DOOR | $15,675.00 |
| SQUARE D STARTERS IN NEMA 4 ENCLOSURE, EACH MOTOR HAS LOCKOUT DISCONNECT ON THE CABINET DOORS | $236,316.00 |
| LOCAL TO EQUIPMENT DISCONNECTS - BRING UP TO 50% INVOICED | $13,523.00 |
| MCP'S WITH LOTO DISCONNECTS ON FRONT PANEL (SUBSTITUE FOR MCC TYPE PANELS) - (ADD) | $13,262.00 |
| PLC FULL DRY PLANT CONTROL WITH INTERLOCKING, GRAPHIC DISPLAY, FIRST OUT ANNUNCIATION AND FULL START/STOP CAPACITY, TWO FIREYE BURNER CONTROL SYSTEMS | $182,878.00 |
| BC-2 - 42" x 250' TRUSS WEIGH CONVEYOR WITH STRUCTURAL, AR LINED DISCHARGE HOOD, PRIMARY BELT SCRAPER | |
| BC-3 - 42" x 270' TRUSS WEIGH CONVEYOR WITH STRUCTURAL, AR LINED DISCHARGE HOOD, PRIMARY BELT SCRAPER | $695,250.00 |
| BC-14 36" x 100' TRUSS WEIGH CONVEYOR WITH STRUCTURAL, AR LINED DISCHARGE HOOD, PRIMARY BELT SCRAPER | $116,153.00 |
| BC-15 36" x 100' TRUSS WEIGH CONVEYOR WITH STRUCTURAL, AR LINED DISCHARGE HOOD, PRIMARY BELT SCRAPER | $116,153.00 |
| Foundation, Installation & Electrical | $2,800,000.00 |
| **TOTALS** | **$7,313,701.00** |
| | |
| 1000 KVA Generator | $401,625.00 |
| Warehouse - 4,00 SF parts storage Metal warehosue | $360,000.00 |
| Office | $180,000.00 |
| **TOTAL** | **$14,728,937.00** |

# SCHEDULE A/B
## 50.C - LOAD OUT ASSETS

## **LOAD OUT CONNECTION**

| | |
|---|---:|
| 36" X 54'-8" BELT CONVEYOR: WALKWAYS, GALVANIZED HOOD COVERS, SPEED SENSOR, CABLE SWITCHES, DIVERT CHUTE WITH AIR WEAR LINER &COVERS. BC-7 – Estimated as dimension may change  WALKWAYS, | $91,147.00 |
| 36" X 44'-8" BELT CONVEYOR: GALVANIZED HOOD COVERS, SPEED SENSOR, CABLE SWITCHES, DIVERT CHUTE WITH AIR WEAR LINER & COVERS. BC-8 | $83,547.00 |
| CONVEYOR BIN VENTS (2) | $23,792.00 |
| 20' SHIPPING CONTAINER CONTROL HOUSE, AIR, HEAT, 100 AMP 110V PANEL, LIGHTS, OUTLETS AND HOUSE ENCLOSURES. REDUCES CABLE COST VS RUNNING CABLE FROM MAIN CONTROL ROOM. | $81,966.00 |
| SQUARE D STARTERS IN NEMA 4 ENCLOSURES, EACH MOTOR HAS LOCKOUT DISCONNECT ON THE CABINET DOORS | $105,891.00 |
| LOCAL TO EQUIPMENT DISCONNECTS | $8,755.00 |
| MCP'S WITH LOTO DISCONNECTS ON FRONT PANEL (SUBSTITUTE FOR MCC TYPE PANELS) | $18,498.00 |
| LOADOUT PACKAGE INTEGRATION | $73,769.00 |
| Two - 5000 Ton Silos | $2,700,000.00 |
| Scales (2) | $300,000.00 |
| Loadout Spouts | $150,000.00 |
| 4 - 2500 Silos Unerected | $2,000,000.00 |
| Installation, Site work, & Foundations | $3,200,000.00 |
| **TOTALS** | **$8,837,365.00** |

