Gregory G. Hesse, Esq.
State Bar No. 09549419
HUNTON ANDREWS KURTH, LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202-2799
Telephone: (214) 979-3000
Telecopy:  (214) 880-0011

Robin Russell
State Bar No. 17424001
HUNTON ANDREWS KURTH, LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285

*Attorneys For Ramming Materials, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| FCI SAND OPERATIONS, LLC, *et al.,* | § | Case No. 25-80481-mvl-11 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

### JOINDER OF RAMMING MATERIALS, LLC TO THE PRELIMINARY OBJECTION OF FCI-SLG LLC TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL APPROVAL OF SUPERPRIORITY AND FIRST PRIORITY SECURED PROTECTION FINANCING

**COMES NOW**, Ramming Materials, LLC ("Ramming") and files this its Joinder to the Preliminary Objection of FCI-SLG, LLC to the Debtors Emergency Motion for Interim and Final Approvals of Superpriority and First Priority Secured Post Postpetition Financing (the "Objection") [DOC. 98] and would show the Court the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtor's federal tax identification number, if any, are: FCI Sand Operations, LLC (2539) and FCI South, LLC (4193) (the "Debtors"). The location of the Debtors' service address is 606 County Rd. 121, Marble Falls, TX 78654.

JOINDER OF RAMMING MATERIALS, LLC TO THE OBJECTION OF FCI-SLG LLC TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL APPROVAL OF SUPERPRIORITY AND FIRST PRIORITY SECURED PROTECTION FINANCING – Page 1

1.	On July 30, 2025 (the "Petition Date"), FCI Sand Operations, LLC ("FCI Sand"), and FCI South, LLC ("FCI South" and collectively with FCI Sand, the "Debtors") each filed voluntary petitions under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"). Since the Petition Date, the Debtors have been in possession of their assets and operating their businesses as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. On August 1, 2025, the Court entered an order directing joint administration of the Debtors' bankruptcy cases [DOC. 18].

2.	On August 21, 2025, the United States Trustee filed her notice of appointment of an unsecured creditors committee [DOC. 91].

3.	Prior to the Petition Date, Ramming extended unsecured credit to FCI Sand. As of the Petition Date, FCI Sand was indebted to Ramming in excess of $7 million (the "Ramming Claim").

4.	In addition to holding the Ramming Claim, Ramming is an equity interest holder owning a thirteen percent (13%) membership interest in FCI Sand (the "Ramming Membership Interest").

5.	On July 31, 2025, the Debtors filed the Debtor's Emergency Motion for Interim and Final Approval of Superpriority and First Priority Secured Postpetition Financing (the "Motion") [Doc. 8]. After conducting an emergency hearing, on August 4, 2025, the Court entered its Interim Order: (I) Granting Debtor's Emergency Motion for Interim Approval of Superpriority and First Priority Secured Postpetition Financing; and (II) Setting Final Hearing (the "Interim Order") [DOC. 28].

6.	On August 22, 2025, FCI-SLG, LLC (the "Secured Lender") filed the Objection. Ramming hereby joins the Secured Lender's Objection.

7. In addition, due to the Debtors failure to provide before the objection deadline basic information including, but not limited to, a proposed DIP budget, form loan documents and recent valuation reports of the assets, Ramming reserves its rights to file a supplemental objection to the Motion and the proposed DIP loan.

**WHEREFORE, PREMISES CONSIDERED**, Ramming prays that the Court (a) deny the Motion and (b) grant Ramming such other and further relief to which it is entitled.

Respectfully submitted,

HUNTON ANDREWS KURTH LLP

By:     */s/ Gregory G. Hesse*
        Gregory G. Hesse (Texas Bar No.09549419)
        1445 Ross Avenue, Suite 3700
        Dallas, Texas 75202-2799
        Telephone: (214) 979-3000
        Telecopy: (214) 880-0011
        GHesse@hunton.com

and

HUNTON ANDREWS KURTH LLP
Robin Russell (Texas State Bar No. 17424001)
600 Travis Street
Houston, Texas
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

**ATTORNEYS FOR RAMMING MATERIALS, LLC**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 22nd day of August, 2025, a true and correct copy of the foregoing was served on ECF participants, electronically through the Court's ECF System.

    */s/ Gregory G. Hesse*
    Gregory G. Hesse