Davor Rukavina, Esq.
Texas Bar No. 24030781
J. Kyle Jaksa, Esq.
Texas Bar No. 24120923
**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard St., Ste. 4000
Dallas, TX 75201
Telephone:  (214) 855-7500
E-mail:  drukavina@munsch.com
  kjaksa@munsch.com

PROPOSED COUNSEL TO THE DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FCI SAND OPERATIONS, LLC, *et al.*, | § | Case No. 25-80481-mvl-11 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

**THE DEBTORS' WITNESS AND
EXHIBIT LIST FOR AUGUST 29, 2025 HEARING**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this Witness and Exhibit List for the hearing scheduled for August 29, 2025 (the "Hearing") in connection with the following matters:

1. *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, and Granting Related Relief* [Dkt. No. 6];

    a. *Interim Order Authorizing Payment of Critical Vendors* [Dkt. No. 25];

    b. *Supplement and Amendment to Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, and Granting Related Relief* [Dkt. No. 63];

    c. *Amended Interim Order Authorizing Payment of Critical Vendors* [Dkt. No. 79];

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: FCI Sand Operations, LLC (2539) and FCI South, LLC (4193) (the "Debtors"). The location of the Debtors' service address is 606 County Rd. 121, Marble Falls, TX 78654.

WITNESS AND EXHIBIT LIST FOR AUGUST 29, 2025, FIRST-DAY HEARING    Page 1

    d.    *Second Supplement and Amendment to Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, and Granting Related Relief* [Dkt. No. 103];

2.    *Debtors' Emergency Motion for Interim and Final Approval of Superpriority and First Priority Secured Postpetition Financing* [Dkt. No. 8];

    a.    *Interim Order: (I) Granting Debtors' Emergency Motion for Interim Approval of Superpriority and First Priority Secured Postpetition Financing; and (II) Setting Final Hearing* [Dkt. No. 28];

    b.    *Preliminary Objection of FSI-SLG, LLC to Debtors' Emergency Motion for Interim and Final Approval of Superpriority and First Priority Secured Postpetition Financing* [Dkt. No. 96];

    c.    *Amended Preliminary Objection of FCI-SLG, LLC to Debtors' Emergency Motion for Interim and Final Approval of Superpriority and First Priority Secured Postpetition Financing* [Dkt. No. 98];

    d.    *Joinder of Ramming Materials, LLC to the Preliminary Objection of FCI-SLG, LLC to Debtor's Emergency Motion for Interim and Final Approval of Superpriority and First Priority Secured Postpetition Financing* [Dkt. No. 99];

3.    *Emergency Motion for Entry of an Order Under 11 U.S.C. §§ 105(a) and 363(c) Authorizing the Debtors (I) to Continue, Renew, or Supplement Insurance Policies, (II) to Pay Insurance Premiums Thereon, and (III) Granting Related Relief* [Dkt. No. 9];

    a.    *Interim Order Granting Debtors' Emergency Motion for Entry of an Order Under 11 U.S.C. §§ 105(a) and 363(c) Authorizing the Debtors (I) to Continue, Renew, or Supplement Insurance Policies, (II) to Pay Insurance Premiums Thereon, and (III) Granting Related Relief* [Dkt. No. 26].

## **WITNESSES**

The Debtors may call any of the following witnesses at the Hearing, whether in person, by proffer, by declaration, or through video or telephonic appearance, or any other means directed by the Court:

1.    Paul Sheperd;

2.    Craig Jacobson;

3. John Nelson;

4. Cole Scott;

5. Michael Roberts;

6. Paul Black;

7. Kevin Covey.

The Debtors reserve the right to call any witnesses designated or called by any other party.

The Debtors also reserve the right to call unlisted witnesses for impeachment or rebuttal.

## EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing:

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Notice of Hearing [Docket No. 35] | | | | |
| 2. | Certificate of Service [Docket No. 36] | | | | |
| 3. | Craig Jacobson CV | | | | |
| 4. | Craig Jacobson Testimony Experience | | | | |
| 5. | Valuation Analysis of FCI Sand Operations LLC dated August 2025 | | | | |
| 6. | Senior Secured, Superpriority Debtor-In-Possession Master Credit Agreement dated as of August [●], 2025 (the "DIP Credit Agreement")[2] | | | | |
| 7. | DIP Budget | | | | |

---

[2] The final form of the DIP Credit Agreement is still being negotiated and agreed upon.

WITNESS AND EXHIBIT LIST FOR AUGUST 29, 2025, FIRST-DAY HEARING            Page 3

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 8. | Final Order Granting Debtors' Emergency Motion for Final Approval of Superpriority and First Priority Secured Postpetition Financing ("Final DIP Order")[3] | | | | |
| 9. | Final Order Authorizing Payment of Critical Vendors | | | | |
| 10. | Final Order Granting Debtors' Emergency Motion for Entry of an Order Under 11 U.S.C. §§ 105(a) and 363(c) Authorizing the Debtors (I) to Continue, Renew, or Supplement Insurance Policies, (II) to Pay Insurance Premiums Thereon, and (III) Granting Related Relief | | | | |
| 11. | Lease Agreement between Three Rivers Sand, LLC, Landlord and FCI South, LLC, Tenant dated as of January 23, 2025 | | | | |
| 12. | FCI Sand – 29 Month Cash Flow Projections | | | | |

The Debtors ask that the Court take judicial notice of the pleadings and transcripts filed (including any and all schedules, amendments, exhibits, and other attachments thereto) in the proceedings before this Court.

The Debtors reserve the right to use additional demonstrative exhibits in connection with the Hearing. The Debtors reserve the right to use any exhibits presented by any other party. The Debtors reserve the right to amend and/or supplement this exhibit list. The Debtors also reserve the right to use exhibits not listed herein for impeachment or rebuttal purposes at the Hearing.

---

[3] The final form of the Final DIP Order is subject to change to incorporate any revisions or amendments to the DIP Credit Agreement.

RESPECTFULLY SUBMITTED this 27th day of August, 2025.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Kyle Jaksa*
Davor Rukavina, Esq.
Texas Bar No. 24030781
J. Kyle Jaksa, Esq.
Texas Bar No. 24120923
500 N. Akard St., Ste. 4000
Dallas, TX 75201
Telephone: (214) 855-7500
E-mail: drukavina@munsch.com
E-mail: kjaksa@munsch.com

**PROPOSED COUNSEL TO THE DEBTORS**

## CERTIFICATE OF SERVICE

I certify that, on August 27, 2025, I caused true and correct copies of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

By: */s/ Kyle Jaksa*
J. Kyle Jaksa, Esq.