# Exhibit A

Bk    Vol    Pg
236362    OR    451    468

EXHIBIT A
TRACT 1

**Land Surveying Company: Payne Industries, LLC**
**Firm Registration No: 10193780**
**Phone: (979) 567-4500**
**Website: www.payne-llc.com**

**FIELD NOTE DESCRIPTION OF 30.034 ACRES, MORE OR LESS, BEING PART OF THE MICHAEL CRONICAN SURVEY, ABSTRACT 135, LIVE OAK COUNTY, TEXAS, AND BEING OUT OF THE 4239.14 ACRES DESCRIBED IN DEED TO CUATRO PAISANAS RANCH INC, RECORDED IN VOLUME 243, PAGE 118, OF THE DEED RECORDS OF LIVE OAK COUNTY, TEXAS, MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:**

**BEGINNING** at a 1/2" iron rod set with plastic cap stamped "Payne 6064", in the northwest corner of the herein described tract;

**THENCE** leaving the **POINT OF BEGINNING**, along the northwest line of the herein described tract, **N 45°10'27" E a distance of 373.55 feet** to a 1/2" iron rod set with plastic cap stamped "Payne 6064", for the north corner of this description;

**THENCE** along the northeast line of the herein described tract, **S 36°51'36" E a distance of 1371.46 feet** to a 1/2" iron rod set with a plastic cap stamped "Payne 6064", for the east corner of this description;

**THENCE** along the southeast line of the herein described tract, **S 41°17'31" W a distance of 1105.67 feet** to a 1/2" iron rod set with plastic cap stamped "Payne 6064", for the south corner of this description;

**THENCE** along the southwest line of the herein described tract, **N 61°55'20" W a distance of 459.24 feet** to a 1/2" iron rod set with plastic cap stamped "Payne 6064", for the southwest corner of this description;

**THENCE** along the west line of the herein described tract, **N 1°51'57" E a distance of 1449.35 feet** to the **POINT OF BEGINNING**. There are 30.034 acres, more or less, described in these field notes.

All iron rods set are capped with a plastic cap stamped "Payne 6064". The bearing basis for this survey was determined from GPS observations and refers to Grid North. This description was prepared by Payne Industries, LLC from an on the ground survey performed on July 18, 2018 and corresponds to a survey plat referenced as job number 1008-014.



Phillip C. Payne    RPLS #6064
Job No. 1008-014
August 9, 2018

Page 1 of 1

Docusign Envelope ID: d54181BD-B56C-42E4-8527-1E2688528900

Bk Vol Pg
236362 OR 451 469

*EXHIBIT B*
*TRACT 2*

**Land Surveying Company: Payne Industries, LLC**
**Firm Registration No: 10193780**
**Phone: (979) 567-4500**
**Website: www.payne-llc.com**

**FIELD NOTE DESCRIPTION OF A 70 FOOT WIDE ACCESS ROAD EASEMENT, BEING 2.592 ACRES, MORE OR LESS, SITUATED IN THE MICHAEL CRONICAN SURVEY, ABSTRACT 135, AND THE CARL STERNBERG SURVEY, ABSTRACT 423, LIVE OAK COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:**

**BEGINNING** at a 1/2" iron rod set with plastic cap stamped "Payne 6064", at the southwest corner of a 30.034 acre tract, said point having Texas State Plane Coordinate System, (NAD 83), South Central Zone values of N: 13333335.79 and E: 2238156.07, for the southeast corner of this description;

**THENCE**, leaving the **POINT OF BEGINNING** and said 30.034 acre tract, S 85°54'50" W a distance of **651.00** feet to a point of curvature;

**THENCE** Along a curve to the left with a delta of 08°03'13", a radius of 865.88 feet, an arc length of 121.71 feet and a chord which bears S 81°53'14" W a distance of 121.61 feet to a point;

**THENCE**, S 77°51'29" W a distance of **525.23** feet to a point of curvature;

**THENCE** Along a curve to the left with a delta of 43°40'24", a radius of 417.23 feet, an arc length of 318.03 feet and a chord which bears S 55°51'02" W a distance of 310.39 feet to a point, for the southwest corner of this description;

**THENCE**, N 06°41'06" W a distance of **98.52** feet to a point of curvature, for the northwest corner of this description;

**THENCE** Along a curve to the right with a delta of 34°52'05", a radius of 487.23 feet, an arc length of 296.51 feet and a chord which bears N 60°15'57" E a distance of 291.96 feet to a point;

**THENCE**, N 77°51'29" E a distance of **525.33** feet to a point of curvature;

**THENCE** Along a curve to the right with a delta of 08°03'13", a radius of 935.88 feet, an arc length of 131.55 feet and a chord which bears N 81°53'14" E a distance of 131.44 feet to a point;

**THENCE**, N 85°54'50" E a distance of **658.30** feet to a point in the west boundary line of said 30.034 acre tract, for the northeast corner of this description;

**THENCE** along the west boundary line of said 30.034 acre tract, S 01°51'57" W a distance of **70.38** feet to the **POINT OF BEGINNING**. There are 2.592 acres, more or less, described in these field notes.

