# FCI Sand Working Proforma

**FCI Sand- 29 Month Cash Flow Projections**

Notes in header:
- Spend $150k to add a screen for Verdun
- During Sep-Dec 2026 add 2 silos at North at a cost of $800k; dryer from South to North at a cost of $400k to take advantage of demand in H1 2027

| Customer | Tons per day | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ConocoPhillips | 1000 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 |
| BPX (BPX goes to Wet sand in March 26) | 550 | 900 | 1000 | 1200 | 1200 | 1200 | 1200 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 |
| EOG | 300 | 500 | 300 | 1000 | 1000 | 1500 | 1500 | 1500 | 1500 | 2000 | 1000 | 500 | 300 | 300 | 500 | 500 |
| ProFrac | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 | 750 | 750 | 500 | 0 | 0 | 0 | 0 | 0 |
| Liberty | 0 | 0 | 0 | 0 | 0 | 0 | 750 | 1000 | 1000 | 1000 | 750 | 750 | 750 | 750 | 750 | 750 |
| Halliburton | 225 | 200 | 500 | 500 | 500 | 500 | 500 | 1000 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 |
| Nextier | 300 | 400 | 0 | 250 | 250 | 250 | 250 | 750 | 1500 | 1500 | 1000 | 1000 | 500 | 500 | 500 | 500 |
| BJ | 100 | 100 | 0 | 200 | 200 | 200 | 200 | 500 | 1000 | 1500 | 1000 | 1000 | 500 | 500 | 500 | 500 |
| Kimmeridge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 750 | 750 | 0 | 0 | 750 | 750 | 750 | 0 | 0 |
| Devon | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 | 1000 | 1000 | 1000 | 0 | 0 | 0 | 1000 | 1000 |
| Verdun | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 | 850 | 500 | 500 | 500 | 500 | 500 |
| Broker1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 250 | 500 | 500 | 500 | 250 | 0 |
| Broker2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 675 | 1500 | 1500 | 1500 |
| **Total Daily Tons Available to FCI** | **2475** | **3300** | **3000** | **4350** | **4350** | **4850** | **5600** | **9200** | **11700** | **12450** | **10550** | **9200** | **8675** | **9250** | **9450** | **9450** |

