Davor Rukavina, Esq.
Texas Bar No. 24030781
J. Kyle Jaksa, Esq.
Texas Bar No. 24120923
**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard St., Ste. 4000
Dallas, TX 75201
Telephone:  (214) 855-7500
E-mail:  drukavina@munsch.com
  kjaksa@munsch.com

PROPOSED COUNSEL TO THE
DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FCI SAND OPERATIONS, LLC, *et al.*, | § | Case No. 25-80481-mvl-11 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

## CERTIFICATE OF COUNSEL

TO THE HONORABLE MICHELLE V. LARSON, U.S. BANKRUPTCY JUDGE:

The undersigned files this *Certificate of Counsel* in relation to the *Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Estate Professionals* [Dkt. No. 94], (the "Motion"),[2] and respectfully states:

1. The Debtors filed the Motion on August 22, 2025, which included the twenty-four (24) day negative notice language provided in the Procedures for Complex Cases in the Northern District of Texas, advising that objections to the Motion must be in writing and filed with the Court before close of business on September 15, 2025.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: FCI Sand Operations, LLC (2539) and FCI South, LLC (4193) (the "Debtors"). The location of the Debtors' service address is 606 County Rd. 121, Marble Falls, TX 78654.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

CERTIFICATE OF COUNSEL    PAGE 1

2. The Debtors received informal comments from the Official Committee of Unsecured Creditors which have been included in the revised proposed order, attached hereto as **Exhibit A**.

3. A redline of the revised proposed order against the original proposed order filed at Dkt. No. 94-2 is attached hereto as **Exhibit B**.

4. The undersigned hereby certifies that no other answer, objection, or response to the Motion has been received and that a search of the official docket for these Bankruptcy Cases revealed that no other objection or response to the Motion has been filed with the Court.

5. Accordingly, the Debtors hereby request that the Court enter the order as modified.

RESPECTFULLY SUBMITTED on September 16, 2025.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Kyle Jaksa*
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    J. Kyle Jaksa, Esq.
    Texas Bar No. 24120923
    500 N. Akard St., Ste. 4000
    Dallas, TX 75201
    Telephone: (214) 855-7500
    E-mail: drukavina@munsch.com
    E-mail: kjaksa@munsch.com

**PROPOSED COUNSEL TO THE DEBTORS**

## CERTIFICATE OF SERVICE

I certify that, on September 16, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

By: */s/ Kyle Jaksa*
    J. Kyle Jaksa, Esq.