**FCI Sand Operation, LLC**

**FCI Sand Operation, LLC**
*Cash Collateral Budget*

| | Week 1 Analysis (with QB) Idx | Week 2 Analysis (with QB) Idx | Week 3 Analysis (with QB) Idx | Week 4 DIP Report (with QB) Idx | Week 5 DIP Report (with QB) Idx | Week 6 DIP Report Actual | Week 7 DIP Report Actual | Week 8 DIP Report Actual | Week 9 DIP Report Actual | Week 10 DIP Report Actual | Week 11 DIP Report Actual | Week 12 DIP Report Actual | Week 13 DIP Report Actual | Actual Weekly 14 | Actual Weekly 15 | Actual Weekly 16 | Weekly 17 | Weekly 18 | Weekly 19 | Weekly 20 | Weekly 21 | Weekly 22 | Weekly 23 | Weekly 24 | Weekly 25 | Weekly 26 | Total Weekly 13 Weeks Budget/Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | |
| WEEK BEGINNING | 8/2/2025 | 8/9/2025 | 8/16/2025 | 8/23/2025 | 8/30/2025 | 9/6/2025 | 9/13/2025 | 9/20/2025 | 9/27/2025 | 10/4/2025 | 10/11/2025 | 10/18/2025 | 10/25/2025 | 11/1/2025 | 11/8/2025 | 11/15/2025 | 11/22/2025 | 11/29/2025 | 12/6/2025 | 12/13/2025 | 12/20/2025 | 12/27/2025 | 1/3/2026 | 1/10/2026 | 1/17/2026 | 1/24/2026 | |
| TOTAL CASH DISBURSEMENTS | $ 106,664 | $ 289,798 | $ 384,336 | $ 322,830 | $ 202,591 | $ 484,378 | $ 2,016,327 | $ 676,684 | $ 446,066 | $ 620,738 | $ 854,690 | $ 831,413 | $ 337,508 | $ 731,562 | $ 565,596 | $ 239,294 | $ 512,774 | $ 519,434 | $ 542,714 | $ 2,175,912 | $ 1,481,221 | $ 746,852 | $ 755,268 | $ 938,769 | $ 682,131 | $ 975,469 | $ 11,448,228 |
| CASH ON HAND AT END | $ 1,393,336 | $ 1,103,538 | $ 840,702 | $ 528,929 | $ 335,123 | $ 815,522 | $ 1,879,418 | $ 2,238,329 | $ 1,937,772 | $ 2,199,081 | $ 1,410,426 | $ 754,170 | $ 1,096,681 | $ 751,562 | $ 565,596 | $ 44,109 | $ 44,109 | $ (279,971) | $ (6,078) | $ 3,456,229 | $ 2,365,746 | $ 1,996,848 | $ 1,655,729 | $ 1,108,202 | $ 1,295,777 | $ 1,050,030 | $ 1,050,030 |