Eric M. English
Texas Bar No. 24062714
M. Shane Johnson
Texas Bar No. 24083263
**PORTER HEDGES LLP**
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
eenglish@porterhedges.com
sjohnson@porterhedges.com

*Counsel to the Official Committee of Unsecured Creditors*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FCI SAND OPERATIONS, LLC, *et. al*[1] | § | Case No. 25-80481-mvl-11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

### COMMITTEE'S WITNESS AND EXHIBIT LIST
### FOR APRIL 22, 2026 HEARING
[Relates to Docket Nos. 407 and 408]

The Official Committee of Unsecured Creditors (the "Committee") files this Witness and

Exhibit List in connection with the hearing scheduled for April 22, 2026, at 1:30 p.m. (CT) (the

"Hearing").

### WITNESSES

The Committee may call any of the following witnesses at the Hearing, whether in person

or by proffer:

1. Any witnesses listed or called by any party;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: FCI Sand Operations, LLC (2539) and FCI South, LLC (4193) (the "Debtors"). The location of the Debtors' service address is 606 County Rd. 121, Marble Falls, TX 78654.

**COMMITTEE'S WITNESS AND EXHIBIT LIST**
18301944

2.  Any witnesses necessary to lay the foundation for the admission of exhibits; and

3.  Any witnesses necessary to rebut and/or impeach the testimony of any witnesses called or designated by any other party.

## EXHIBITS

The Committee may offer into evidence any one or more of the following exhibits:

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Any budget proposed by the Debtors. | | | | |
| 2. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case. | | | | |
| 3. | Any exhibit designated or introduced by any other party. | | | | |
| 4. | Rebuttal or impeachment exhibits as necessary. | | | | |

The Committee reserves the right to amend or supplement the Witness and Exhibit List at any time prior to or during the Hearing. The Committee also reserves the right to use any exhibits presented by any other party and ask the Court to take judicial notice of any document. The Committee finally reserves the right to introduce exhibits previously admitted.

**COMMITTEE'S WITNESS AND EXHIBIT LIST**
18301944

Respectfully submitted this 21st day of April, 2026.

**PORTER HEDGES LLP**

*/s/ Eric M. English*
Eric M. English
Texas Bar No. 24062714
M. Shane Johnson
Texas Bar No.  24083263
**PORTER HEDGES LLP**
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
eenglish@porterhedges.com
sjohnson@porterhedges.com

*Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 21, 2026, a true and correct copy of the foregoing document was served via email through the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Eric M. English*
Eric M. English

**COMMITTEE'S WITNESS AND EXHIBIT LIST**
18301944