J. Robert Arnett II
CARTER ARNETT STAHL & CHO PLLC
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Texas State Bar No. 01332900
barnett@carterarnett.com
Telephone: (214) 550-8188
Facsimile: (214) 550-8185

Counsel for Three Rivers Sand, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 25-80481-MVL** |
| **FCI SAND OPERATIONS, LLC, et al.[1]** | § | **Chapter 11** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

**THREE RIVERS SAND, LLC'S WITNESS & EXHIBIT LIST FOR HEARING
ON APRIL 22, 2026 ON MOTION FOR ADDITIONAL POSTPETITION
FINANCING AND APPROVING STALKING HORSE BIDDER**

Three Rivers Sand, LLC ("Three Rivers"), files its witness and exhibit list for the hearing

on the Debtors' Emergency Motion (I) Approving Additional Postpetition Financing on First

Priority, Priming Basis, (II) Approving the Debtors' Selection of a Stalking Horse Bidder, (III)

Approving Bid Protections in Connection therewith, and (IV) Granting Related Relief [Doc. No.

407] (the "Motion") on Wednesday, April 22, 2026, at 1:30 p.m. (Central Time), as follows:

## WITNESSES

Three Rivers reserves the right to call and examine any witness listed by any party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: FCI Sand Operations, LLC (2539) and FCI South, LLC (4193).  The location of the Debtors' service address is 606 County Road 121, Marble Falls, Texas 78654.

## EXHIBITS

Three Rivers designates the following exhibits that it may use at the hearing:

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| TRS-1 | Substitute Trustee's Deed with Bill of Sale | | | | |
| TRS-1A | Substitute Trustee's Deed with Bill of Sale (part two) | | | | |
| TRS-2 | Deed of Trust dated December 7, 2021 | | | | |
| TRS-3 | Lease Agreement dated January 23, 2025 | | | | |
| TRS-4 | Unpaid Invoices | | | | |
| TRS-5 | Check to Live Oak County Appraisal District | | | | |

Three Rivers requests that the Court take judicial notice of the filings in the proceedings before the Court, including orders and monthly operating reports.

Three Rivers reserves the right to use demonstrative exhibits, exhibits identified or offered by any other party, exhibits in impeachment, and exhibits for rebuttal. Three Rivers reserves the right to amend or supplement this exhibit list.

Respectfully submitted, this 21st day of April 2026.

*/s/ J. Robert Arnett II*
J. Robert Arnett II
Texas State Bar No. 01332900
Email: barnett@carterarnett.com
**CARTER ARNETT STAHL & CHO PLLC**
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Tel.: 214-550-8188 | Fax: 214-550-8185

**Counsel for Three Rivers Sand, LLC**

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, the foregoing document was electronically filed with the Clerk of Court via ECF and served upon all those who receive electronic notification.

/s/ *J. Robert Arnett II*
J. Robert Arnett II