Bk        Vol        Pg
236362    OR        451        503

**AFTER RECORDING RETURN TO:**

Greenberg Traurig, LLP
1000 Louisiana, Suite 1700
Houston, Texas 77002
Attn: Kristen E. Bollinger

## NOTICE OF SUBSTITUTE TRUSTEE'S SALE

November 15, 2021 (the "*Effective Date*")

Notice is hereby given that a public nonjudicial foreclosure sale (the "*Foreclosure*"), at auction, of the Mortgaged Property (defined below) will be held at the date, time and place specified in this notice.

**DATE OF SALE**: Tuesday, December 7, 2021 (the first [1st] Tuesday of that month).

**TIME OF SALE**: The earliest time at which the Foreclosure will occur is 10:00 a.m. The Foreclosure shall begin at that time or not later than three (3) hours after that time.

**PLACE OF SALE**: The Foreclosure will take place on the front steps of the Live Oak County Courthouse, 301 Houston Street, George West, Texas 78022, or as otherwise designated by the Live Oak County, Texas Commissioner's Court.

**INDEBTEDNESS PROMPTING SALE**: (i) $11,000,000 Revolving Line of Credit Promissory Note dated November 13, 2018 (the "*Senior Note*") executed by Atlas Mining, LLC, a Texas limited liability company ("*Borrower*"), payable to the order of Sabine State Bank & Trust Company, a Louisiana financial institution ("*Noteholder*"); and (ii) $1,682,950.00 Fixed Rate Term Loan Promissory Note dated April 17, 2019 (the "*Subordinate Note*" and, collectively with the Senior Note, the "*Notes*") executed by Borrower and payable to the order of Noteholder. The Notes and all documents executed in connection with, or relating in any way to the Notes evidence loans (the "*Loans*") originally made by Noteholder to Borrower.

**DEEDS OF TRUST CREATING LIENS THAT ARE THE SUBJECT OF SALE**: Deed of Trust securing the Senior Note dated as of November 13, 2018 (the "*Deed of Trust*") by Borrower to Lee McCann, Trustee, for the benefit of Noteholder, covering, in part, certain tracts of land (the "*Land*") located in Live Oak County, Texas, as more particularly described therein and on *Exhibit A* attached hereto, which Deed of Trust is recorded as Instrument Number 1790413 in the Official Public Records of Real Property of Live Oak County, Texas

**PROPERTY BEING SOLD**: The Land, Minerals, Fixtures, Improvements, Personalty, and all other items located in Live Oak County, Texas, as described in the Deed of Trust and on *Exhibit B* attached hereto (collectively, the "*Mortgaged Property*").

**SUBSTITUTE TRUSTEE**: On October 7, 2021, Robert McWilliams was appointed substitute trustee.

ACTIVE 60026986v5

EXHIBIT
1
TRS-1A

FILED _November 15_ A.D. 20 21
LIVE OAK COUNTY, TEXAS
IDA VASQUEZ, CLERK, COUNTY COURT
BY _____ DEPUTY
AT _____ O'CLOCK _a.m.

Pursuant to the terms and provisions contained within the Notes, the Deed of Trust, and other applicable loan documents, the Loans have been accelerated according to their terms and are in default, all appropriate notices have been provided and all cure periods have expired. Accordingly, therefore, all of the unpaid balance of (i) principal balances due under the Notes, (ii) accrued interest due under the Notes, and (iii) all other amounts provided for under the Notes, are due and payable in full. Noteholder has requested that the undersigned, as Substitute Trustee under the Deed of Trust, sell the Mortgaged Property for cash (except Noteholder may bid credit against the indebtedness due and owing), the proceeds of such nonjudicial foreclosure sale to be applied in accordance with the provisions of the Deed of Trust.

Therefore, at the date, time and place set forth above, as Substitute Trustee (or any subsequently appointed substitute trustee) will sell the Mortgaged Property to the highest bidder for cash pursuant to the terms of the Deed of Trust and applicable law.

IN WITNESS WHEREOF, this Notice of Substitute Trustee's Sale has been executed to be effective on the Effective Date.

By: _Robert McWilliams_

Robert McWilliams, Substitute Trustee

STATE OF TEXAS          §
                        §
COUNTY OF LIVE OAK      §

This instrument was acknowledged before me on _November 10_, 2021, by Robert McWilliams, as Substitute Trustee, in the capacity herein stated.

(Seal)

_Amy Brysch_
Notary Public, State of Texas

Printed Name: _Amy Brysch_

My Commission Expires: _03-28-2024_

AMY BRYSCH
NOTARY PUBLIC
STATE OF TEXAS
ID # 1062736-0
My Comm. Expires 03-28-2024

2

*ACTIVE 60026986v5*

# EXHIBIT A

## The Land

[SEE ATTACHED]



ACTIVE 60026986v5

3

EXHIBIT A
TRACT 1

**Land Surveying Company: Payne Industries, LLC**
**Firm Registration No: 10193780**
**Phone: (979) 567-4500**
**Website: www.payne-llc.com**

FIELD NOTE DESCRIPTION OF 30.034 ACRES, MORE OR LESS, BEING PART OF THE MICHAEL CRONICAN SURVEY, ABSTRACT 135, LIVE OAK COUNTY, TEXAS, AND BEING OUT OF THE 4239.14 ACRES DESCRIBED IN DEED TO CUATRO PAISANAS RANCH INC, RECORDED IN VOLUME 243, PAGE 118, OF THE DEED RECORDS OF LIVE OAK COUNTY, TEXAS, MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING at a 1/2" iron rod set with plastic cap stamped "Payne 6064", in the northwest corner of the herein described tract;

THENCE leaving the POINT OF BEGINNING, along the northwest line of the herein described tract, N 45°10'27" E a distance of 373.55 feet to a 1/2" iron rod set with plastic cap stamped "Payne 6064", for the north corner of this description;

THENCE along the northeast line of the herein described tract, S 36°51'36" E a distance of 1371.46 feet to a 1/2" iron rod set with a plastic cap stamped "Payne 6064", for the east corner of this description;

THENCE along the southeast line of the herein described tract, S 41°17'31" W a distance of 1105.67 feet to a 1/2" iron rod set with plastic cap stamped "Payne 6064", for the south corner of this description;

THENCE along the southwest line of the herein described tract, N 61°55'20" W a distance of 459.24 feet to a 1/2" iron rod set with plastic cap stamped "Payne 6064", for the southwest corner of this description;

THENCE along the west line of the herein described tract, N 1°51'57" E a distance of 1449.35 feet to the POINT OF BEGINNING. There are 30.034 acres, more or less, described in these field notes.

All iron rods set are capped with a plastic cap stamped "Payne 6064". The bearing basis for this survey was determined from GPS observations and refers to Grid North. This description was prepared by Payne Industries, LLC from an on the ground survey performed on July 18, 2018 and corresponds to a survey plat referenced as job number 1008-014.

