# Invoice

Three Rivers Sand LLC

1715 S University Drive
Nacogdoches, TX   75961

| Date | Invoice # |
|------|-----------|
| 7/1/2025 | 2174 |

| Bill To |
|---------|
| FCI Sand Operations, LLC |

| Description | Amount |
|-------------|--------|
| July 2025 Plant Payment | 116,028.62 |

**EXHIBIT**
**TRS-4**

| | **Total** | $116,028.62 |

Three Rivers Sand LLC

**Invoice**

1715 S University Drive
Nacogdoches, TX 75961

| Date | Invoice # |
|---|---|
| 8/8/2025 | 2176 |

| Bill To |
|---|
| FCI Sand Operations, LLC |

| Description | Amount |
|---|---|
| August 2025 Plant Payment | 116,028.62 |
| **Total** | **$116,028.62** |

Three Rivers Sand LLC

1715 S University Drive
Nacogdoches, TX   75961

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/1/2025 | 2179 |

| Bill To |
|---------|
| FCI Sand Operations, LLC |

| Description | Amount |
|-------------|--------|
| November 2025 Plant Payment | 116,028.62 |

| | **Total** | $116,028.62 |

# Invoice

Three Rivers Sand LLC

1715 S University Drive
Nacogdoches, TX 75961

| Date | Invoice # |
|---|---|
| 12/1/2025 | 2180 |

| Bill To |
|---|
| FCI Sand Operations, LLC |

| Description | Amount |
|---|---|
| December 2025 Plant Payment | 116,028.62 |

| | Total | $116,028.62 |
|---|---|---|

Three Rivers Sand LLC

1715 S University Drive
Nacogdoches, TX   75961

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2025 | 2181 |

| Bill To |
|---------|
| FCI Sand Operations, LLC |

| Description | Amount |
|-------------|--------|
| 2025 Live Oak County Property Taxes | 80,805.91 |

| | Total | $80,805.91 |

Three Rivers Sand LLC

1715 S University Drive
Nacogdoches, TX 75961

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/1/2026 | 2182 |

| Bill To |
|---------|
| FCI Sand Operations, LLC |

| Description | Amount |
|-------------|--------|
| January 2026 Plant Payment | 116,028.62 |
| **Total** | **$116,028.62** |

# Invoice

**Three Rivers Sand LLC**

1715 S University Drive
Nacogdoches, TX   75961

| Date | Invoice # |
|------|-----------|
| 2/1/2026 | 2183 |

| Bill To |
|---------|
| FCI Sand Operations, LLC |

| Description | Amount |
|-------------|--------|
| February 2026 Plant Payment | 116,028.62 |

| | **Total** | $116,028.62 |

# Invoice

**Three Rivers Sand LLC**

1715 S University Drive
Nacogdoches, TX   75961

| Date | Invoice # |
|------|-----------|
| 3/2/2026 | 2184 |

| Bill To |
|---------|
| FCI Sand Operations, LLC |

| Description | Amount |
|-------------|--------|
| March 2026 Plant Payment | 116,028.62 |
| **Total** | **$116,028.62** |