**Page:**

**Primary Account:**

**Date:**    02-28-26

**Account:**

---

**Three River Sands LLC**
1715 University Drive
Nacogdoches, TX 75961

Sabine State Bank
297 Elizabeth Street
Many, LA 71449

1059

1/28/2026

Pay To The Order Of    Live Oak County Appraisal District    $ **80,805.91

Eighty Thousand Eight Hundred Five and 91/100************************************************************************Dollars

Live Oak County Appraisal District
205 Bowie Street
George West, TX 78022

Owner ID: R61469, M20849998

Memo: _____

⑈000001059⑈ ⑆111102059⑆

---

**02/06/2026    1059    $80,805.91**

---



EXHIBIT
TRS-5

