**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **FCI SAND OPERATIONS, LLC,** | § | **CAUSE NO. 25-80481-mvl11** |
| **Debtor.** | § | |

**EXHIBIT AND WITNESS LIST OF DEERE CREDIT, INC. FOR THE HEARING ON
ITS MOTION TO COMPEL DEBTOR FCI SAND OPERATIONS, LLC'S
ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS**

Name of Debtor: **FCI Sand Operations, LLC**
Judge: **Hon. Michelle V. Larson**
Hearing Date: **April 28, 2026**
Hearing Time: **9:30 a.m. Central Time**
Location: **https://us-courts.webex.com/meet/larson**
Party's Name: **Deere Credit, Inc.**
Attorney's Name: **Jody D. Jenkins**
Attorney's Phone: **806-796-7351**
Nature of Proceeding: **Motion to Compel Debtor FCI Sand Operations, LLC's Assumption
or Rejection of Executory Contracts**

| EXHIBITS: | | | | |
|---|---|---|---|---|
| | | | | |
| **Exhibit** | **Description of Exhibits & Witnesses** | **Offered** | **Objection** | **Admitted** |
| DEERE - 1 | Proof of Claim for Contract 8000 [Claim 14] | | | |
| **Witnesses:** | | | | |
| | Authorized Representative for FCI Sand Operations, LLC, Debtor | | | |
| | William Ross, Authorized Representative for Deere Credit, Inc. | | | |

Deere reserves the right to amend this Witness List and to call other witnesses as may be

necessary for rebuttal or impeachment purposes. Deere also reserves the right to call any witnesses

designated or called by any other party to these proceedings.

Respectfully submitted,

Jody D. Jenkins
JENKINS & YOUNG, P.C.
P.O. Box 420
Lubbock, Texas 79408
(806) 806 687-9172
FAX: (806) 771-7351
jdjservice@jwylaw.com

By: */s/Jody D. Jenkins*
Jody D. Jenkins
State Bar No. 24029634
**ATTORNEYS FOR DEERE &
COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2026, a true and correct copy of the above and foregoing instrument was served upon all parties entitled to such notice including the following parties as provided by the ECF filing system.

FCI Sand Operations, LLC
606 County Road 121
Marbel Falls, TX 78654

Davor Rukavina
500 N Akard St, Ste. 4000
Dallas, TX 75201
drukavina@munsch.com

US Trustee
ustpregion06.da.ecf@usdoj.gov

*/s/ Jody D. Jenkins*
Jody D. Jenkins