**Daily Sales Trends**
**7/31/2025 - 4/22/2026**
**Summary of Data from Debtors' Fast Weigh System**

| Date | Tons | Date | Tons | Date | Tons | Date | Tons |
|---|---|---|---|---|---|---|---|
| 7/31/2025 | 1,667 | 9/7/2025 | 2,257 | 10/15/2025 | 2,677 | 11/24/2025 | 1,288 |
| 8/1/2025 | 1,695 | 9/8/2025 | 2,896 | 10/16/2025 | 2,868 | 11/25/2025 | 2,384 |
| 8/2/2025 | 1,624 | 9/9/2025 | 894 | 10/17/2025 | 2,307 | 11/26/2025 | 2,689 |
| 8/3/2025 | 1,770 | 9/10/2025 | 316 | 10/18/2025 | 2,519 | 11/27/2025 | 3,170 |
| 8/4/2025 | 1,528 | 9/11/2025 | 363 | 10/19/2025 | 2,145 | 11/28/2025 | 2,546 |
| 8/5/2025 | 1,912 | 9/12/2025 | 3,200 | 10/20/2025 | 1,873 | 11/29/2025 | 1,734 |
| 8/6/2025 | 2,195 | 9/13/2025 | 3,733 | 10/21/2025 | 1,599 | 11/30/2025 | 1,297 |
| 8/7/2025 | 1,879 | 9/14/2025 | 2,844 | 10/22/2025 | 1,171 | 12/1/2025 | 970 |
| 8/8/2025 | 1,678 | 9/15/2025 | 1,881 | 10/23/2025 | 1,295 | 12/2/2025 | 1,685 |
| 8/9/2025 | 1,355 | 9/16/2025 | 1,308 | 10/24/2025 | 3,156 | 12/3/2025 | 861 |
| 8/10/2025 | 1,312 | 9/17/2025 | 2,207 | 10/25/2025 | 3,462 | 12/4/2025 | 587 |
| 8/11/2025 | 1,598 | 9/18/2025 | 3,124 | 10/26/2025 | 3,267 | 12/5/2025 | 2,285 |
| 8/12/2025 | 2,013 | 9/19/2025 | 2,508 | 10/27/2025 | 2,684 | 12/6/2025 | 2,026 |
| 8/13/2025 | 1,676 | 9/20/2025 | 1,947 | 10/28/2025 | 2,728 | 12/7/2025 | 1,031 |
| 8/14/2025 | 1,096 | 9/21/2025 | 2,017 | 10/29/2025 | 2,809 | 12/8/2025 | 2,699 |
| 8/15/2025 | 1,077 | 9/22/2025 | 2,266 | 10/30/2025 | 4,586 | 12/9/2025 | 1,743 |
| 8/16/2025 | 2,188 | 9/23/2025 | 1,519 | 10/31/2025 | 3,054 | 12/10/2025 | 1,469 |
| 8/17/2025 | 1,905 | 9/24/2025 | 1,294 | 11/1/2025 | 3,238 | 12/11/2025 | 2,321 |
| 8/18/2025 | 2,293 | 9/25/2025 | 2,405 | 11/2/2025 | 1,748 | 12/12/2025 | 2,001 |
| 8/19/2025 | 2,040 | 9/26/2025 | 2,401 | 11/3/2025 | 1,873 | 12/13/2025 | 402 |
| 8/20/2025 | 2,110 | 9/27/2025 | 2,613 | 11/4/2025 | 1,620 | 12/14/2025 | - |
| 8/21/2025 | 2,540 | 9/28/2025 | 2,835 | 11/5/2025 | 2,418 | 12/15/2025 | 272 |
| 8/22/2025 | 3,442 | 9/29/2025 | 2,850 | 11/6/2025 | 1,962 | 12/16/2025 | 1,433 |
| 8/23/2025 | 2,410 | 9/30/2025 | 2,619 | 11/7/2025 | 1,719 | 12/17/2025 | 1,092 |
| 8/24/2025 | 1,522 | 10/1/2025 | 3,242 | 11/8/2025 | 2,365 | 12/18/2025 | 1,244 |
| 8/25/2025 | 1,969 | 10/2/2025 | 3,209 | 11/9/2025 | 2,838 | 12/19/2025 | 1,651 |
| 8/26/2025 | 2,521 | 10/3/2025 | 3,370 | 11/10/2025 | 3,641 | 12/20/2025 | 2,389 |
| 8/27/2025 | 2,570 | 10/4/2025 | 2,723 | 11/11/2025 | 2,164 | 12/21/2025 | 1,855 |
| 8/28/2025 | 2,304 | 10/5/2025 | 3,451 | 11/12/2025 | 1,688 | 12/22/2025 | 1,428 |
| 8/29/2025 | 2,495 | 10/6/2025 | 2,802 | 11/13/2025 | 3,280 | 12/23/2025 | 330 |
| 8/30/2025 | 2,171 | 10/7/2025 | 1,502 | 11/14/2025 | 2,628 | 12/24/2025 | 436 |
| 8/31/2025 | 2,100 | 10/8/2025 | 3,490 | 11/15/2025 | 2,965 | 12/25/2025 | 655 |
| 9/1/2025 | 1,213 | 10/9/2025 | 4,027 | 11/16/2025 | 2,957 | 12/26/2025 | 563 |
| 9/2/2025 | 1,950 | 10/10/2025 | 3,803 | 11/17/2025 | 2,780 | 12/27/2025 | 1,796 |
| 9/3/2025 | 2,649 | 10/11/2025 | 2,667 | 11/18/2025 | 3,730 | 12/28/2025 | 3,010 |
| 9/4/2025 | 2,422 | 10/12/2025 | 2,320 | 11/19/2025 | 3,158 | 12/29/2025 | 1,644 |
| 9/5/2025 | 1,286 | 10/13/2025 | 1,698 | 11/20/2025 | 3,736 | 12/30/2025 | 1,373 |
| 9/6/2025 | 1,114 | 10/14/2025 | 2,802 | 11/21/2025 | 3,773 | 12/31/2025 | 1,189 |