**Fill in this information to identify the case:**

Debtor name   FCI Sand Operations, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   25-80481-mvl11

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** BMO Bank N.A.<br><br>_Creditor's Name_<br><br>PO Box 6201<br>Carol Stream, IL 60197<br>_Creditor's mailing address_ | **Describe debtor's property that is subject to a lien**<br>2024 Manitou TJ85 Man Basket (Serial# C01111520)<br><br>**Describe the lien**<br>Loan<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | $203,771.75 | $152,000.00 |

_Creditor's email address, if known_

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** BMO Bank N.A.<br>_Creditor's Name_<br><br>PO Box 6201<br>Carol Stream, IL 60197<br>_Creditor's mailing address_ | **Describe debtor's property that is subject to a lien**<br>2023 GEHLD / GEHL Telehandler (Serial# P52041)<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | $238,133.53 | $180,000.00 |

_Creditor's email address, if known_

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   FCI Sand Operations, LLC
_____
Name

Case number (if known)   25-80481-mvl11
_____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | BMO Bank N.A. | | | $234,010.11 | $4,935.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
GEHL DL 12-55 (Serial# 2063)

PO Box 6201
Carol Stream, IL 60197
Creditor's mailing address

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Butch's Propane, LLC | | | $1,683,009.41 | Unknown |
|---|---|---|---|---|---|

Creditor's Name
16051 Addison Road, Suite 300
Addison, TX 75001
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Real Property, Atascosa, Texas, Mineral Property Lien

**Describe the lien**

ebrewer@butchspropane.com
Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/14/25
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Canon Financial Services, Inc. | | | $127,545.83 | Unknown |
|---|---|---|---|---|---|

Creditor's Name
14904 Collections Center Drive
Chicago, IL 60693-0149
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Manitu Tire Skid Steer (Cannon) (S/N MMCMLA7PE00070564)

**Describe the lien**
Loan

---

| Debtor | FCI Sand Operations, LLC | | Case number (if known) | 25-80481-mvl11 |
|--------|--------------------------|--|------------------------|----------------|
| | Name | | | |

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | Canon Financial Services, Inc. | **Describe debtor's property that is subject to a lien** | $127,545.83 | Unknown |
|-----|--------------------------------|----------------------------------------------------------|-------------|---------|

Creditor's Name

14904 Collections Center Drive
Chicago, IL 60693-0149

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Manitu Tire Skid Steer (South) (S/N MMCMLA7PE00070544)

**Describe the lien**
Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | FCI-SLG LLC | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|-----|-------------|----------------------------------------------------------|---------|---------|

Creditor's Name

98 San Jacinto Blvd FSR 1107
Austin, TX 78701

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
All real and personal property

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

☑ Yes

ColeHallScott@gmail.com

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
12/8/2023

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

---

| Debtor | FCI Sand Operations, LLC | Case number (if known) | 25-80481-mvl11 |
|---|---|---|---|
| | Name | | |

---

| 2.8 | Ford Motor Credit | Describe debtor's property that is subject to a lien | $44,048.91 | $32,600.00 |
|---|---|---|---|---|

Creditor's Name

2023 Ford F150 (VIN# 1FTFW1E54PKE34245)

PO Box 650575
Dallas, TX 75265-0575

Creditor's mailing address

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Ford Motor Credit | Describe debtor's property that is subject to a lien | $43,995.70 | $32,600.00 |
|---|---|---|---|---|

Creditor's Name

2023 Ford F150 (VIN# 1FTFW1E56PFB36675)

PO Box 650575
Dallas, TX 75265-0575

Creditor's mailing address

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | PNC Equipment Finance | Describe debtor's property that is subject to a lien | $3,750.00 | $45,700.00 |
|---|---|---|---|---|