All iron rods set are capped with a plastic cap stamped "Payne 6064". The bearing basis for this survey was determined from GPS observations and refers to Grid North. This description was prepared by Payne Industries, LLC from an on the ground survey performed on July 18, 2018 and corresponds to a survey plat referenced as job number 1008-014.

Phillip C. Payne     RPLS #6064
Job No. 1008-014
August 9, 2018

*(Seal: STATE OF TEXAS, REGISTERED, PHILLIP C. PAYNE, 6064, PROFESSIONAL LAND SURVEYOR)*

Page 1 of 1

Bk   Vol   Pg
236362   OR   451   470

*EXHIBIT C*
*TRACT 3*

**Land Surveying Company: Payne Industries, LLC**
**Firm Registration No: 10193780**
**Phone: (979) 567-4500**
**Website: www.payne-llc.com**

**FIELD NOTE DESCRIPTION OF A 70 FOOT WIDE ACCESS ROAD EASEMENT, BEING 3.827 ACRES, MORE OR LESS, SITUATED IN THE MICHAEL CRONICAN SURVEY, ABSTRACT 135, AND THE CARL STERNBERG SURVEY, ABSTRACT 423, LIVE OAK COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:**

**BEGINNING** at a 1/2" iron rod set with plastic cap stamped "Payne 6064", at the southwest corner of a 30.034 acre tract, said point having Texas State Plane Coordinate System, (NAD 83), South Central Zone values of N: 13333335.79 and E: 2238156.07, for the north corner of this description;

**THENCE,** leaving the **POINT OF BEGINNING,** along the southwest boundary line of said 30.034 acre tract, **S 61°55'20" E** a distance of **73.15 feet** to a point, for the northeast corner of this description;

**THENCE,** leaving said 30.034 acre tract, **S 11°12'50" W** a distance of **210.62 feet** to a point;

**THENCE, S 00°04'46" W** a distance of **133.15 feet** to a point;

**THENCE, S 00°09'51" W** a distance of **387.77 feet** to a point, for the east corner of this description;

**THENCE, S 54°10'42" W** a distance of **1687.69 feet** to a point, for the southwest corner of this description;

**THENCE, N 07°05'49" W** a distance of **79.82 feet** to a point, for the northwest corner of this description;

**THENCE, N 54°10'42" E** a distance of **1613.65 feet** to a point, for the west corner of this description;

**THENCE, N 00°09'51" E** a distance of **352.04 feet** to a point;

**THENCE, N 00°04'46" E** a distance of **139.92 feet** to a point;

**THENCE, N 11°12'50" E** a distance of **238.67 feet** to the **POINT OF BEGINNING**. There are 3.827 acres, more or less, described in these field notes.

All iron rods set are capped with a plastic cap stamped "Payne 6064". The bearing basis for this survey was determined from GPS observations and refers to Grid North. This description was prepared by Payne Industries, LLC from an on the ground survey performed on July 18, 2018 and corresponds to a survey plat referenced as job number 1008-014.

Phillip C. Payne    RPLS #6064
Job No. 1008-014
August 9, 2018



Page 1 of 1

# Exhibit B

Docusign Envelope ID: 1E4191BD-B56C-42E4-852F-4ED689F2890D

**"Tangible Personal Property"**

<u>**Furniture and Fixtures**</u>

| <u>**Main Office**</u> | <u>**Break Room**</u> | <u>**Scale House**</u> |
|---|---|---|
| 3 – CPUs | 1 – Flatscreen TV | 2 – CPUs |
| 8 – Computer Monitors | 1 – Refrigerator | 4 – Computer Monitors |
| 2 – Printers | 1 – Microwave | 2 – Printers |
| 2 – Samsung Flatscreen TVs | 2 – Tables | 3 – Keyboards |
| 4 – Keyboards | 6 – Folding Chairs | 3 – Cyber Power 1500VA UPS Systems |
| 3 – Office Phones | | 2 – Office Chairs |
| 2 – Refrigerators | | 1 - Office Phone |
| 1 – Microwave | | 1 – CB Radio |
| 2 – Tables | | 1 – Window AC Unit |
| 6 – Office Chairs | | |
| 2 – Folding Chairs | | |