| MONTHS | Aug 25 | Sept 25 | Oct 25 | Nov 25 | Dec 25 | Jan 26 | Feb 26 | Mar 26 | April 26 | May 26 | June 26 | July 26 | Aug 26 | Sept 26 | Oct 26 | Nov 26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tons/Hr North | 200 | 300 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 |
| Tons/Hr South | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 |
| Hrs/Day | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| Days/Month | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 |
| Silos North | 1 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Silos South | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Avg Tons/Day North WET | | | | | | | | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 |
| Avg Tons/Day North | 3,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 7,604 | 7,500 | 7,500 | 7,500 | 7,500 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Avg Tons/Day South | - | - | - | - | - | - | - | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Tons/Day Total Capacity | 3,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 7,604 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,500 | 12,500 | 12,500 | 12,500 |
| Tons/Day Sold | 2,475 | 3,300 | 3,000 | 4,350 | 4,350 | 4,850 | 5,600 | 9,200 | 11,700 | 12,000 | 10,550 | 9,200 | 8,675 | 9,250 | 9,450 | 9,450 |
| Tons/Month | 75,281 | 100,375 | 91,250 | 132,313 | 132,313 | 147,521 | 170,333 | 279,833 | 355,875 | 365,000 | 320,896 | 279,833 | 263,865 | 281,354 | 287,438 | 287,438 |
| **REVENUES** | $ 1,882,031 | $ 2,509,375 | $ 2,281,250 | $ 3,440,125 | $ 3,572,438 | $ 4,130,583 | $ 4,939,667 | $ 8,395,000 | $ 11,032,125 | $ 11,315,000 | $ 9,947,771 | $ 7,555,500 | $ 6,596,615 | $ 7,033,854 | $ 7,185,938 | $ 7,473,375 |
| Avg Sales Price | $25.00 | $25.00 | $25.00 | $26.00 | $27.00 | $28.00 | $29.00 | $30.00 | $31.00 | $31.00 | $31.00 | $27.00 | $25.00 | $25.00 | $25.00 | $26.00 |
| **COST OF GOODS SOLD:** | | | | | | | | | | | | | | | | |
| Cost of Labor | 435,000 | 435,000 | 435,000 | 435,000 | 435,000 | 435,000 | 435,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 |
| Employee Health Insurance | 10,005 | 10,005 | 10,005 | 10,005 | 10,005 | 10,005 | 10,005 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 |
| Mining Subcontractor | 94,102 | 125,469 | 114,063 | 165,391 | 165,391 | 184,401 | 212,917 | 285,156 | 285,156 | 285,156 | 285,156 | 285,156 | 304,167 | 304,167 | 304,167 | 304,167 |
| South Feedstock | - | - | - | - | - | - | - | 32,300 | 79,800 | 85,500 | 57,950 | 32,300 | 12,825 | 23,750 | 27,550 | 27,550 |
| Equipment Rental/Loans | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 |
| Fuel - Diesel/DEF/Lube | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 |
| Plant Supplies | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Natural Gas- Propane | 350,625 | 451,000 | 414,750 | 578,750 | 578,750 | 639,583 | 730,833 | 1,039,563 | 1,153,625 | 1,167,313 | 1,101,156 | 1,039,563 | 1,053,630 | 1,079,865 | 1,088,990 | 1,088,990 |
| Utilities | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 |
| Repair & Maintenance | 45,169 | 60,225 | 54,750 | 79,388 | 79,388 | 88,513 | 102,200 | 167,900 | 213,525 | 227,213 | 192,538 | 167,900 | 158,319 | 168,813 | 172,463 | 172,463 |
| Royalties | 376,406 | 501,875 | 456,250 | 661,563 | 661,563 | 737,604 | 851,667 | 1,140,625 | 1,140,625 | 1,140,625 | 1,140,625 | 1,140,625 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 |
| Other | | | | | | | | | | | | | | | | |
| Training & Safety | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| **TOTAL COST OF GOODS SOLD** | 1,653,557 | 1,925,824 | 1,826,818 | 2,272,346 | 2,272,346 | 2,437,356 | 2,684,872 | 3,534,639 | 3,741,826 | 3,774,901 | 3,646,520 | 3,534,639 | 3,614,702 | 3,662,355 | 3,678,930 | 3,678,930 |
| Cost/ton | $ 21.97 | $ 19.19 | $ 20.02 | $ 17.17 | $ 17.17 | $ 16.52 | $ 15.76 | $ 12.63 | $ 10.51 | $ 10.34 | $ 11.36 | $ 12.63 | $ 13.70 | $ 13.02 | $ 12.80 | $ 12.80 |
| **GROSS MARGIN** | 228,475 | 583,551 | 454,433 | 1,167,779 | 1,300,092 | 1,693,227 | 2,254,795 | 4,860,361 | 7,290,299 | 7,540,099 | 6,301,251 | 4,020,861 | 2,981,912 | 3,371,499 | 3,507,007 | 3,794,445 |
| GM/ton | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 |
| **FIXED OVERHEAD:** | | | | | | | | | | | | | | | | |
| Management Payroll | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 |
| Sales Payroll | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Admin & Accounting Payroll | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Employee Health Insurance | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 |
| Business Insurance | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 |
| Office Supplies | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Dues & Subscriptions | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Meals and Entertainment | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Travel | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| License and Permits | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Finance Charges | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Bank Fees | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Professional Fees | - | - | - | - | - | - | 10,000 | - | - | - | - | - | - | - | - | - |
| Property Taxes | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 |
| Miscellaneous | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| **TOTAL FIXED OVERHEAD** | 106,320 | 106,320 | 106,320 | 106,320 | 106,320 | 106,320 | 116,320 | 106,320 | 106,320 | 106,320 | 106,320 | 106,320 | 106,320 | 106,320 | 106,320 | 106,320 |
| **EBITDA** | $ 122,155 | $ 477,231 | $ 348,113 | $ 1,061,459 | $ 1,193,772 | $ 1,586,907 | $ 2,138,475 | $ 4,754,041 | $ 7,183,979 | $ 7,433,779 | $ 6,194,931 | $ 3,914,541 | $ 2,875,592 | $ 3,265,179 | $ 3,400,687 | $ 3,688,125 |
| INTEREST | | | | | | | - | | | | | | | | | |
| FRANCHISE TAXES | 249 | 332 | 302 | 438 | 438 | 488 | 564 | 926 | 1,178 | 1,208 | 1,062 | 926 | 873 | 931 | 951 | 951 |
| DEPRECIATION | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 |
| **NET INCOME** | 16,963 | 371,956 | 242,868 | 956,079 | 1,088,391 | 1,481,476 | 2,032,969 | 4,648,172 | 7,077,858 | 7,327,628 | 6,088,926 | 3,808,672 | 2,769,776 | 3,159,305 | 3,294,793 | 3,582,231 |
| BPX Prepaid Balance- $$ | 1,852,199 | 1,759,799 | 1,608,599 | 1,440,599 | 1,238,999 | 1,037,399 | 835,799 | 634,199 | 382,199 | 130,199 | (121,801) | (373,801) | (625,801) | (877,801) | (1,129,801) | (1,381,801) |
| BPX Prepay Draw-Down (Monthly BPX Sales $6/ton Credit) | (92,400) | (151,200) | (168,000) | (201,600) | (201,600) | (201,600) | (201,600) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) |
| **Cash-Beginning** | 1,500,000 | 1,444,863 | 1,671,630 | 1,851,000 | 2,757,373 | 3,298,699 | 4,233,161 | 5,819,191 | 10,420,787 | 17,302,320 | 24,186,676 | 29,832,183 | 33,597,301 | 36,328,839 | 39,459,926 | 42,733,445 |
| **Less Outflows:** | | | | | | | | | | | | | | | | |
| AP- Construction | | (75,000) | | | (500,000) | (500,000) | (400,000) | | (150,000) | (400,000) | (400,000) | | | | | |
| AMEX | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) |
| Equipment & Truck Loans | (102,292) | (100,464) | (93,743) | (80,086) | (77,445) | (77,445) | (77,445) | (77,445) | (77,445) | (74,423) | (74,423) | (74,423) | (69,055) | (59,091) | (52,169) | (52,169) |
| **Cash-Ending** | 1,444,863 | 1,671,630 | 1,851,000 | 2,757,373 | 3,298,699 | 4,233,161 | 5,819,191 | 10,420,787 | 17,302,320 | 24,186,676 | 29,832,183 | 33,597,301 | 36,328,839 | 39,459,926 | 42,733,445 | 46,294,400 |