Phillip C. Payne       RPLS #6064
Job No. 1008-014
August 9, 2018



Bk    Vol    Pg
236362   OR   451   507

*EXHIBIT B*
*TRACT 2*

**Land Surveying Company: Payne Industries, LLC**
**Firm Registration No: 10193780**
**Phone: (979) 567-4500**
**Website: www.payne-llc.com**

**FIELD NOTE DESCRIPTION OF A 70 FOOT WIDE ACCESS ROAD EASEMENT, BEING 2.592 ACRES, MORE OR LESS, SITUATED IN THE MICHAEL CRONICAN SURVEY, ABSTRACT 135, AND THE CARL STERNBERG SURVEY, ABSTRACT 423, LIVE OAK COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:**

BEGINNING at a 1/2" iron rod set with plastic cap stamped "Payne 6064", at the southwest corner of a 30.034 acre tract, said point having Texas State Plane Coordinate System, (NAD 83), South Central Zone values of N: 13333335.79 and E: 2238156.07, for the southeast corner of this description;

THENCE, leaving the POINT OF BEGINNING and said 30.034 acre tract, S 85°54'50" W a distance of 651.00 feet to a point of curvature;

THENCE Along a curve to the left with a delta of 08°03'13", a radius of 865.88 feet, an arc length of 121.71 feet and a chord which bears S 81°53'14" W a distance of 121.61 feet to a point;

THENCE, S 77°51'29" W a distance of 525.23 feet to a point of curvature;

THENCE Along a curve to the left with a delta of 43°40'24", a radius of 417.23 feet, an arc length of 318.03 feet and a chord which bears S 55°51'02" W a distance of 310.39 feet to a point, for the southwest corner of this description;

THENCE, N 06°41'06" W a distance of 98.52 feet to a point of curvature, for the northwest corner of this description;

THENCE Along a curve to the right with a delta of 34°52'05", a radius of 487.23 feet, an arc length of 296.51 feet and a chord which bears N 60°15'57" E a distance of 291.96 feet to a point;

THENCE, N 77°51'29" E a distance of 525.33 feet to a point of curvature;

THENCE Along a curve to the right with a delta of 08°03'13", a radius of 935.88 feet, an arc length of 131.55 feet and a chord which bears N 81°53'14" E a distance of 131.44 feet to a point;

THENCE, N 85°54'50" E a distance of 658.30 feet to a point in the west boundary line of said 30.034 acre tract, for the northeast corner of this description;

THENCE along the west boundary line of said 30.034 acre tract, S 01°51'57" W a distance of 70.38 feet to the POINT OF BEGINNING. There are 2.592 acres, more or less, described in these field notes.

All iron rods set are capped with a plastic cap stamped "Payne 6064". The bearing basis for this survey was determined from GPS observations and refers to Grid North. This description was prepared by Payne Industries, LLC from an on the ground survey performed on July 18, 2018 and corresponds to a survey plat referenced as job number 1008-014.

Phillip C. Payne      RPLS #6064
Job No. 1008-014
August 9, 2018

Page 1 of 1



EXHIBIT C
TRACT 3

**Land Surveying Company: Payne Industries, LLC**
**Firm Registration No: 10193780**
**Phone: (979) 567-4500**
**Website: www.payne-llc.com**

**FIELD NOTE DESCRIPTION OF A 70 FOOT WIDE ACCESS ROAD EASEMENT, BEING 3.827 ACRES, MORE OR LESS, SITUATED IN THE MICHAEL CRONICAN SURVEY, ABSTRACT 135, AND THE CARL STERNBERG SURVEY, ABSTRACT 423, LIVE OAK COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:**

**BEGINNING** at a 1/2" iron rod set with plastic cap stamped "Payne 6064", at the southwest corner of a 30.034 acre tract, said point having Texas State Plane Coordinate System, (NAD 83), South Central Zone values of N: 13333335.79 and E: 2238156.07, for the north corner of this description;

**THENCE**, leaving the **POINT OF BEGINNING**, along the southwest boundary line of said 30.034 acre tract, S 61°55'20" E a distance of 73.15 feet to a point, for the northeast corner of this description;

**THENCE**, leaving said 30.034 acre tract, S 11°12'50" W a distance of 210.62 feet to a point;

**THENCE**, S 00°04'46" W a distance of 133.15 feet to a point;

**THENCE**, S 00°09'51" W a distance of 387.77 feet to a point, for the east corner of this description;

**THENCE**, S 54°10'42" W a distance of 1687.69 feet to a point, for the southwest corner of this description;

**THENCE**, N 07°05'49" W a distance of 79.82 feet to a point, for the northwest corner of this description;

**THENCE**, N 54°10'42" E a distance of 1613.65 feet to a point, for the west corner of this description;

**THENCE**, N 00°09'51" E a distance of 352.04 feet to a point;

**THENCE**, N 00°04'46" E a distance of 139.92 feet to a point;

**THENCE**, N 11°12'50" E a distance of 238.67 feet to the **POINT OF BEGINNING**. There are 3.827 acres, more or less, described in these field notes.

All iron rods set are capped with a plastic cap stamped "Payne 6064". The bearing basis for this survey was determined from GPS observations and refers to Grid North. This description was prepared by Payne Industries, LLC from an on the ground survey performed on July 18, 2018 and corresponds to a survey plat referenced as job number 1008-014.

Phillip C. Payne    RPLS #6064
Job No. 1008-014
August 9, 2018



Page 1 of 1

Bk     Vol    Pg
236362   OR    451    509

## EXHIBIT B

### The Mortgaged Property

As used herein, the term "Mortgaged Property" shall mean the following:

1. The Land;

2. To the extent owned by Borrower, all substances in, on, under, or above the Land which are now, or may become in the future, intrinsically valuable (that is, valuable in themselves) and which now or may be in the future enjoyed through extraction or removal from the property, including without limitation, oil, gas, and all other hydrocarbons, coal, lignite, carbon dioxide and all other nonhydrocarbon gases, uranium and all other radioactive substances, and gold, silver, copper, iron and all other metallic substances or ores (collectively, the "*Minerals*");

3. All materials, supplies, equipment, systems, apparatus, and other items now owned or hereafter acquired by Borrower and now or hereafter attached to, installed in, or used in connection with (temporarily or permanently) any of the Improvements (as defined below) or the Land, which are now owned or hereafter acquired by Borrower and are now or hereafter attached to the Land or the Improvements, and including but not limited to any and all partitions, dynamos, window screens and shades, draperies, rugs and other floor coverings, awnings, motors, engines, boilers, furnaces, pipes, cleaning, call and sprinkler systems, fire extinguishing apparatus and equipment, water tanks, swimming pools, heating, ventilating, refrigeration, plumbing, laundry, lighting, generating, cleaning, waste disposal, transportation (of people or things, including but not limited to, stairways, elevators, escalators, and conveyors), incinerating, air conditioning and air cooling equipment and systems, gas and electric machinery, appurtenances and equipment, disposals, dishwashers, refrigerators and ranges, recreational equipment and facilities of all kinds, and lighting, traffic control, waste disposal, raw and potable water, gas, electrical, storm and sanitary sewer, telephone and cable television facilities, and all other utilities whether or not situated in easements, together with all accessions, appurtenances, replacements, betterments, and substitutions for any of the foregoing and the proceeds thereof (collectively, the "*Fixtures*");