**EXHIBIT 8**

| Date | Tons | Date | Tons | Date | Tons |
|---|---|---|---|---|---|
| 11/22/2025 | 706 | 2/10/2026 | 5,067 | 3/20/2026 | 3,689 |
| 11/23/2025 | 1,971 | 2/11/2026 | 2,948 | 3/21/2026 | 2,760 |
| 1/3/2026 | 548 | 2/12/2026 | 936 | 3/22/2026 | 2,273 |
| 1/4/2026 | 1,894 | 1/1/2026 | 857 | 3/23/2026 | 1,251 |
| 1/5/2026 | 2,566 | 1/2/2026 | 773 | 3/24/2026 | 1,449 |
| 1/6/2026 | 789 | 2/13/2026 | 3,423 | 3/25/2026 | 1,870 |
| 1/7/2026 | 1,577 | 2/14/2026 | 2,452 | 3/26/2026 | 2,835 |
| 1/8/2026 | 1,662 | 2/15/2026 | 2,029 | 3/27/2026 | 3,696 |
| 1/9/2026 | 1,599 | 2/16/2026 | 2,332 | 3/28/2026 | 3,372 |
| 1/10/2026 | 1,935 | 2/17/2026 | 3,236 | 3/29/2026 | 2,315 |
| 1/11/2026 | 2,176 | 2/18/2026 | 2,774 | 3/30/2026 | 3,230 |
| 1/12/2026 | 1,769 | 2/19/2026 | 3,053 | 3/31/2026 | 2,844 |
| 1/13/2026 | 1,665 | 2/20/2026 | 2,483 | 4/1/2026 | 3,805 |
| 1/14/2026 | 1,151 | 2/21/2026 | 2,261 | 4/2/2026 | 2,690 |
| 1/15/2026 | 1,507 | 2/22/2026 | 50 | 4/3/2026 | 2,255 |
| 1/16/2026 | 1,145 | 2/23/2026 | 1,743 | 4/4/2026 | 1,999 |
| 1/17/2026 | 1,406 | 2/24/2026 | 2,613 | 4/5/2026 | 2,305 |
| 1/18/2026 | 2,067 | 2/25/2026 | 3,238 | 4/6/2026 | 2,236 |
| 1/19/2026 | 3,456 | 2/26/2026 | 3,294 | 4/7/2026 | 2,233 |
| 1/20/2026 | 3,205 | 2/27/2026 | 3,514 | 4/8/2026 | 3,125 |
| 1/21/2026 | 3,030 | 2/28/2026 | 3,634 | 4/9/2026 | 2,883 |
| 1/22/2026 | 1,638 | 3/1/2026 | 1,684 | 4/10/2026 | 2,805 |
| 1/23/2026 | 2,218 | 3/2/2026 | 1,228 | 4/11/2026 | 2,089 |
| 1/24/2026 | 1,322 | 3/3/2026 | 3,206 | 4/12/2026 | 1,780 |
| 1/25/2026 | 1,471 | 3/4/2026 | 1,601 | 4/13/2026 | 2,724 |
| 1/26/2026 | 2,537 | 3/5/2026 | 2,061 | 4/14/2026 | 1,759 |
| 1/27/2026 | 114 | 3/6/2026 | 1,423 | 4/15/2026 | 860 |
| 1/28/2026 | 571 | 3/7/2026 | 2,059 | 4/16/2026 | 2,087 |
| 1/29/2026 | 1,236 | 3/8/2026 | 919 | 4/17/2026 | 3,207 |
| 1/30/2026 | 2,407 | 3/9/2026 | 2,479 | 4/18/2026 | 4,156 |
| 1/31/2026 | 1,702 | 3/10/2026 | 2,516 | 4/19/2026 | 285 |
| 2/1/2026 | 2,965 | 3/11/2026 | 1,333 | 4/20/2026 | 25 |
| 2/2/2026 | 2,453 | 3/12/2026 | 1,184 | 4/21/2026 | 861 |
| 2/3/2026 | 1,660 | 3/13/2026 | 1,191 | 4/22/2026 | 307 |
| 2/4/2026 | 2,402 | 3/14/2026 | 2,164 | | |
| 2/5/2026 | 2,917 | 3/15/2026 | 1,326 | | |
| 2/6/2026 | 3,601 | 3/16/2026 | 692 | | |
| 2/7/2026 | 3,834 | 3/17/2026 | 2,581 | | |
| 2/8/2026 | 4,131 | 3/18/2026 | 2,481 | | |
| 2/9/2026 | 3,416 | 3/19/2026 | 2,290 | | |

**EXHIBIT 8**