Creditor's Name

2022 GEHL R260 / GEHL Skid Steer (Tire with tracks) (Serial# 175175)

655 Business Center Dr #250
Horsham, PA 19044

Creditor's mailing address

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

| Debtor | FCI Sand Operations, LLC | Case number (if known) | 25-80481-mvl11 |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1<br>1 | PNC Equipment Finance | **Describe debtor's property that is subject to a lien** | $3,750.00 | $43,700.00 |
|---|---|---|---|---|
| | Creditor's Name | 2022 Gehl RT215 / GEHL Tracked Skid Steer (Serial# GHLRRT215H003000837) | | |

655 Business Center Dr #250
Horsham, PA 19044

Creditor's mailing address

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,709,561.07 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name      FCI Sand Operations, LLC

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF TEXAS

Case number (if known)    25-80481-mvl11

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach he Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $20,128.89 | $0.00 |
|  | Atascosa County Tax Assessor | *Check all that apply.* |  |  |
|  | 1001 Oak St | ☐ Contingent |  |  |
|  | Jourdanton, TX 78026-2849 | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | 2024 | Taxes |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ■ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | Unknown | $0.00 |
|  | Department of the Treasury | *Check all that apply.* |  |  |
|  | Internal Revenue Service | ☐ Contingent |  |  |
|  | Ogden, UT 84201-0012 | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | 2024 |  |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY | ■ No |  |  |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |  |  |

| Debtor | FCI Sand Operations, LLC | Case number (if known) | 25-80481-mvl11 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | Unknown | $0.00 |
|---|---|---|---|---|

Evergreen Water District
110 Wyoming Blvd.
Pleasanton, TX 78064

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:
Taxes

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $13,076.88 | $0.00 |
|---|---|---|---|---|

Pleasanton ISD
c/o Loretta Holley - Tax Assessor
1001 Oak St
Jourdanton, TX 78026

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2024

Basis for the claim:
Taxes

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $142,795.17 |
|---|---|---|---|

A&R Demolition, LLC
13201 FM 812
Del Valle, TX 78617

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Services Provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55,354.80 |
|---|---|---|---|

A-1 Scale Service Inc
4807 N.W. Industrial Dr
San Antonio, TX 78238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Scale Installed

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $212,681.27 |
|---|---|---|---|

Anderson Machinery Company
PO Box 200380
San Antonio, TX 78220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Supplier

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | FCI Sand Operations, LLC | Case number (if known) | 25-80481-mvl11 |
|---|---|---|---|
| | Name | | |

---

**3.4**

**Nonpriority creditor's name and mailing address**
ASTEC
P.O. Box 934331
Atlanta, GA 31193-4331

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier

Is the claim subject to offset? ■ No ☐ Yes

$77,270.82

---

**3.5**

**Nonpriority creditor's name and mailing address**
Atascosa Materials LLC
PO Box 215
Pleasanton, TX 78064

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier

Is the claim subject to offset? ■ No ☐ Yes

$27,583.80

---

**3.6**

**Nonpriority creditor's name and mailing address**
B&L Equipment Services
111 Walnut Grove Road
Boerne, TX 78006

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$17,656.10

---

**3.7**

**Nonpriority creditor's name and mailing address**
Beltco Services LLC
1255 Post Oak Rd
Lufkin, TX 75904

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier

Is the claim subject to offset? ■ No ☐ Yes

$6,180.64

---

**3.8**

**Nonpriority creditor's name and mailing address**
BPX Production Company
501 Westlake Park Blvd
Houston, TX 77079

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** (Pre-paid) Sand Purchase Contract

Is the claim subject to offset? ■ No ☐ Yes

$1,852,198.93

---

**3.9**

**Nonpriority creditor's name and mailing address**
Buckley Power Company
42 Inverness Dr East
Englewood, CO 80112

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$12,765.00

---

**3.10**

**Nonpriority creditor's name and mailing address**
Cannon Aviation Group, Inc.
304 Terminal Dr
Georgetown, TX 78628

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$8,584.76

---

| Debtor | FCI Sand Operations, LLC | Case number (if known) | 25-80481-mvl11 |
| --- | --- | --- | --- |
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
| --- | --- | --- | --- |