**"Fixed Assets- Dry End"**

| Item: | Description: | Purchased from/Manufactured by: |
|---|---|---|
| ASTEC Load Hopper | 11x19x11 (holds approximately 9 tons of sand) | Manufactured by ASTEC |
| Conveyor - Feed Hopper | 36"x25' | Belt – from Lufkin Rubber & Gasket |
| Conveyor - Slinger | 30" x 90' | Belt – from Lufkin Rubber & Gasket |
| Belt - Slinger | 36" x 20' | Belt – from Lufkin Rubber & Gasket |
| ASTEC Dryer - Larger | 10' x 40' | Dryer & Burner Assembly 19CM0378, control software Manufacture ASTEC |
| Havens International Bag House | 29" x 36" | From Tarmac - Holds 1,152 Filter Bags |
| Compressed Air System at Bag House | Sullivan System | Purchased from Air Specialty & Equipment Co. – Is not currently working |
| Conveyor - Drum Discharge Screen Feed Hopper | 36" x 29' | Belt - Lufkin Rubber & Gasket |
| Conveyors - Shakers (2) | 30" x 95' | Belt - Lufkin Rubber & Gasket |
| ASTEC Shakers (2) | 22' x 5' x 7' | 3 levels of screens Manufacture ASTEC |
| Conveyor - Reject Discharge | 24" x 75' | Belt - Lufkin Rubber & Gasket |
| Conveyors - Surge Bin (2) | 24" x 75' | Belt - Lufkin Rubber & Gasket |
| Surge Bin | 20' x 10' x 8' | |
| Conveyor - Bottom Surge Bin | 30" x 40' | Belt - Lufkin Rubber & Gasket |
| Conveyor - Bucket Elevator | 42" X 95' | Belt - Lufkin Rubber & Gasket |
| Bucket Elevator Feed | The are files (electronic) that exist for B.W. Sinclair Equipment | Manufactured by B.W. Sinclair |
| Bucket Elevator | 400 TPH x 144'-6" Discharge Height Bucket Elevator Unit Complete with a 100 HP Drive Assembly with 24" Diverter Valve | Manufactured by B.W. Sinclair |

| | | |
|---|---|---|
| Silos (2) | 2 – Bolted carbon steel rolled, tapered panel "RTP" industrial storage tanks. 29.71' Nominal inside diameter x 10.65' Nominal Eave Heights x 69.13' Approx. straight wall storage height. 45 Degree hopper slope terminating with a 14" diameter flanged outlet. 1:12 Deck slope. Level full capacity of 51,354 cubic feet. Seismic zone per IBC 2012 – Site Class D, I=1 with 123 MPH wind conditions. | Manufactured by Tank Connection |
| Silos Platform | Installation of Landings, Platforms, Stairs, & Elevator | Built by OCC Civil & Mechanical |
| Silo Loading Tube (2) | | Manufactured by Vortex |
| Silo Control Room/Scale House | | Manufactured by OCC Civil & Mechanical |
| Silos Compressed Air System | Refrigeration Dryer Model SPRF580 Compressor Model SP16-100 Open Unit Particulate Prefilter & Coalesce After filter. 500 Gallon Tank 165 PSI | Air System Manufactured by Sullivan and Purchased from Air Specialty & Equipment Co. Manufactured by Manchester |
| Truck Scales (2) | Rice Lake Truck Scales | Purchased from A-1 Scale Service |
| AWS Weighing Software | 2 Interact SE Rev7 Site, 1 Interact SE Rev7 Network, 2 Interact Unattended, 2 Printers, 4 IP Cameras, 2 DataSync, & 1 ASP | Programmed by Advanced Weighing Systems |
| Greenville Plant Equipment | Multiple pieces of equipment | Purchased from shutdown Mississippi Sand Plant. |
| Dryer – Small | 8 x 4- Rotary Dryer (Not connected) | Mayhan Fabricators reworked Dryer from Greenville, MS Sand Plant. |

Docusign Envelope ID: 1E4191BD-B56C-42E4-85E7-4ED689F2890D

**"Fixed Assets- Wet Plant"**

| Item: | Description: | Purchased from:/Manufactured by: |
|---|---|---|
| 1440 NC Vertical 2 Phase Separator | 30" x 10' | Purchased from Angelina Tank & Manufacturing |
| JCI 6203-32LP Screen | Triple Shaft Horizontal Low Profile Screen | Purchased from G.W. Van Keppel |
| Flex-Mat 3 D Optimumwire | Flex Mat | Purchased from Salina Vortex Corp |
| Hydrosizer | 12'x12'x10'x16' Cone 18 Bar. 10' FMDS Tank with support stand, Caged Ladder up the side of plant. Work platform with railings on first level at the sand discharge valve. Also work platform at the top of the tank with railings. | Purchased from Westermann Supply Inc, Purvis Industries & Crisp Industries |
| Fresh Water Tank | 500 BBL, 12'x25', 1/4" Flat Bottom, 3/16" Shell & Deck Steel Welded Storage built to API 12F Standard | Manufactured by Angelina Tank & Manufacturing |
| Gator Screen Stand & Sump | 6'x20' 3 deck incline Screen, with Screen Support Stand. 30" wide catwalk with hand rails on 3 sides of screen. Stairway from one side to catwalk is included. | Purchased from Westermann Supply, Inc |
| Settling Tanks (2) | 16'x16'x9' Tapered | |
| Sandscrew | 60" Single Sandscrew | Manufactured by ASTEC |
| Azfab Attrition Mill | DAC Serial #DAC2061 | Purchased Used Equipment |
| Lined Chute | 30"x30"x20' | Purchased Used Equipment |
| Lined Chute | 30"x30"x16' | Purchased Used Equipment |
| Multiple Conveyors & Structural Beams | | Purchased Used Equipment |
| Cyclone | 1 Cyclone 10" Inlet 12" Discharge, 36" Diameter 36" Length 7' Cone | Purchased Used Equipment |