each plus move
tage of increased

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 |
| 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 |
| 500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2000 | 1000 | 500 | 300 | 300 | 500 | 500 | 500 | 1000 | 2500 | 2500 | 2500 | 2000 | 1000 | 500 |
| 0 | 1000 | 1500 | 1500 | 1500 | 1500 | 1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1000 | 1500 | 1500 | 1500 | 1000 | 0 |
| 750 | 1000 | 1000 | 1000 | 1000 | 1000 | 750 | 500 | 250 | 250 | 250 | 250 | 250 | 1000 | 1000 | 1000 | 1000 | 1000 | 750 | 500 |
| 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 |
| 500 | 1000 | 1500 | 1500 | 1500 | 1500 | 1000 | 1000 | 500 | 500 | 500 | 500 | 500 | 1000 | 1500 | 1500 | 1500 | 1500 | 1000 | 1000 |
| 500 | 1000 | 1500 | 1500 | 1500 | 1500 | 1000 | 1000 | 500 | 500 | 500 | 500 | 500 | 1000 | 1500 | 1500 | 1500 | 1500 | 1000 | 1000 |
| 0 | 750 | 750 | 750 | 0 | 0 | 0 | 750 | 750 | 750 | 0 | 0 | 0 | 0 | 750 | 750 | 750 | 0 | 0 | 750 |
| 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 0 | 0 | 0 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 0 |
| 500 | 1000 | 850 | 850 | 850 | 850 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 850 | 850 | 850 | 850 | 850 | 850 | 500 |
| | | | | | | 250 | 500 | 500 | 500 | 250 | | | | | | | | | |
| 1500 | 1500 | 825 | | | | | | 675 | 1500 | 1500 | 1500 | 1500 | 825 | | | | | | |
| **9450** | **14800** | **15625** | **14800** | **14050** | **13550** | **11050** | **8950** | **8175** | **8750** | **8950** | **8950** | **8950** | **14800** | **15625** | **14800** | **14050** | **13550** | **11050** | **8950** |