4. Any and all buildings, covered garages, air conditioning towers, open parking areas, structures and other improvements of any kind or nature, and any and all additions, alterations, betterments or appurtenances thereto, now or at any time hereafter situated, placed, or constructed upon the Land or any part thereof (collectively, the "*Improvements*");

5. All of the right, title, and interest of Borrower in and to (i) furniture, furnishings, equipment, machinery, goods (including, but not limited to, crops, farm products, timber and timber to be cut, and as extracted collateral); (ii) general intangibles, money, insurance proceeds, accounts, contract and subcontract rights, trademarks, trade names, copyrights, chattel paper, instruments, investment property, letter of credit rights, inventory; (iii) all

*4*

*ACTIVE 60026986v5*

Bk    Vol    Pg
236362   OR    451    510

cash funds, fees (whether refundable, returnable or reimbursable), deposit accounts or other funds or evidences of cash, credit or indebtedness deposited by or on behalf of Borrower with any governmental agencies, boards, corporations, providers of utility services, public or private, including specifically, but without limitation, all refundable, returnable, or reimbursable tap fees, utility deposits, commitment fees and development costs, any awards, remunerations, reimbursements, settlements, or compensation heretofore made or hereafter to be made by any Governmental Authority (as defined in the Deed of Trust) pertaining to the Land, Improvements, Fixtures, Contracts (as defined below), or Personalty, including but not limited to those for any vacation of, or change of grade in, any streets affecting the Land or the Improvements and those for municipal utility district or other utility costs incurred or deposits made in connection with the Land; and (iv) all other personal property of any kind or character as defined in and subject to the provisions of the Code (Article 9 - Secured Transactions); any and all of which are now owned or hereafter acquired by Borrower, and which are now or hereafter situated in, on, or about the Land or the Improvements, or used in or necessary to the complete and proper planning, development, construction, financing, use, occupancy, or operation thereof, or acquired (whether delivered to the Land or stored elsewhere) for use in or on the Land or the Improvements, together with all accessions, replacements, and substitutions thereto or therefor and the proceeds thereof (collectively, the "*Personalty*");

6. All of the right, title, and interest of Borrower, including equitable rights, in, to, and under any and all (i) contracts for the purchase of all or any portion of the Mortgaged Property, whether such contracts are now or at any time hereafter existing, including but without limitation, any and all earnest money or other deposits escrowed or to be escrowed or letters of credit provided or to be provided by the purchasers under the contracts, including all amendments and supplements to and renewals and extensions of the contracts at any time made, and together with all payments, earnings, income, and profits arising from the sale of all or any portion of the Mortgaged Property or from the contracts and all other sums due or to become due under and pursuant thereto and together with any and all earnest money, security, letters of credit or other deposits under any of the contracts; (ii) contracts, licenses, permits, and rights relating to living unit equivalents or other entitlements for water, wastewater, and other utility services whether executed, granted, or issued by a private person or entity or a governmental or quasi-governmental agency, which are directly or indirectly related to, or connected with, the development, ownership, maintenance or operation of the Mortgaged Property, whether such contracts, licenses, and permits are now or at any time thereafter existing, including without limitation, any and all rights of living unit equivalents or other entitlements with respect to water, wastewater, and other utility services, certificates, licenses, zoning variances, permits, and no-action letters from each governmental authority required: (a) to evidence compliance by Borrower and all improvements constructed or to be constructed on the Mortgaged Property with all Legal Requirements (as defined in the Deed of Trust) applicable to the Mortgaged Property, and (b) to develop and/or operate the Mortgaged Property as a commercial and/or residential project, as the case may be; (iii) any and all right, title, and interest Borrower may have in any financing arrangements relating to the financing of or the purchase of all or any portion of the Mortgaged Property by future purchasers; and (iv) all other contracts which in any way relate to the use, enjoyment, occupancy, operation, maintenance, repair,

5

ACTIVE 60026986v5

management or ownership of the Mortgaged Property (save and except any and all Leases), including but not limited to maintenance and service contracts and management agreements (collectively, the "*Contracts*"); and

7. Any and all leases, master leases, subleases, licenses, concessions, or other agreements (whether written or oral, or now or hereafter in effect) which grant to third parties a possessory interest in and to, or the right to use or occupy, all or any part of the Mortgaged Property, together with all security and other deposits or payments made in connection therewith (collectively, the "*Leases*");

together with any and all other security and collateral of any nature whatsoever, now or hereafter given for the repayment of the Indebtedness (as defined in the Deed of Trust) or the performance and discharge of the Obligations (as defined in the Deed of Trust).

As used in this Exhibit B, the term "now" refers to the date of the Deed of Trust.

6

*ACTIVE 60026986v5*

Bk   Vol   Pg
236362   OR   451   512

| STATE OF TEXAS | § |
| --- | --- |
|  | § |
| COUNTY OF LIVE OAK | § |

## AFFIDAVIT OF MAILING

**Affiant**: Jazmin Roldan

**Deed of Trust**: Deed of Trust dated as of November 13, 2018, by Atlas Mining, LLC, a Texas limited liability company, to Lee McCann, Trustee, for the benefit of Sabine State Bank & Trust Company, a Louisiana financial institution ("***Noteholder***"), covering, in part, certain tracts of land located in Live Oak County, Texas, as more particularly described therein, which Deed of Trust is recorded as Instrument Number 1790413 in the Official Public Records of Real Property of Live Oak County, Texas (as amended and/or modified [if applicable])

**Original Trustee**: Lee McCann

**Borrower**: Atlas Mining, LLC, a Texas limited liability company

**Secures**: $11,000,000 Revolving Line of Credit Promissory Note dated November 13, 2018 made by Borrower in favor of Noteholder, as payee

**Substitute Trustee**: Robert McWilliams, whose address is 301 Bowie Street, George West, Texas 78022

**[Signature of Affiant is on Following Page]**

*ACTIVE 60574131v2*                    1

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared Affiant, a person well known to me, who upon oath stated:

I am over the age of 18 years, have never been convicted of a felony or a crime of moral turpitude and have personal knowledge of the facts set forth herein. I am an agent of Substitute Trustee and Noteholder with respect to the matters set forth herein. On Monday, November 15, 2021, I performed the following actions:

(a)    At approximately _3:05_, Central Time, I picked up twelve (12) envelopes that were addressed to the parties listed on *Exhibit A* attached hereto and made a part hereof, and which were being sent by certified mail, return receipt requested, postage prepaid; and

(b)    At approximately _3:50_, Central Time, I deposited each of such envelopes in a post office or official depository under the care and custody of the United States Postal Service.