Cathy Lince CPA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Services Provided_

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | | $1,500.00 |
| --- | --- | --- | --- |

CC Wrecker Service LLC
3420 Agnes St
Corpus Christi, TX 78405

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Services Provided_

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | | $45,578.59 |
| --- | --- | --- | --- |

CDE Global Inc.
430 Marti Dr
Cleburne, TX 76033

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _Supplier_

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | | $13,839.28 |
| --- | --- | --- | --- |

Central Power Systems & Services
PO Box 877625
Kansas City, MO 64187

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | | Unknown |
| --- | --- | --- | --- |

Cheryl Rene Mize

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _Sand Lease_

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | | $920,489.70 |
| --- | --- | --- | --- |

Collier Materials Inc.
606 CR 121
Marble Falls, TX 78654

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Supplier_

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | | $15,300.00 |
| --- | --- | --- | --- |

Crisp Industries Inc.
PO Box 326
Bridgeport, TX 76426

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

Debtor   FCI Sand Operations, LLC                                      Case number (if known)   25-80481-mvl11
_____
         Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.00 |
|---|---|---|---|

Daniel B. Kelly

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Services Provided

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,967.67 |
|---|---|---|---|

Derrick Corporation
590 Duke Rd
Buffalo, NY 14225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Dora Rutherford

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Sand Lease

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,554.20 |
|---|---|---|---|

Eagle Welding
PO Box 1790
Three Rivers, TX 78071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,186.26 |
|---|---|---|---|

Equipmentshare
5433 Randolph Rd
San Antonio, TX 78233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Excel Machinery LTD
PO Box 31118
Amarillo, TX 79120

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Supplier

Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ■ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,897.00 |
|---|---|---|---|

Fast Trac Corporation
15402 Vantage Parkway E
Houston, TX 77032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | FCI Sand Operations, LLC | Case number (if known) | 25-80481-mvl11 |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address
Field Camp Investments
606 CR 121
Marble Falls, TX 78654

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured Lender

Is the claim subject to offset? ■ No  ☐ Yes

$9,877,737.41

---

**3.26** | Nonpriority creditor's name and mailing address
Ford Motor Credit
PO Box 650575
Dallas, TX 75265-0575

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.27** | Nonpriority creditor's name and mailing address
GT Crane
7600 FM1068
Mathis, TX 78368

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$21,765.00

---

**3.28** | Nonpriority creditor's name and mailing address
GTRZ Automations
155 Eaglerock
Poteet, TX 78065

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$281,214.10

---

**3.29** | Nonpriority creditor's name and mailing address
H&E Equipment Services
PO Box 849850
Dallas, TX 75284

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$115,395.76

---

**3.30** | Nonpriority creditor's name and mailing address
Heavy Service Equipment
3420 Agnes St
Corpus Christi, TX 78405

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$41,179.56

---

**3.31** | Nonpriority creditor's name and mailing address
James McAda
PO Box 92
Campbellton, TX 78008

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Sand Lease

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | FCI Sand Operations, LLC | Case number (if known) | 25-80481-mvl11 |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$143,923.98**

JARCO Companies
8023 Vintage Dr Ste 1410
San Antonio, TX 78230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60,760.81**

JEM Metal Fabrication
11638 Plover Pl
San Antonio, TX 78221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$273,571.00**

JMN Enterprises
13201 FM 812
Del Valle, TX 78617

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$621.36**

Joe Martin dba ABC Lock & Key
1420 E Corpus Christi St
Beeville, TX 78102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,253.17**

Joe's Industrial Machine
1837 Rigsby Ave
San Antonio, TX 78210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

KAP-DPoth Family LLC
PO Box 72
Poth, TX 78147

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Sand Lease

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Kim McAda Carter-Rojas and Armando Rojas

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Sand Lease

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FCI Sand Operations, LLC | Case number (if known) | 25-80481-mvl11 |
|---|---|---|---|
| | Name | | |