Docusign Envelope ID: 1E4191BD-B56C-42E4-8527-4ED688F2890D

**"Fixed Assets- Buildings/Structures"**

| <u>Item:</u> | <u>Description:</u> | <u>Purchased from:/Manufactured by:</u> |
|---|---|---|
| Main Office Building/Shop | 50x100 Metal Building with 23' eve, 1:12 pitch. 25'x100' lean too. Qty 4 framed openings 16' wide x 16' tall. Includes roll up doors. Qty 2 Man doors. Roof and exterior shop walls insulated. Addition of 25' x 50' Lean to on North side of shop similar to south side lean to. | Fate Fabrication, LLC, M&M Quality Builders |
| Electrical Control Room | Contains Electrical Breakers, Disconnects, etc. | Anderson I & E Services, LLC |
| Scalehouse - Building & Foundation | | MCC, LLC General Contractor |
| Dry Plant - Building & Foundation | | Fate Fabrication, LLC |
| Wet Plant - Building & Foundation | | Fate Fabrication, LLC |
| Wet Plant - Settling Ponds | | MCC, LLC General Contractor |
| Mine - Water Ponds | | MCC, LLC General Contractor |

Docusign Envelope ID: 1E4191BD-B56C-42E4-8527-4ED689F2890D

**"Fixed Assets- Miscellaneous Items"**

| Item: | Description: | Purchased from:/Manufactured by: |
|---|---|---|
| Water Well #1 | Drill 6" bore hole to 220' total depth with 100' of 8" SDR-21 PVC. Located on property that was formerly leased. | James Pawlik Water Well Service |
| Water Well #2 | Drill to depth of 260' total depth. Not hooked up. | James Pawlik Water Well Service |
| 2018 KPI 33-6150 Radial Superstacker | 150' - Serial # 417009 | Purchased from Texas Timberjack |
| 2018 KPI 11-3060 Series II Stacker | 60' - Serial #417394 | Purchased from Texas Timberjack |
| 5.0 Ton AC Unit w/ Heat | TEM4OC60S51SB - Serial #183622SMV3 WEM2002BV 20 KW Heat Kit Condensers 5.0 Ton - Serial #18301R9L5F | Purchased from Brady Wheeler A/C |
| 4.0 Ton AC Unit w/ Heat | TEM4A0C48S41SB - Serial #18353LFS3V WEM1502BV 15 KW Heat Kit Condensers 4.0 Ton - Serial #183230153F | Purchased from Brady Wheeler A/C |
| 2.0 Ton AC Unit w/ Heat | TEM4AOB24S21SB - Serial #18353LWC3V WEM1002B 10 KW Heat Kit Condensers 2.0 Ton - Serial #18332NRUAF | Purchased from Brady Wheeler A/C |

**"Assigned Contracts"**

| License: | Connected to: | Software |
|---|---|---|
| Astec Software | ASTEC Dryer - Larger | Astec MCIII System |
| Advanced Weighing Systems Software | Scales System | AWS Interact SE 7 |

**"Permits" to be Transferred to Tenant**

| Permits: | Permit Number: | Issuing Agency: |
|---|---|---|
| **Permit by Rule** | **154828** | **Texas Commission on Environmental Quality** |
| **Storm Water Permit** | **TXR05FZ47** | **Texas Commission on Environmental Quality** |

**"Real Property"**

All that certain real property or interest therein situated in the County of Live Oak, Texas as follows:

**TRACT 1:**

30.034 acres of land, more or less, out of the MICHAEL CRONICAN SURVEY, ABSTRACT 135, in Live Oak County, Texas, being a part of a 4,239.14 acre tract conveyed to Cuatro Paisanas Ranch, Inc. by deed recorded in Volume 243, Page 118, Deed Records of Live Oak County, Texas, said 30.034 acre tract being more particularly described in the Deed.

**TRACT 2:**

A 70 foot wide access easement out of the MICHAEL CRONICAN SURVEY, ABSTRACT 135, and the CARL STERNBERG SURVEY, ABSTRACT 423, in Live Oak  County, Texas, being a part of 4,239.14 acre tract conveyed to Cuatro Paisanas Ranch, Inc. by deed recorded in Volume 243, Page 118, Deed Records of Live Oak County, Texas, said 2.592 acre tract being more particularly described in the Deed.