| Dec 26 | Jan 27 | Feb 27 | Mar 27 | April 27 | May 27 | June 27 | July 27 | Aug 27 | Sept 27 | Oct 27 | Nov 27 | Dec 27 | Jan 28 | Feb 28 | March 28 | April 28 | May 28 | June 28 | July 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Final FCF Pmt b4 interest

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 400 | 450 | 500 | 550 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 280 | 400 | 400 |
| | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 |
| | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 |
| | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 |
| | 9,450 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 11,050 | 8,950 | 8,175 | 8,750 | 8,950 | 8,950 | 8,950 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 11,050 | 8,950 |

| 287,438 | 380,208 | 380,208 | 380,208 | 380,208 | 380,208 | 336,104 | 272,229 | 248,656 | 266,146 | 272,229 | 272,229 | 272,229 | 380,208 | 380,208 | 380,208 | 380,208 | 380,208 | 336,104 | 272,229 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| $ 7,760,813 | $ 10,645,833 | $ 11,026,042 | $ 11,406,250 | $ 11,786,458 | $ 11,786,458 | $ 10,419,229 | $ 7,350,188 | $ 6,216,406 | $ 6,653,646 | $ 6,805,729 | $ 7,077,958 | $ 7,350,188 | $ 10,645,833 | $ 11,026,042 | $ 11,406,250 | $ 11,786,458 | $ 11,786,458 | $ 10,419,229 | $ 7,350,188 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $27.00 | $28.00 | $29.00 | $30.00 | $31.00 | $31.00 | $31.00 | $27.00 | $25.00 | $25.00 | $25.00 | $26.00 | $27.00 | $28.00 | $29.00 | $30.00 | $31.00 | $31.00 | $31.00 | $27.00 |

| 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 | 515,000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 | 11,845 |
| 304,167 | 304,167 | 304,167 | 304,167 | 304,167 | 304,167 | 304,167 | 304,167 | 304,167 | 304,167 | 304,167 | 304,167 | 304,167 | 304,167 | 304,167 | 304,167 | 304,167 | 304,167 | 304,167 | 304,167 |
| 27,550 | 85,500 | 85,500 | 85,500 | 85,500 | 85,500 | 57,950 | 18,050 | 3,325 | 14,250 | 18,050 | 18,050 | 18,050 | 85,500 | 85,500 | 85,500 | 85,500 | 85,500 | 57,950 | 18,050 |
| 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | | | | | | | |
| 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | | | | | | |
| 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | | | | | | |
| 1,088,990 | 1,228,146 | 1,228,146 | 1,228,146 | 1,228,146 | 1,228,146 | 1,161,990 | 1,066,177 | 1,030,818 | 1,057,052 | 1,066,177 | 1,066,177 | 1,066,177 | 1,228,146 | 1,228,146 | 1,228,146 | 1,228,146 | 1,228,146 | 1,161,990 | 1,066,177 |
| 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | 9,500 | | | | | | | |
| 172,463 | 270,100 | 285,156 | 270,100 | 256,413 | 247,288 | 201,663 | 163,338 | 149,194 | 159,688 | 163,338 | 163,338 | 163,338 | 270,100 | 285,156 | 270,100 | 256,413 | 247,288 | 201,663 | 163,338 |
| 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 | 1,216,667 |
| 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | | | | | | | |
| 3,678,930 | 3,973,674 | 3,988,730 | 3,973,674 | 3,959,987 | 3,950,862 | 3,811,530 | 3,637,493 | 3,573,265 | 3,620,918 | 3,637,493 | 3,637,493 | 3,637,493 | 3,631,424 | 3,646,480 | 3,631,424 | 3,617,737 | 3,608,612 | 3,469,280 | 3,295,243 |
| $ 12.80 | $ 10.45 | $ 10.49 | $ 10.45 | $ 10.42 | $ 10.39 | $ 11.34 | $ 13.36 | $ 14.37 | $ 13.61 | $ 13.36 | $ 13.36 | $ 13.36 | $ 9.55 | $ 9.59 | $ 9.55 | $ 9.52 | $ 9.49 | $ 10.32 | $ 12.10 |