**AFFIANT**:

_Jazmin Roldan_
Jazmin Roldan

SUBSCRIBED AND SWORN TO before me by _Jazmin Roldan_, on November _15_, 2021.

(Seal)

_Sandra Lee Gunderson_
Notary Public, State of Texas

Printed Name: _____

My Commission Expires: _____

SANDRA LEE GUNDERSON
Notary Public, State of Texas
Comm. Expires 12-20-2021
Notary ID 1937168

*ACTIVE 60574131v2*

2

## Exhibit A

### DISTRIBUTION LIST

Atlas Mining, LLC
6004 S. First Street
Lufkin, Texas 75901

Harold Estes
6004 South First Street
Lufkin, TX 75901

Bazil Moore
1715 South University Street
Nacogdoches, TX 75961

Samuel Mark Brockington
5316 Stonewall Road
Little Rock, AR 72207

OCC Civil & Mechanical, LLC
P.O. Box 190
Waxahachie, TX 75165
Attn.: President

Sunbelt Rentals, Inc.
1275 West Mound Street
Columbus, OH 43223
Attn.: Lien Coordinator

Wright Materials, Inc.
5706 FM 3088
Robstown, TX 78380-5248

IndustrialQUIP, LLC
P.O. Box 9055
Corpus Christi, TX 78469
Attn.: Vice President

Mid-Coast Valve & Equipment, Inc. d/b/a Coastal Valve & Equipment
P.O. Box 864
George West, TX 78022

Redco Endeavors, Inc.
P.O. Box 10
Gilmer, TX 75644
Attn.: Justin Donaho, CEO

*ACTIVE 60574131v2*

J&S Materials, LLC
22592 State Hwy. 16 South
Von Ormy, TX 78069

TBC, Inc. d/b/a Texas Bearing Company
P.O. Box 1579
Amarillo, TX 79105-1579

ACTIVE 60574131v2

Bk   Vol   Pg
236362   OR   451   516

**GT** GreenbergTraurig

Kristen E. Bollinger
Tel 713.374.3593
Fax 713.374.3505
bollingerk@gtlaw.com

November 10, 2021

*Via Certified Mail and Return Receipt Requested*
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220
Attn.: Secretary of the Treasury

Re:   Notice of Non-Judicial Sale of Property

Dear Ms. Yellen:

This constitutes notice in accordance with Texas law.  The real property ("Property") described on Exhibit "A" attached hereto will be posted for foreclosure in accordance with Tex. Prop. Code § 51.002 (1984).  The foreclosure sale will occur on Tuesday, December 7, 2021 pursuant to the Notice of Substitute Trustee's Sale attached hereto as Exhibit "B."

The Property is subject to federal tax liens filed of record in the Office of the Secretary of State of Texas (i) on January 19, 2021 under Filing No. 210002456969, (ii) on May 10, 2021 under Filing No. 210019466433, and (iii) on July 6, 2021 under Filing No. 210028536118.  Such liens are junior to the indebtedness prompting the foreclosure sale and, under Texas law, will be extinguished by such sale.

Should you have any questions, please do not hesitate to contact my colleague, Karl Burrer at (713) 374-3612, or me at (713) 374-3593.

Respectfully submitted,

*Kirsten E. Bollinger*

Kristen E. Bollinger
Associate

Enclosures

cc:   U.S. Department of the Treasury

---

**Greenberg Traurig, LLP | Attorneys at Law**

1000 Louisiana Street | Suite 1700 | Houston, Texas 77002 | T +1 713.374.3500 | F +1 713.374.3505

Albany. Amsterdam. Atlanta. Austin. Berlin: Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London: Los Angeles. Mexico City: Miami. Milan: Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul: Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv: Tokyo: Warsaw: Washington, D.C. West Palm Beach. Westchester County.

Operates as 'Greenberg Traurig Germany LLP, "A separate UK registered legal entity, 'Greenberg Traurig. S.C., 'Greenberg Traurig Santa Maria. "Greenberg Traurig LLP Foreign Legal Consultant Office "A branch of Greenberg Traurig, P.A., Florida, USA. <GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubugoshi Jimusho. 'Greenberg Traurig Nowakowska Zmroch Wysokiński sp k

*ACTIVE 60178847v2*                                                    www.gtlaw.com

Bk    Vol    Pg
236362  OR    451   517

November 10, 2021
Page 2

SB/SE Headquarters
5000 Ellin Road
Lanham, MD 20706
Attn.: Area #5: Lien Unit

Bk    Vol    Pg
236362    OR    451    518

aurig LLP.
nger
na St.

77002


RETURN RECEIPT REQUESTED


FIRST-CLASS

US POSTAGE
02 1P    $ 008.56⁰
0001205688    NOV 11 2021
MAILED FROM ZIP CODE 77002

U.S Department of the Treasury
Secretary of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

FOLD AND TEAR THIS WAY ⟶

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2155 4825 93

1. Article Addressed to:
U.S Department of the Treasury
Secretary of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2155 4825 90

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery
Reference Information
202983.010100
Kristen Bollinger

Domestic Return Receipt

Thank you for using Return Receipt Service

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

236362   Bk   Vol   Pg
OR   451   520

raurig LLP,
nger
na St.

< 77002



CERTIFIED MAIL

9414 7266 9904 2155 4826 06
RETURN RECEIPT REQUESTED



FIRST-CLASS
US POSTAGE
$ 008.56
P0001205688   NOV 11 2021
MAILED FROM ZIP CODE 77002

SB/Se Headquarters
Area #5: Lien Unit
5000 Ellin Road
Lanham, MD 20706

Bk   Vol   Pg
236362   OR   451   521

FOLD AND TEAR THIS WAY ➡

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2155 4826 09

1. Article Addressed to:
SB/Se Headquarters
Area #5: LienUnit
5000 Ellin Road
Lanham, MD 20706

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2155 4826 06

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

202983.010100

Kristen Bollinger

Domestic Return Receipt

Thank you for using Return Receipt Service

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Bk    Vol    Pg
236362    OR    451    522

## Exhibit "A"

### The Property

### [SEE ATTACHED]

ACTIVE 60178847v2

Bk      Vol    Pg
236362  OR     451    523

EXHIBIT A
TRACT 1

**Land Surveying Company: Payne Industries, LLC**
**Firm Registration No: 10193780**
**Phone: (979) 567-4500**
**Website: www.payne-llc.com**