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,050.00

Kim R. Smith Logging
1155 E. Johnston St
Tatum, TX 75691

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Supplier

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Komatsu Financial
8770 W. Bryn Mawr Ave Ste 100
Chicago, IL 60631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Laura Kemp
██████████████

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Sand Lease

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,114.00

Live Oak Ready Mix
240 TX-16
Jourdanton, TX 78026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,141.02

Matheson Tri-Gas Inc.
PO Box 123028, Dept 3028
Dallas, TX 75312-3028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $864,608.26

McCourt Equipment
5141 West State Highway 71
La Grange, TX 78945

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,770.69

Milford
PO Box 955626
Saint Louis, MO 63195

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | FCI Sand Operations, LLC | Case number (if known) | 25-80481-mvl11 |
|---|---|---|---|
| | Name | | |

---

**3.46**

**Nonpriority creditor's name and mailing address**
Mine Safety and Health
PO Box 790390
Saint Louis, MO 63179

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,037.00

---

**3.47**

**Nonpriority creditor's name and mailing address**
Monitor Technologies LLC
44W320 Kelinger Rd
Elburn, IL 60119

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

$360.00

---

**3.48**

**Nonpriority creditor's name and mailing address**
MOR-PPM, Inc.
PO Box 405717
Atlanta, GA 30384

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

$502,103.25

---

**3.49**

**Nonpriority creditor's name and mailing address**
Motion Industries
PO Box 849737
Dallas, TX 75284

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

$53,446.61

---

**3.50**

**Nonpriority creditor's name and mailing address**
Moy's Water Well Drilling & Services
102256 I-37
Pleasanton, TX 78064

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

$422,938.98

---

**3.51**

**Nonpriority creditor's name and mailing address**
NTTA
PO Box 660244
Dallas, TX 75266

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

$32.66

---

**3.52**

**Nonpriority creditor's name and mailing address**
Paisano Lease Company Inc.
4886 US-59
Freer, TX 78357

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Supplier_

Is the claim subject to offset? ■ No ☐ Yes

$123,310.00

---

| Debtor | FCI Sand Operations, LLC | Case number (if known) | 25-80481-mvl11 |
| --- | --- | --- | --- |
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113,135.77 |
| --- | --- | --- | --- |

Purvis Industries
PO Box 540757
Dallas, TX 75354

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,691.41 |
| --- | --- | --- | --- |

Quality Fasteners
10507 N Interstate St
San Antonio, TX 78233

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

Ramming Materials LLC
98 San Jacinto Blvd Bldg C1107
Austin, TX 78701

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unsecured Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $563,630.56 |
| --- | --- | --- | --- |

Rango Inc.
4215 E McDowell Rd Ste 201
Mesa, AZ 85215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,832.98 |
| --- | --- | --- | --- |

RDO Equipment
16415 NO IH-35
Pflugerville, TX 78660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplier

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,491.02 |
| --- | --- | --- | --- |

Resonant Technology
16103 Univeristy Oak Ste 100
San Antonio, TX 78249

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,006,915.24 |
| --- | --- | --- | --- |

RJ Machine Company Inc.
112 Northridge Rd
Marble Falls, TX 78654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Royalties

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FCI Sand Operations, LLC | | Case number (if known) | 25-80481-mvl11 |
|---|---|---|---|---|
| | Name | | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171,698.11 |
|---|---|---|---|

**ROMCO Equipment Co LLC**
PO Box 736957
Dallas, TX 75373

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Supplier

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,222.93 |
|---|---|---|---|

**SAIA Motor Freight Line**
P.O. Box 730532
Maxwell, TX 78656

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,300.19 |
|---|---|---|---|

**Salazar Concrete Services**
Po Box 201
Maxwell, TX 78656

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salinas Construction Technologies, Ltd.**
3734 FM 3006
Jourdanton, TX 78026