**TRACT 3:**

A 70 foot wide access easement out of the MICHAEL CRONICAN SURVEY, ABSTRACT 135, and the CARL STERNBERG SURVEY, ABSTRACT 423, in Live Oak  County, Texas, being a part of 4,239.14 acre tract conveyed to Cuatro Paisanas Ranch, Inc. by deed recorded in Volume 243, Page 118, Deed Records of Live Oak County, Texas, said 3.817 acre tract being more particularly described in the Deed.

**"Equipment_ Excluded (Sold separately)"**

| Item: | Description: | Purchased from:/Manufactured by: |
|---|---|---|
| Doosan 420-7 Wheel Loader | Serial #DWGCWLECEM1010092 | Texas Timberjack, Inc/Doosan |
| Doosan DL550-5 Wheel Loader | Serial #DWGCWLBLPL1010276 | H&V Equipment Services/Doosan |
| Doosan DL280-7 Wheel Loader | Serial #DWGCWLDKLN110178 | Texas Timberjack, Inc/Doosan |
| Sandscrew | 42" Sandscrew | Manufactured by ASTEC[1] |

---

[1] Sold to third party but still located at Premises.

Docusign Envelope ID: 1F4191BD-B56C-42E4-8E27-1ED688E28090

# Exhibit C

### SCHEDULE A - PAYMENT SCHEDULE

| PMT #- DATE | REVISED PMT # | REVISED DATE | PAYMENT | APPLIED TOWARD PURCHASE PRICE |
|---|---|---|---|---|
| 1  2/10/2025 | 1 | 3/10/25 | 116,028.82 | 85,377.97 |
| 2  3/10/2025 | 2 | 4/10/25 | 116,028.82 | 88,744.85 |
| 3  4/10/2025 | 3 | 5/10/25 | 116,028.82 | 86,267.47 |
| 4  5/10/2025 | 4 | 6/10/25 | 116,028.82 | 87,656.33 |
| 5  6/10/2025 | 5 | 7/10/25 | 116,028.82 | 87,155.95 |
| 6  7/10/2025 | 6 | 8/10/25 | 116,028.82 | 88,520.47 |
| 7  8/10/2025 | 7 | 9/10/25 | 116,028.82 | 88,053.39 |
| 8  9/10/2025 | 8 | 10/10/25 | 116,028.82 | 88,503.21 |
| 9  10/10/2025 | 9 | 11/10/25 | 116,028.82 | 89,830.82 |
| 10  11/10/2025 | 10 | 12/10/25 | 116,028.82 | 89,414.23 |
| 11  12/10/2025 | 11 | 1/10/26 | 116,028.82 | 90,716.88 |
| 12  1/10/2026 | 12 | 2/10/26 | 116,028.82 | 90,334.42 |
| 13  2/10/2026 | 13 | 3/10/26 | 116,028.82 | 90,795.89 |
| 14  3/10/2026 | 14 | 4/10/26 | 116,028.82 | 93,662.25 |
| 15  4/10/2026 | 15 | 5/10/26 | 116,028.82 | 91,738.19 |
| 16  5/10/2026 | 16 | 6/10/26 | 116,028.82 | 92,977.18 |
| 17  6/10/2026 | 17 | 7/10/26 | 116,028.82 | 92,681.81 |
| 18  7/10/2026 | 18 | 8/10/26 | 116,028.82 | 93,894.95 |
| 19  8/10/2026 | 19 | 9/10/26 | 116,028.82 | 93,634.93 |
| 20  9/10/2026 | 20 | 10/10/26 | 116,028.82 | 94,113.26 |
| 21  10/10/2026 | 21 | 11/10/26 | 116,028.82 | 95,287.19 |
| 22  11/10/2026 | 22 | 12/10/26 | 116,028.82 | 95,080.81 |
| 23  12/10/2026 | 23 | 1/10/27 | 116,028.82 | 96,228.23 |
| 24  1/10/2027 | 24 | 2/10/27 | 116,028.82 | 96,058.11 |
| 25  2/10/2027 | 25 | 3/10/27 | 116,028.82 | 96,548.82 |
| 26  3/10/2027 | 26 | 4/10/27 | 116,028.82 | 98,883.70 |
| 27  4/10/2027 | 27 | 5/10/27 | 116,028.82 | 97,547.18 |
| 28  5/10/2027 | 28 | 6/10/27 | 116,028.82 | 98,627.04 |
| 29  6/10/2027 | 29 | 7/10/27 | 116,028.82 | 98,549.33 |
| 30  7/10/2027 | 30 | 8/10/27 | 116,028.82 | 99,601.73 |
| 31  8/10/2027 | 31 | 9/10/27 | 116,028.82 | 99,561.58 |
| 32  9/10/2027 | 32 | 10/10/27 | 116,028.82 | 100,070.19 |
| 33  10/10/2027 | 33 | 11/10/27 | 116,028.82 | 101,080.93 |
| 34  11/10/2027 | 34 | 12/10/27 | 116,028.82 | 101,097.76 |
| 35  12/10/2027 | 35 | 1/10/28 | 116,028.82 | 102,080.35 |
| 36  1/10/2028 | 36 | 2/10/28 | 116,028.82 | 102,135.69 |
| 37  2/10/2028 | 37 | 3/10/28 | 116,028.82 | 102,657.45 |
| 38  3/10/2028 | 38 | 4/10/28 | 116,028.82 | 104,012.69 |
| 39  4/10/2028 | 39 | 5/10/28 | 116,028.82 | 103,713.22 |
| 40  5/10/2028 | 40 | 6/10/28 | 116,028.82 | 104,624.16 |
| 41  6/10/2028 | 41 | 7/10/28 | 116,028.82 | 104,777.51 |
| 42  7/10/2028 | 42 | 8/10/28 | 116,028.82 | 105,659.29 |
| 43  8/10/2028 | 43 | 9/10/28 | 116,028.82 | 105,852.52 |
| 44  9/10/2028 | 44 | 10/10/28 | 116,028.82 | 106,393.26 |
| 45  10/10/2028 | 45 | 11/10/28 | 116,028.82 | 107,230.79 |
| 46  11/10/2028 | 46 | 12/10/28 | 116,028.82 | 107,484.56 |
| 47  12/10/2028 | 47 | 1/10/29 | 116,028.82 | 108,292.18 |
| 48  1/10/2029 | 48 | 2/10/29 | 116,028.82 | 108,586.85 |
| 49  2/10/2029 | 49 | 3/10/29 | 116,028.82 | 109,141.56 |
| 50  3/10/2029 | 50 | 4/10/29 | 116,028.82 | 110,313.07 |
| 51  4/10/2029 | 51 | 5/10/29 | 116,028.82 | 110,262.64 |
| 52  5/10/2029 | 52 | 6/10/29 | 116,028.82 | 110,994.16 |
| 53  6/10/2029 | 53 | 7/10/29 | 116,028.82 | 111,392.92 |
| 54  7/10/2029 | 54 | 8/10/29 | 116,028.82 | 112,093.48 |
| 55  8/10/2029 | 55 | 9/10/29 | 116,028.82 | 112,534.60 |