| 4,081,882 | 6,672,159 | 7,037,311 | 7,432,576 | 7,826,472 | 7,835,597 | 6,607,699 | 3,712,695 | 2,643,141 | 3,032,728 | 3,168,236 | 3,440,465 | 3,712,695 | 7,014,409 | 7,379,561 | 7,774,826 | 8,168,722 | 8,177,847 | 6,949,949 | 4,054,945 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 | $ 17.50 |

| 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,380 | 1,725 | 1,725 | 1,725 | 1,725 | 1,725 | 1,725 | 1,725 |
| 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 | 35,840 |
| 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| - | - | 10,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 |
| 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| 106,320 | 106,320 | 116,320 | 106,320 | 106,320 | 106,320 | 106,320 | 106,320 | 106,320 | 106,320 | 106,320 | 106,320 | 106,320 | 106,665 | 106,665 | 106,665 | 106,665 | 106,665 | 106,665 | 106,665 |
| $ 3,975,562 | $ 6,565,839 | $ 6,920,991 | $ 7,326,256 | $ 7,720,152 | $ 7,729,277 | $ 6,501,379 | $ 3,606,375 | $ 2,536,821 | $ 2,926,408 | $ 3,061,916 | $ 3,334,145 | $ 3,606,030 | $ 6,907,744 | $ 7,272,896 | $ 7,668,161 | $ 8,062,057 | $ 8,071,182 | $ 6,843,284 | $ 3,948,280 |

| 951 | 1,258 | 1,258 | 1,258 | 1,258 | 1,258 | 1,113 | 901 | 823 | - | 881 | 901 | 901 | 901 | 1,258 | 1,258 | 1,258 | 1,258 | 1,113 | 901 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 | 104,943 |

| **3,869,668** | **6,459,638** | **6,814,790** | **7,220,055** | **7,613,951** | **7,623,076** | **6,395,324** | **3,500,531** | **2,431,056** | **2,820,584** | **2,956,073** | **3,228,302** | **3,500,186** | **6,801,543** | **7,166,695** | **7,561,960** | **7,955,856** | **7,964,981** | **6,737,229** | **3,842,436** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| (1,633,801) | (1,885,801) | (2,137,801) | (2,389,801) | (2,641,801) | (2,893,801) | (3,145,801) | (3,397,801) | (3,649,801) | (3,901,801) | (4,153,801) | (4,405,801) | (4,657,801) | (4,909,801) | (5,161,801) | (5,413,801) | (5,665,801) | (5,917,801) | (6,169,801) | (6,421,801) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) | (252,000) |

| 46,294,400 | 50,142,794 | 56,556,187 | 63,324,733 | 70,498,544 | 78,066,250 | 85,646,103 | 91,998,059 | 95,455,010 | 97,847,777 | 100,640,094 | 103,574,841 | 106,781,818 | 110,260,679 | 117,041,254 | 124,186,981 | 131,727,973 | 139,662,861 | 147,606,874 | 154,322,989 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (52,169) | (77,445) | (77,445) | (77,445) | (77,445) | (74,423) | (74,423) | (74,423) | (69,055) | (59,091) | (52,169) | (52,169) | (52,169) | (52,169) | (52,169) | (52,169) | (52,169) | (52,169) | (52,169) | (52,169) |
| **50,142,794** | **56,556,187** | **63,324,733** | **70,498,544** | **78,066,250** | **85,646,103** | **91,998,059** | **95,455,010** | **97,847,777** | **100,640,094** | **103,574,841** | **106,781,818** | **110,260,679** | **117,041,254** | **124,186,981** | **131,727,973** | **139,662,861** | **147,606,874** | **154,322,989** | **158,144,100** |