FIELD NOTE DESCRIPTION OF 30.034 ACRES, MORE OR LESS, BEING PART OF THE MICHAEL CRONICAN SURVEY, ABSTRACT 135, LIVE OAK COUNTY, TEXAS, AND BEING OUT OF THE 4239.14 ACRES DESCRIBED IN DEED TO CUATRO PAISANAS RANCH INC, RECORDED IN VOLUME 243, PAGE 118, OF THE DEED RECORDS OF LIVE OAK COUNTY, TEXAS, MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING at a 1/2" iron rod set with plastic cap stamped "Payne 6064", in the northwest corner of the herein described tract;

THENCE leaving the POINT OF BEGINNING, along the northwest line of the herein described tract, N 45°10'27" E a distance of 373.55 feet to a 1/2" iron rod set with plastic cap stamped "Payne 6064", for the north corner of this description;

THENCE along the northeast line of the herein described tract, S 36°51'36" E a distance of 1371.46 feet to a 1/2" iron rod set with a plastic cap stamped "Payne 6064", for the east corner of this description;

THENCE along the southeast line of the herein described tract, S 41°17'31" W a distance of 1105.67 feet to a 1/2" iron rod set with plastic cap stamped "Payne 6064", for the south corner of this description;

THENCE along the southwest line of the herein described tract, N 61°55'20" W a distance of 459.24 feet to a 1/2" iron rod set with plastic cap stamped "Payne 6064", for the southwest corner of this description;

THENCE along the west line of the herein described tract, N 1°51'57" E a distance of 1449.35 feet to the POINT OF BEGINNING. There are 30.034 acres, more or less, described in these field notes.

All iron rods set are capped with a plastic cap stamped "Payne 6064". The bearing basis for this survey was determined from GPS observations and refers to Grid North. This description was prepared by Payne Industries, LLC from an on the ground survey performed on July 18, 2018 and corresponds to a survey plat referenced as job number 1008-014.

Phillip C. Payne       RPLS #6064
Job No. 1008-014
August 9, 2018



Page 1 of 1

Bk Vol Ps
236362 OR 451 524

*EXHIBIT B*
*TRACT 2*

## Land Surveying Company: Payne Industries, LLC
### Firm Registration No: 10193780
### Phone: (979) 567-4500
### Website: www.payne-llc.com

**FIELD NOTE DESCRIPTION OF A 70 FOOT WIDE ACCESS ROAD EASEMENT, BEING 2.592 ACRES, MORE OR LESS, SITUATED IN THE MICHAEL CRONICAN SURVEY, ABSTRACT 135, AND THE CARL STERNBERG SURVEY, ABSTRACT 423, LIVE OAK COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:**

**BEGINNING** at a 1/2" iron rod set with plastic cap stamped "Payne 6064", at the southwest corner of a 30.034 acre tract, said point having Texas State Plane Coordinate System, (NAD 83), South Central Zone values of N: 13333335.79 and E: 2238156.07, for the southeast corner of this description;

**THENCE,** leaving the **POINT OF BEGINNING** and said 30.034 acre tract, S 85°54'50" W a distance of **651.00 feet** to a point of curvature;

**THENCE** Along a curve to the left with a delta of 08°03'13", a radius of 865.88 feet, an arc length of 121.71 feet and a chord which bears S 81°53'14" W a distance of 121.61 feet to a point;

**THENCE,** S 77°51'29" W a distance of 525.23 feet to a point of curvature;

**THENCE** Along a curve to the left with a delta of 43°40'24", a radius of 417.23 feet, an arc length of 318.03 feet and a chord which bears S 55°51'02" W a distance of 310.39 feet to a point, for the southwest corner of this description;

**THENCE,** N 06°41'06" W a distance of 98.52 feet to a point of curvature, for the northwest corner of this description;

**THENCE** Along a curve to the right with a delta of 34°52'05", a radius of 487.23 feet, an arc length of 296.51 feet and a chord which bears N 60°15'57" E a distance of 291.96 feet to a point;

**THENCE,** N 77°51'29" E a distance of 525.33 feet to a point of curvature;

**THENCE** Along a curve to the right with a delta of 08°03'13", a radius of 935.88 feet, an arc length of 131.55 feet and a chord which bears N 81°53'14" E a distance of 131.44 feet to a point;

**THENCE,** N 85°54'50" E a distance of 658.30 feet to a point in the west boundary line of said 30.034 acre tract, for the northeast corner of this description;

**THENCE** along the west boundary line of said 30.034 acre tract, S 01°51'57" W a distance of 70.38 feet to the **POINT OF BEGINNING.** There are 2.592 acres, more or less, described in these field notes.

All iron rods set are capped with a plastic cap stamped "Payne 6064". The bearing basis for this survey was determined from GPS observations and refers to Grid North. This description was prepared by Payne Industries, LLC from an on the ground survey performed on July 18, 2018 and corresponds to a survey plat referenced as job number 1008-014.

Phillip C. Payne        RPLS #6064
Job No. 1008-014
August 9, 2018

Page 1 of 1

Bk    Vol    Pg
236362    OR    451    525

*EXHIBIT C*
*TRACT 3*

**Land Surveying Company: Payne Industries, LLC**
**Firm Registration No: 10193780**
**Phone: (979) 567-4500**
**Website: www.payne-llc.com**

**FIELD NOTE DESCRIPTION OF A 70 FOOT WIDE ACCESS ROAD EASEMENT, BEING 3.827 ACRES, MORE OR LESS, SITUATED IN THE MICHAEL CRONICAN SURVEY, ABSTRACT 135, AND THE CARL STERNBERG SURVEY, ABSTRACT 423, LIVE OAK COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:**

**BEGINNING** at a 1/2" iron rod set with plastic cap stamped "Payne 6064", at the southwest corner of a 30.034 acre tract, said point having Texas State Plane Coordinate System, (NAD 83), South Central Zone values of N: 13333335.79 and E: 2238156.07, for the north corner of this description;

**THENCE**, leaving the **POINT OF BEGINNING**, along the southwest boundary line of said 30.034 acre tract, **S 61°55'20" E a distance of 73.15 feet** to a point, for the northeast corner of this description;

**THENCE**, leaving said 30.034 acre tract, **S 11°12'50" W a distance of 210.62 feet** to a point;

**THENCE, S 00°04'46" W a distance of 133.15 feet** to a point;

**THENCE, S 00°09'51" W a distance of 387.77 feet** to a point, for the east corner of this description;

**THENCE, S 54°10'42" W a distance of 1687.69 feet** to a point, for the southwest corner of this description;

**THENCE, N 07°05'49" W a distance of 79.82 feet** to a point, for the northwest corner of this description;

**THENCE, N 54°10'42" E a distance of 1613.65 feet** to a point, for the west corner of this description;

**THENCE, N 00°09'51" E a distance of 352.04 feet** to a point;

**THENCE, N 00°04'46" E a distance of 139.92 feet** to a point;

**THENCE, N 11°12'50" E a distance of 238.67 feet** to the **POINT OF BEGINNING**. There are 3.827 acres, more or less, described in these field notes.