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Poth**
█████████████

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Sand Lease

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,334.06 |
|---|---|---|---|

**Screen Tech, Inc.**
5928 S 500W
Fowler, IN 47944

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,805.34 |
|---|---|---|---|

**Sherwin Williams**
3130 E Military Dr Ste 1
San Antonio, TX 78223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Supplier

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | FCI Sand Operations, LLC | Case number (if known) | 25-80481-mvl11 |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339,694.72 |
|---|---|---|---|

Stabilis GDS, Inc.
11750 Katy Freeway Ste 900
Houston, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,158.41 |
|---|---|---|---|

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,281.18 |
|---|---|---|---|

TAC Insight
6200 Baum Dr Ste 102
Knoxville, TN 37919-9501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,120.00 |
|---|---|---|---|

Technical Fan Services
241 Starburst Trail
Seguin, TX 78155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services Provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,477.00 |
|---|---|---|---|

Technos, Inc.
7016 FM 3009
Schertz, TX 78154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211,424.39 |
|---|---|---|---|

Tex-Con Oil Co.
Attn: Jennifer Alvizo and Zach Milam
4906 Burleson Rd
Austin, TX 78744

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,088.28 |
|---|---|---|---|

Texas First Rentals, LLC
PO Box 650869
Dallas, TX 75265-0869

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | FCI Sand Operations, LLC | Case number (if known) | 25-80481-mvl11 |
|---|---|---|---|
| | Name | | |

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,314.38**

The Goodyear Tire & Rubber Co
8477 NE Loop 410
San Antonio, TX 78219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,655.40**

The Nische Group
143 E. Austin St
Giddings, TX 78942

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Insurance

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,793,162.40**

Tiki Trucking, LP
2785 N Bagdad Rd
Leander, TX 78641

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Unsecured Loan and Services Rendered

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,948.74**

Tons Per Hour
13 Carry Way
Carson City, NV 89706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$91,140.75**

United Rentals
PO Box 840514
Dallas, TX 75284-0514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,784.64**

Waukesha-Pearce Industries
PO Box 204116
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,812.50**

Westward Environmental Inc.
PO Box 2205
Boerne, TX 78006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | FCI Sand Operations, LLC | Case number (if known) | 25-80481-mvl11 |
|--------|--------------------------|------------------------|----------------|
|        | Name                     |                        |                |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,592.00 |
|------|------------------------------------------------|--------------------------------------------------------------------|-------------|
|      | William B. McAda<br>PO Box 3<br>Campbellton, TX 78008 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | Date(s) debt was incurred __ | Basis for the claim:  Sand Lease | |
|      | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,564.34 |
|------|------------------------------------------------|--------------------------------------------------------------------|------------|
|      | Wolf Pack Rentals<br>6610 FM 359 S<br>Ste 650<br>Fulshear, TX 77441 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | Date(s) debt was incurred __ | Basis for the claim:  Vendor | |
|      | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465,886.72 |
|------|------------------------------------------------|--------------------------------------------------------------------|-------------|
|      | Wright Materials<br>5917 FM 3088<br>Robstown, TX 78380 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | Date(s) debt was incurred __ | Basis for the claim:  Vendor | |
|      | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|--------------------------|---------------------------------------------------------------------------|-----------------------------------------|
| 4.1 | Charlres W. Sullivan<br>Sullivan Law<br>308 Campbell Dr<br>Canyon Lake, TX 78133 | Line  3.63 <br>☐ Not listed. Explain ____ | __ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  33,205.77 |
| 5b. Total claims from Part 2 | 5b. + | $  21,466,964.07 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  21,500,169.84 |

**Fill in this information to identify the case:**

Debtor name    FCI Sand Operations, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   25-80481-mvl11