Docusign Envelope ID: 2E4191BD-B56C-42E4-8E27-1ED689E28090

| PMT #- DATE | REVISED PMT # | REVISED DATE | PAYMENT | APPLIED TOWARD PURCHASE PRICE |
|---|---|---|---|---|
| 56  9/10/2029 | 56 | 10/10/29 | 116,028.82 | 113,109.48 |
| 57  10/10/2029 | 57 | 11/10/29 | 116,028.82 | 113,763.02 |
| 58  11/10/2029 | 58 | 12/10/29 | 116,028.82 | 114,268.45 |
| 59  12/10/2029 | 59 | 1/10/30 | 116,028.82 | 114,890.24 |
| 60  1/10/2030 | 60 | 2/10/30 | 116,028.82 | 115,438.81 |
| **TOTAL** | | | **$  6,961,729.20** | **$  6,000,000.00** |

Docusign Envelope ID: 1E4191BD-B56C-42E4-8E27-1ED688E28090

# Exhibit D

# MEMORANDUM OF LEASE

This MEMORANDUM OF LEASE (this "**Memorandum**"), dated as of January 23, 2025 (the **"Effective Date"**), is entered into between Three Rivers Sand, LLC, a Texas limited liability company ("**Landlord**") and FCI South, LLC, a Texas limited liability company ("**Tenant**") (collectively referred to herein as the **"Parties"** or, individually, as a **"Party"**).

Landlord and Tenant hereby acknowledge the following:

      1.    <u>Name and Principal Place of Business of Landlord</u>. The name of Landlord is Three Rivers Sand, LLC and its principal place of business is 1715 S. University Drive, Nacogdoches, Texas 75961.

      2.    <u>Name and Principal Place of Business of Tenant</u>. The name of Tenant is FCI South, LLC and its principal place of business is 13201 FM 812, Del Valle, Texas 78617.

      3.    <u>Lease</u>. Landlord and Tenant have entered into a Lease Agreement, dated January 23, 2025 (the "**Lease**"), whereby Landlord leased to Tenant approximately 30 acres of land and all buildings, facilities, plants, and equipment located thereon (the "**Premises**") with a street address of 254 Eagle Ford Way, Three Rivers, Texas 78071, in Live Oak County, Texas, which is more particularly described in <u>Exhibit A</u> attached hereto (the "**Property**").

      4.    <u>Term</u>. The initial term of the Lease starts on January 23, 2025, and expires five years thereafter (the "**Term**").

      5.    <u>Tenant's Right of Purchase</u>. During the Term, the Tenant has the sole and exclusive right to purchase the Property subject to the conditions set forth in the Lease.