All iron rods set are capped with a plastic cap stamped "Payne 6064". The bearing basis for this survey was determined from GPS observations and refers to Grid North. This description was prepared by Payne Industries, LLC from an on the ground survey performed on July 18, 2018 and corresponds to a survey plat referenced as job number 1008-014.

_____
Phillip C. Payne        RPLS #6064
Job No. 1008-014
August 9, 2018



Page 1 of 1

Exhibit "B"

The Notice

[SEE ATTACHED]

**AFTER RECORDING RETURN TO**:

Greenberg Traurig, LLP
1000 Louisiana, Suite 1700
Houston, Texas 77002
Attn: Kristen E. Bollinger

## NOTICE OF SUBSTITUTE TRUSTEE'S SALE

November 15, 2021 (the "*Effective Date*")

Notice is hereby given that a public nonjudicial foreclosure sale (the "*Foreclosure*"), at auction, of the Mortgaged Property (defined below) will be held at the date, time and place specified in this notice.

**DATE OF SALE**: Tuesday, December 7, 2021 (the first [1st] Tuesday of that month).

**TIME OF SALE**: The earliest time at which the Foreclosure will occur is 10:00 a.m. The Foreclosure shall begin at that time or not later than three (3) hours after that time.

**PLACE OF SALE**: The Foreclosure will take place on the front steps of the Live Oak County Courthouse, 301 Houston Street, George West, Texas 78022, or as otherwise designated by the Live Oak County, Texas Commissioner's Court.

**INDEBTEDNESS PROMPTING SALE**: (i) $11,000,000 Revolving Line of Credit Promissory Note dated November 13, 2018 (the "*Senior Note*") executed by Atlas Mining, LLC, a Texas limited liability company ("*Borrower*"), payable to the order of Sabine State Bank & Trust Company, a Louisiana financial institution ("*Noteholder*"); and (ii) $1,682,950.00 Fixed Rate Term Loan Promissory Note dated April 17, 2019 (the "*Subordinate Note*" and, collectively with the Senior Note, the "*Notes*") executed by Borrower and payable to the order of Noteholder. The Notes and all documents executed in connection with, or relating in any way to the Notes evidence loans (the "*Loans*") originally made by Noteholder to Borrower.

**DEEDS OF TRUST CREATING LIENS THAT ARE THE SUBJECT OF SALE**: Deed of Trust securing the Senior Note dated as of November 13, 2018 (the "*Deed of Trust*") by Borrower to Lee McCann, Trustee, for the benefit of Noteholder, covering, in part, certain tracts of land (the "*Land*") located in Live Oak County, Texas, as more particularly described therein and on *Exhibit A* attached hereto, which Deed of Trust is recorded as Instrument Number 1790413 in the Official Public Records of Real Property of Live Oak County, Texas

**PROPERTY BEING SOLD**: The Land, Minerals, Fixtures, Improvements, Personalty, and all other items located in Live Oak County, Texas, as described in the Deed of Trust and on *Exhibit B* attached hereto (collectively, the "*Mortgaged Property*").

**SUBSTITUTE TRUSTEE**: On October 7, 2021, Robert McWilliams was appointed substitute trustee.

*1*

*ACTIVE 60026986v5*

Pursuant to the terms and provisions contained within the Notes, the Deed of Trust, and other applicable loan documents, the Loans have been accelerated according to their terms and are in default, all appropriate notices have been provided and all cure periods have expired. Accordingly, therefore, all of the unpaid balance of (i) principal balances due under the Notes, (ii) accrued interest due under the Notes, and (iii) all other amounts provided for under the Notes, are due and payable in full. Noteholder has requested that the undersigned, as Substitute Trustee under the Deed of Trust, sell the Mortgaged Property for cash (except Noteholder may bid credit against the indebtedness due and owing), the proceeds of such nonjudicial foreclosure sale to be applied in accordance with the provisions of the Deed of Trust.

Therefore, at the date, time and place set forth above, as Substitute Trustee (or any subsequently appointed substitute trustee) will sell the Mortgaged Property to the highest bidder for cash pursuant to the terms of the Deed of Trust and applicable law.

IN WITNESS WHEREOF, this Notice of Substitute Trustee's Sale has been executed to be effective on the Effective Date.

By: _Robert McWilliams_____

Robert McWilliams, Substitute Trustee

STATE OF TEXAS          §
                        §
COUNTY OF LIVE OAK       §

This instrument was acknowledged before me on _November 10___, 2021, by Robert McWilliams, as Substitute Trustee, in the capacity herein stated.

(Seal)

_Amy Brysch_____
Notary Public, State of Texas

AMY BRYSCH
NOTARY PUBLIC
STATE OF TEXAS
ID # 1062736-0
My Comm. Expires 03-28-2024

Printed Name: _Amy Brysch_____

My Commission Expires: _03-28-2024_

2

*ACTIVE 60026986v5*

236362 Bk OR  Vol 451  Pg 529

# EXHIBIT A

## The Land

[SEE ATTACHED]

3

Bk    Vol    Pg
236362   OR    451    530

EXHIBIT A
TRACT 1

**Land Surveying Company: Payne Industries, LLC**
**Firm Registration No: 10193780**
**Phone: (979) 567-4500**
**Website: www.payne-llc.com**

**FIELD NOTE DESCRIPTION OF 30.034 ACRES, MORE OR LESS, BEING PART OF THE MICHAEL CRONICAN SURVEY, ABSTRACT 135, LIVE OAK COUNTY, TEXAS, AND BEING OUT OF THE 4239.14 ACRES DESCRIBED IN DEED TO CUATRO PAISANAS RANCH INC, RECORDED IN VOLUME 243, PAGE 118, OF THE DEED RECORDS OF LIVE OAK COUNTY, TEXAS, MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:**

**BEGINNING** at a 1/2" iron rod set with plastic cap stamped "Payne 6064", in the northwest corner of the herein described tract;

**THENCE** leaving the **POINT OF BEGINNING**, along the northwest line of the herein described tract, **N 45°10'27" E a distance of 373.55 feet** to a 1/2" iron rod set with plastic cap stamped "Payne 6064", for the north corner of this description;

**THENCE** along the northeast line of the herein described tract, **S 36°51'36" E a distance of 1371.46 feet** to a 1/2" iron rod set with a plastic cap stamped "Payne 6064", for the east corner of this description;

**THENCE** along the southeast line of the herein described tract, **S 41°17'31" W a distance of 1105.67 feet** to a 1/2" iron rod set with plastic cap stamped "Payne 6064", for the south corner of this description;

**THENCE** along the southwest line of the herein described tract, **N 61°55'20" W a distance of 459.24 feet** to a 1/2" iron rod set with plastic cap stamped "Payne 6064", for the southwest corner of this description;

**THENCE** along the west line of the herein described tract, **N 1°51'57" E a distance of 1449.35 feet** to the **POINT OF BEGINNING**. There are 30.034 acres, more or less, described in these field notes.