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Master Lease Agreement with FCI Sand Operating, LLC | |
| State the term remaining | A&R Demolition, LLC |
| List the contract number of any government contract | 13201 FM 812 Del Valle, TX 78617 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Sand Purchase Agreement | |
| State the term remaining — 4 months | BPX Production Company |
| List the contract number of any government contract | 501 Westlake Park Blvd Houston, TX 77079 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — Royalty Agreement with Cheryl Rene Mize dated 6/1/23 | |
| State the term remaining — In Perpetuity | Cheryl Rene Mize |
| List the contract number of any government contract | ████████ |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — Master Lease Agreement with FCI Sand Operating, LLC | |
| State the term remaining | Collier Materials Inc. |
| List the contract number of any government contract | 606 CR 121 Marble Falls, TX 78654 |

Debtor 1  FCI Sand Operations, LLC

First Name    Middle Name    Last Name

Case number (if known)   25-80481-mvl11

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Agreement with Dora Rutherford and Laura Kemp dated 6/27/23 | |
|---|---|---|---|
| | State the term remaining | In Perpetuity | |
| | List the contract number of any government contract | | Dora Rutherford and Laura Kemp ██████████ |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Master Lease Agreement with FCI Sand Operating, LLC | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Field Camp Investments 606 CR 121 Marble Falls, TX 78654 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Agreement with James McAda dated 4/13/23 | |
|---|---|---|---|
| | State the term remaining | In Perpetuity | |
| | List the contract number of any government contract | | James McAda ██████████ |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Master Lease Agreement with FCI Sand Operating, LLC | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | JMN Enterprises 13201 FM 812 Del Valle, TX 78617 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Royalty Agreement with KAP-DPoth Family LLC dated 7/7/23 | |
|---|---|---|---|
| | State the term remaining | In Perpetuity | |
| | List the contract number of any government contract | | KAP-DPoth Family LLC PO Box 72 Poth, TX 78147 |

Debtor 1   FCI Sand Operations, LLC
　　　　　First Name　　　Middle Name　　　Last Name

Case number (if known)　25-80481-mvl11

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

Royalty Agreement with Kim McAda Carter-Rojas and Armando Rojas dated 5/22/23

　　State the term remaining — In Perpetuity

　　List the contract number of any government contract

Kim McAda Carter-Rojas and Armando Rojas
███████████

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

Executive Employment Agreement (offer letter)

　　State the term remaining

　　List the contract number of any government contract

Paul Sheperd
███████████

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

Mining Agreement

　　State the term remaining

　　List the contract number of any government contract

Rango Inc.
4215 E McDowell Rd Ste 201
Mesa, AZ 85215

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

Amended and Restated Royalty Agreement

　　State the term remaining — In Perpetuity

　　List the contract number of any government contract

RJ Machine Company, Inc.
112 Northridge Rd
Marble Falls, TX 78654

**2.14.** State what the contract or lease is for and the nature of the debtor's interest

Executive Employment Agreement

　　State the term remaining — 4.5 years

　　List the contract number of any government contract

Roy Spencer
███████████

Debtor 1   FCI Sand Operations, LLC
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)   25-80481-mvl11

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest — Royalty Agreement with Scott Poth dated 7/7/23 | |
| State the term remaining | Scott Poth |
| List the contract number of any government contract | ██████ ████ |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest — Royalty Agreement with William Brett McAda dated 3/29/2023 | |
| State the term remaining — In Perpetuity | William B. McAda |
| List the contract number of any government contract | ███ ██████ |

**Fill in this information to identify the case:**

Debtor name    FCI Sand Operations, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   25-80481-mvl11

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | FCI South, LLC | 13201 FM Road 812<br>Del Valle, TX 78617 | FCI-SLG LLC | ☑ D   2.7<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Field Camp Investments | 606 CR 121<br>Marble Falls, TX 78654 | FCI-SLG LLC | ☑ D   2.7<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | John Nelson | FCI Sand Operations LLC<br>94694 I-37<br>Pleasanton, TX 78064 | FCI-SLG LLC | ☑ D   2.7<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Kevin Collier | Collier Materials Inc.<br>201 County Road 121<br>Marble Falls, TX 78654 | FCI-SLG LLC | ☑ D   2.7<br>☐ E/F _____<br>☐ G _____ |