      6.    <u>Notices</u>. Except as specifically outlined in the Lease, all notices, waivers, and demands required or permitted hereunder shall be in writing and delivered to the addresses set forth in Sections 1 and 2 above, as applicable, by one of the following methods: (a) hand delivery, whereby delivery is deemed to have occurred at the time of delivery; (b) a nationally recognized overnight courier company, whereby delivery is deemed to have occurred the business day following deposit with the courier; (c) registered United States mail, signature required and postage-prepaid, whereby delivery is deemed to have occurred on the third business day following deposit with the United States Postal Service; or (d) electronic transmission (facsimile or email) provided that the transmission is completed no later than 4:00 p.m. Central Time on a business day and the original also is sent via overnight courier or United States Mail, whereby delivery is deemed to have occurred at the end of the business day on which electronic transmission is completed.

      7.    <u>Conflicts</u>. In the event of any conflict between this Memorandum and the Lease, the provisions of the Lease shall control.

      8.    <u>Counterparts</u>. This Memorandum may be executed in multiple counterparts, each of which shall be deemed an original and all of which when taken together shall constitute one and the same document.

[SIGNATURE PAGE FOLLOWS]

**IN WITNESS WHEREOF**, the Parties have caused this Memorandum to be executed as of the Effective Date.

<div style="margin-left: 40%;">

**LANDLORD:**

THREE RIVERS SAND, LLC,
a Texas limited liability company


By:_____
Name: Bazil Moore
Title: Manager
Date: _____


SUBSCRIBED AND SWORN to before me on this ___ day of _____, 2025, by Bazil Moore.


_____

Notary Public, State of Texas


[seal]

</div>

**TENANT:**

FCI SOUTH, LLC,
a Texas limited liability company

By:_____
Name: Kevin Collier
Title: Manager
Date: _____

SUBSCRIBED AND SWORN to before me on
this ___ day of _____, 2025, by Kevin
Collier.

_____

Notary Public, State of Texas

[seal]

3

Docusign Envelope ID: 2E4101BD-B56C-42F4-8E27-1ED689E28090

# Exhibit A

Bk    Vol   Pg
236362   OR    451   468

EXHIBIT A
TRACT 1

**Land Surveying Company: Payne Industries, LLC**
**Firm Registration No: 10193780**
**Phone: (979) 567-4500**
**Website: www.payne-llc.com**

**FIELD NOTE DESCRIPTION OF 30.034 ACRES, MORE OR LESS, BEING PART OF THE MICHAEL CRONICAN SURVEY, ABSTRACT 135, LIVE OAK COUNTY, TEXAS, AND BEING OUT OF THE 4239.14 ACRES DESCRIBED IN DEED TO CUATRO PAISANAS RANCH INC, RECORDED IN VOLUME 243, PAGE 118, OF THE DEED RECORDS OF LIVE OAK COUNTY, TEXAS, MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:**

BEGINNING at a 1/2" iron rod set with plastic cap stamped "Payne 6064", in the northwest corner of the herein described tract;

THENCE leaving the POINT OF BEGINNING, along the northwest line of the herein described tract, **N 45°10'27" E a distance of 373.55 feet** to a 1/2" iron rod set with plastic cap stamped "Payne 6064", for the north corner of this description;

THENCE along the northeast line of the herein described tract, **S 36°51'36" E a distance of 1371.46 feet** to a 1/2" iron rod set with a plastic cap stamped "Payne 6064", for the east corner of this description;

THENCE along the southeast line of the herein described tract, **S 41°17'31" W a distance of 1105.67 feet** to a 1/2" iron rod set with plastic cap stamped "Payne 6064", for the south corner of this description;

THENCE along the southwest line of the herein described tract, **N 61°55'20" W a distance of 459.24 feet** to a 1/2" iron rod set with plastic cap stamped "Payne 6064", for the southwest corner of this description;

THENCE along the west line of the herein described tract, **N 1°51'57" E a distance of 1449.35 feet** to the POINT OF BEGINNING. There are 30.034 acres, more or less, described in these field notes.

All iron rods set are capped with a plastic cap stamped "Payne 6064". The bearing basis for this survey was determined from GPS observations and refers to Grid North. This description was prepared by Payne Industries, LLC from an on the ground survey performed on July 18, 2018 and corresponds to a survey plat referenced as job number 1008-014.



Phillip C. Payne   RPLS #6064
Job No. 1008-014
August 9, 2018

Page 1 of 1

Docusign Envelope ID: d5549A1BD-R56C-42E4-8527-1E2688528900

Bk  Vol  Pg
236362  OR  451  469

*EXHIBIT B*
*TRACT 2*

**Land Surveying Company: Payne Industries, LLC**
**Firm Registration No: 10193780**
**Phone: (979) 567-4500**
**Website: www.payne-llc.com**

**FIELD NOTE DESCRIPTION OF A 70 FOOT WIDE ACCESS ROAD EASEMENT, BEING 2.592 ACRES, MORE OR LESS, SITUATED IN THE MICHAEL CRONICAN SURVEY, ABSTRACT 135, AND THE CARL STERNBERG SURVEY, ABSTRACT 423, LIVE OAK COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:**