All iron rods set are capped with a plastic cap stamped "Payne 6064". The bearing basis for this survey was determined from GPS observations and refers to Grid North. This description was prepared by Payne Industries, LLC from an on the ground survey performed on July 18, 2018 and corresponds to a survey plat referenced as job number 1008-014.

Phillip C. Payne       RPLS #6064
Job No. 1008-014
August 9, 2018



Page 1 of 1

Bk Vol Pg
236362 OR 451 531

EXHIBIT B
TRACT 2

**Land Surveying Company: Payne Industries, LLC**
**Firm Registration No: 10193780**
**Phone: (979) 567-4500**
**Website: www.payne-llc.com**

**FIELD NOTE DESCRIPTION OF A 70 FOOT WIDE ACCESS ROAD EASEMENT, BEING 2.592 ACRES, MORE OR LESS, SITUATED IN THE MICHAEL CRONICAN SURVEY, ABSTRACT 135, AND THE CARL STERNBERG SURVEY, ABSTRACT 423, LIVE OAK COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:**

**BEGINNING** at a 1/2" iron rod set with plastic cap stamped "Payne 6064", at the southwest corner of a 30.034 acre tract, said point having Texas State Plane Coordinate System, (NAD 83), South Central Zone values of N: 13333335.79 and E: 2238156.07, for the southeast corner of this description;

**THENCE,** leaving the **POINT OF BEGINNING** and said 30.034 acre tract, S 85°54'50" W a distance of **651.00 feet** to a point of curvature;

**THENCE** Along a curve to the left with a **delta of 08°03'13"**, a **radius of 865.88 feet**, an **arc length of 121.71 feet** and a **chord which bears S 81°53'14" W a distance of 121.61 feet** to a point;

**THENCE, S 77°51'29" W a distance of 525.23 feet** to a point of curvature;

**THENCE** Along a curve to the left with a **delta of 43°40'24"**, a **radius of 417.23 feet**, an **arc length of 318.03 feet** and a **chord which bears S 55°51'02" W a distance of 310.39 feet** to a point, for the southwest corner of this description;

**THENCE, N 06°41'06" W a distance of 98.52 feet** to a point of curvature, for the northwest corner of this description;

**THENCE** Along a curve to the right with a **delta of 34°52'05"**, a **radius of 487.23 feet**, an **arc length of 296.51 feet** and a **chord which bears N 60°15'57" E a distance of 291.96 feet** to a point;

**THENCE, N 77°51'29" E a distance of 525.33 feet** to a point of curvature;

**THENCE** Along a curve to the right with a **delta of 08°03'13"**, a **radius of 935.88 feet**, an **arc length of 131.55 feet** and a **chord which bears N 81°53'14" E a distance of 131.44 feet** to a point;

**THENCE, N 85°54'50" E a distance of 658.30 feet** to a point in the west boundary line of said 30.034 acre tract, for the northeast corner of this description;

**THENCE** along the west boundary line of said 30.034 acre tract, S 01°51'57" W a distance of **70.38 feet** to the **POINT OF BEGINNING.** There are 2.592 acres, more or less, described in these field notes.

All iron rods set are capped with a plastic cap stamped "Payne 6064". The bearing basis for this survey was determined from GPS observations and refers to Grid North. This description was prepared by Payne Industries, LLC from an on the ground survey performed on July 18, 2018 and corresponds to a survey plat referenced as job number 1008-014.

Phillip C. Payne     RPLS #6064
Job No. 1008-014
August 9, 2018



Page 1 of 1

|   | Bk | Vol | Pg |
|---|----|-----|-----|
| 236362 | OR | 451 | 532 |

EXHIBIT C
TRACT 3

**Land Surveying Company: Payne Industries, LLC**
**Firm Registration No: 10193780**
**Phone: (979) 567-4500**
**Website: www.payne-llc.com**

**FIELD NOTE DESCRIPTION OF A 70 FOOT WIDE ACCESS ROAD EASEMENT, BEING 3.827 ACRES, MORE OR LESS, SITUATED IN THE MICHAEL CRONICAN SURVEY, ABSTRACT 135, AND THE CARL STERNBERG SURVEY, ABSTRACT 423, LIVE OAK COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:**

**BEGINNING** at a 1/2" iron rod set with plastic cap stamped "Payne 6064", at the southwest corner of a 30.034 acre tract, said point having Texas State Plane Coordinate System, (NAD 83), South Central Zone values of N: 13333335.79 and E: 2238156.07, for the north corner of this description;

**THENCE,** leaving the **POINT OF BEGINNING,** along the southwest boundary line of said 30.034 acre tract, **S 61°55'20" E a distance of 73.15 feet** to a point, for the northeast corner of this description;

**THENCE,** leaving said 30.034 acre tract, **S 11°12'50" W a distance of 210.62 feet** to a point;

**THENCE, S 00°04'46" W a distance of 133.15 feet** to a point;

**THENCE, S 00°09'51" W a distance of 387.77 feet** to a point, for the east corner of this description;

**THENCE, S 54°10'42" W a distance of 1687.69 feet** to a point, for the southwest corner of this description;

**THENCE, N 07°05'49" W a distance of 79.82 feet** to a point, for the northwest corner of this description;

**THENCE, N 54°10'42" E a distance of 1613.65 feet** to a point, for the west corner of this description;

**THENCE, N 00°09'51" E a distance of 352.04 feet** to a point;

**THENCE, N 00°04'46" E a distance of 139.92 feet** to a point;

**THENCE, N 11°12'50" E a distance of 238.67 feet** to the **POINT OF BEGINNING.** There are 3.827 acres, more or less, described in these field notes.

All iron rods set are capped with a plastic cap stamped "Payne 6064". The bearing basis for this survey was determined from GPS observations and refers to Grid North. This description was prepared by Payne Industries, LLC from an on the ground survey performed on July 18, 2018 and corresponds to a survey plat referenced as job number 1008-014.