**BEGINNING** at a 1/2" iron rod set with plastic cap stamped "Payne 6064", at the southwest corner of a 30.034 acre tract, said point having Texas State Plane Coordinate System, (NAD 83), South Central Zone values of N: 13333335.79 and E: 2238156.07, for the southeast corner of this description;

**THENCE**, leaving the **POINT OF BEGINNING** and said 30.034 acre tract, S 85°54'50" W a distance of **651.00** feet to a point of curvature;

**THENCE** Along a curve to the left with a delta of 08°03'13", a radius of 865.88 feet, an arc length of 121.71 feet and a chord which bears **S 81°53'14" W a distance of 121.61** feet to a point;

**THENCE, S 77°51'29" W a distance of 525.23** feet to a point of curvature;

**THENCE** Along a curve to the left with a delta of 43°40'24", a radius of 417.23 feet, an arc length of 318.03 feet and a chord which bears **S 55°51'02" W a distance of 310.39** feet to a point, for the southwest corner of this description;

**THENCE, N 06°41'06" W a distance of 98.52** feet to a point of curvature, for the northwest corner of this description;

**THENCE** Along a curve to the right with a delta of 34°52'05", a radius of 487.23 feet, an arc length of 296.51 feet and a chord which bears **N 60°15'57" E a distance of 291.96** feet to a point;

**THENCE, N 77°51'29" E a distance of 525.33** feet to a point of curvature;

**THENCE** Along a curve to the right with a delta of 08°03'13", a radius of 935.88 feet, an arc length of 131.55 feet and a chord which bears **N 81°53'14" E a distance of 131.44** feet to a point;

**THENCE, N 85°54'50" E a distance of 658.30** feet to a point in the west boundary line of said 30.034 acre tract, for the northeast corner of this description;

**THENCE** along the west boundary line of said 30.034 acre tract, S 01°51'57" W a distance of **70.38** feet to the **POINT OF BEGINNING**. There are 2.592 acres, more or less, described in these field notes.

All iron rods set are capped with a plastic cap stamped "Payne 6064". The bearing basis for this survey was determined from GPS observations and refers to Grid North. This description was prepared by Payne Industries, LLC from an on the ground survey performed on July 18, 2018 and corresponds to a survey plat referenced as job number 1008-014.

Phillip C. Payne      RPLS #6064
Job No. 1008-014
August 9, 2018

STATE OF TEXAS
REGISTERED
PHILLIP C. PAYNE
6064
PROFESSIONAL LAND SURVEYOR

Page 1 of 1

236362   Bk OR   Vol 451   Pg 470

*EXHIBIT C*
*TRACT 3*

**Land Surveying Company: Payne Industries, LLC**
**Firm Registration No: 10193780**
**Phone: (979) 567-4500**
**Website: www.payne-llc.com**

**FIELD NOTE DESCRIPTION OF A 70 FOOT WIDE ACCESS ROAD EASEMENT, BEING 3.827 ACRES, MORE OR LESS, SITUATED IN THE MICHAEL CRONICAN SURVEY, ABSTRACT 135, AND THE CARL STERNBERG SURVEY, ABSTRACT 423, LIVE OAK COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:**

**BEGINNING** at a 1/2" iron rod set with plastic cap stamped "Payne 6064", at the southwest corner of a 30.034 acre tract, said point having Texas State Plane Coordinate System, (NAD 83), South Central Zone values of N: 13333335.79 and E: 2238156.07, for the north corner of this description;

**THENCE,** leaving the **POINT OF BEGINNING**, along the southwest boundary line of said 30.034 acre tract, **S 61°55'20" E a distance of 73.15 feet** to a point, for the northeast corner of this description;

**THENCE,** leaving said 30.034 acre tract, **S 11°12'50" W a distance of 210.62 feet** to a point;

**THENCE, S 00°04'46" W a distance of 133.15 feet** to a point;

**THENCE, S 00°09'51" W a distance of 387.77 feet** to a point, for the east corner of this description;

**THENCE, S 54°10'42" W a distance of 1687.69 feet** to a point, for the southwest corner of this description;

**THENCE, N 07°05'49" W a distance of 79.82 feet** to a point, for the northwest corner of this description;

**THENCE, N 54°10'42" E a distance of 1613.65 feet** to a point, for the west corner of this description;

**THENCE, N 00°09'51" E a distance of 352.04 feet** to a point;

**THENCE, N 00°04'46" E a distance of 139.92 feet** to a point;

**THENCE, N 11°12'50" E a distance of 238.67 feet** to the **POINT OF BEGINNING**. There are 3.827 acres, more or less, described in these field notes.

All iron rods set are capped with a plastic cap stamped "Payne 6064". The bearing basis for this survey was determined from GPS observations and refers to Grid North. This description was prepared by Payne Industries, LLC from an on the ground survey performed on July 18, 2018 and corresponds to a survey plat referenced as job number 1008-014.

Phillip C. Payne     RPLS #6064
Job No. 1008-014
August 9, 2018

Page 1 of 1