Phillip C. Payne      RPLS #6064
Job No. 1008-014
August 9, 2018

Page 1 of 1

Bk    Vol    Pg
236362    OR    451    533

## EXHIBIT B

### The Mortgaged Property

As used herein, the term "Mortgaged Property" shall mean the following:

1.  The Land;

2.  To the extent owned by Borrower, all substances in, on, under, or above the Land which are now, or may become in the future, intrinsically valuable (that is, valuable in themselves) and which now or may be in the future enjoyed through extraction or removal from the property, including without limitation, oil, gas, and all other hydrocarbons, coal, lignite, carbon dioxide and all other nonhydrocarbon gases, uranium and all other radioactive substances, and gold, silver, copper, iron and all other metallic substances or ores (collectively, the "*Minerals*");

3.  All materials, supplies, equipment, systems, apparatus, and other items now owned or hereafter acquired by Borrower and now or hereafter attached to, installed in, or used in connection with (temporarily or permanently) any of the Improvements (as defined below) or the Land, which are now owned or hereafter acquired by Borrower and are now or hereafter attached to the Land or the Improvements, and including but not limited to any and all partitions, dynamos, window screens and shades, draperies, rugs and other floor coverings, awnings, motors, engines, boilers, furnaces, pipes, cleaning, call and sprinkler systems, fire extinguishing apparatus and equipment, water tanks, swimming pools, heating, ventilating, refrigeration, plumbing, laundry, lighting, generating, cleaning, waste disposal, transportation (of people or things, including but not limited to, stairways, elevators, escalators, and conveyors), incinerating, air conditioning and air cooling equipment and systems, gas and electric machinery, appurtenances and equipment, disposals, dishwashers, refrigerators and ranges, recreational equipment and facilities of all kinds, and lighting, traffic control, waste disposal, raw and potable water, gas, electrical, storm and sanitary sewer, telephone and cable television facilities, and all other utilities whether or not situated in easements, together with all accessions, appurtenances, replacements, betterments, and substitutions for any of the foregoing and the proceeds thereof (collectively, the "*Fixtures*");

4.  Any and all buildings, covered garages, air conditioning towers, open parking areas, structures and other improvements of any kind or nature, and any and all additions, alterations, betterments or appurtenances thereto, now or at any time hereafter situated, placed, or constructed upon the Land or any part thereof (collectively, the "*Improvements*");

5.  All of the right, title, and interest of Borrower in and to (i) furniture, furnishings, equipment, machinery, goods (including, but not limited to, crops, farm products, timber and timber to be cut, and as extracted collateral); (ii) general intangibles, money, insurance proceeds, accounts, contract and subcontract rights, trademarks, trade names, copyrights, chattel paper, instruments, investment property, letter of credit rights, inventory; (iii) all

*4*

*ACTIVE 60026986v5*

cash funds, fees (whether refundable, returnable or reimbursable), deposit accounts or other funds or evidences of cash, credit or indebtedness deposited by or on behalf of Borrower with any governmental agencies, boards, corporations, providers of utility services, public or private, including specifically, but without limitation, all refundable, returnable, or reimbursable tap fees, utility deposits, commitment fees and development costs, any awards, remunerations, reimbursements, settlements, or compensation heretofore made or hereafter to be made by any Governmental Authority (as defined in the Deed of Trust) pertaining to the Land, Improvements, Fixtures, Contracts (as defined below), or Personalty, including but not limited to those for any vacation of, or change of grade in, any streets affecting the Land or the Improvements and those for municipal utility district or other utility costs incurred or deposits made in connection with the Land; and (iv) all other personal property of any kind or character as defined in and subject to the provisions of the Code (Article 9 - Secured Transactions); any and all of which are now owned or hereafter acquired by Borrower, and which are now or hereafter situated in, on, or about the Land or the Improvements, or used in or necessary to the complete and proper planning, development, construction, financing, use, occupancy, or operation thereof, or acquired (whether delivered to the Land or stored elsewhere) for use in or on the Land or the Improvements, together with all accessions, replacements, and substitutions thereto or therefor and the proceeds thereof (collectively, the "*Personalty*");

6.  All of the right, title, and interest of Borrower, including equitable rights, in, to, and under any and all (i) contracts for the purchase of all or any portion of the Mortgaged Property, whether such contracts are now or at any time hereafter existing, including but without limitation, any and all earnest money or other deposits escrowed or to be escrowed or letters of credit provided or to be provided by the purchasers under the contracts, including all amendments and supplements to and renewals and extensions of the contracts at any time made, and together with all payments, earnings, income, and profits arising from the sale of all or any portion of the Mortgaged Property or from the contracts and all other sums due or to become due under and pursuant thereto and together with any and all earnest money, security, letters of credit or other deposits under any of the contracts; (ii) contracts, licenses, permits, and rights relating to living unit equivalents or other entitlements for water, wastewater, and other utility services whether executed, granted, or issued by a private person or entity or a governmental or quasi-governmental agency, which are directly or indirectly related to, or connected with, the development, ownership, maintenance or operation of the Mortgaged Property, whether such contracts, licenses, and permits are now or at any time thereafter existing, including without limitation, any and all rights of living unit equivalents or other entitlements with respect to water, wastewater, and other utility services, certificates, licenses, zoning variances, permits, and no-action letters from each governmental authority required: (a) to evidence compliance by Borrower and all improvements constructed or to be constructed on the Mortgaged Property with all Legal Requirements (as defined in the Deed of Trust) applicable to the Mortgaged Property, and (b) to develop and/or operate the Mortgaged Property as a commercial and/or residential project, as the case may be; (iii) any and all right, title, and interest Borrower may have in any financing arrangements relating to the financing of or the purchase of all or any portion of the Mortgaged Property by future purchasers; and (iv) all other contracts which in any way relate to the use, enjoyment, occupancy, operation, maintenance, repair,

5

ACTIVE 60026986v5

management or ownership of the Mortgaged Property (save and except any and all Leases), including but not limited to maintenance and service contracts and management agreements (collectively, the "*Contracts*"); and

7. Any and all leases, master leases, subleases, licenses, concessions, or other agreements (whether written or oral, or now or hereafter in effect) which grant to third parties a possessory interest in and to, or the right to use or occupy, all or any part of the Mortgaged Property, together with all security and other deposits or payments made in connection therewith (collectively, the "*Leases*");

together with any and all other security and collateral of any nature whatsoever, now or hereafter given for the repayment of the Indebtedness (as defined in the Deed of Trust) or the performance and discharge of the Obligations (as defined in the Deed of Trust).

As used in this Exhibit B, the term "now" refers to the date of the Deed of Trust.

```
Filed for Record in:
Live Oak County
On: Dec 07,2021  at  03:31P
Document Number:          236362
Amount:                   318.00
Receipt Number - 27701
            By,
Rebecca Gutierriez, Deputy
Ida Vasquez, County Clerk
Live Oak County
```

```
STATE OF TEXAS
COUNTY OF LIVE OAK
THIS IS TO CERTIFY THAT THE
FOREGOING IS A TRUE AND CORRECT
COPY OF THE DOCUMENT ON FILE IN
MY OFFICE WITNESS MY HAND AND
OFFICIAL SEAL THIS _____7th_ DAY OF

_____Dec___, 20 21.
IDA VASQUEZ, COUNTY CLERK

BY _Rebecca_____
            DEPUTY
```

Hold
Schneider + McWilliams
PC

ACTIVE 60026986v5