**Daily Sales Trends**
**7/31/2025 - 4/22/2026**
**Summary of Data from Debtors' Fast Weigh**
**System**

| Date | Ton |
|------|-----|
| 7/31/2025 | 1,667 |
| 8/1/2025 | 1,695 |
| 8/2/2025 | 1,624 |
| 8/3/2025 | 1,770 |
| 8/4/2025 | 1,528 |
| 8/5/2025 | 1,912 |
| 8/6/2025 | 2,195 |
| 8/7/2025 | 1,879 |
| 8/8/2025 | 1,678 |
| 8/9/2025 | 1,355 |
| 8/10/2025 | 1,312 |
| 8/11/2025 | 1,598 |
| 8/12/2025 | 2,013 |
| 8/13/2025 | 1,676 |
| 8/14/2025 | 1,096 |
| 8/15/2025 | 1,077 |
| 8/16/2025 | 2,188 |
| 8/17/2025 | 1,905 |
| 8/18/2025 | 2,293 |
| 8/19/2025 | 2,040 |
| 8/20/2025 | 2,110 |
| 8/21/2025 | 2,540 |
| 8/22/2025 | 3,442 |
| 8/23/2025 | 2,410 |
| 8/24/2025 | 1,522 |
| 8/25/2025 | 1,969 |
| 8/26/2025 | 2,521 |
| 8/27/2025 | 2,570 |
| 8/28/2025 | 2,304 |
| 8/29/2025 | 2,495 |
| 8/30/2025 | 2,171 |
| 8/31/2025 | 2,100 |
| 9/1/2025 | 1,213 |
| 9/2/2025 | 1,950 |
| 9/3/2025 | 2,649 |
| 9/4/2025 | 2,422 |

**EXHIBIT 8**

| Date | Ton |
|---|---|
| 9/5/2025 | 1,286 |
| 9/6/2025 | 1,114 |
| 9/7/2025 | 2,257 |
| 9/8/2025 | 2,896 |
| 9/9/2025 | 894 |
| 9/10/2025 | 316 |
| 9/11/2025 | 363 |
| 9/12/2025 | 3,200 |
| 9/13/2025 | 3,733 |
| 9/14/2025 | 2,844 |
| 9/15/2025 | 1,881 |
| 9/16/2025 | 1,308 |
| 9/17/2025 | 2,207 |
| 9/18/2025 | 3,124 |
| 9/19/2025 | 2,508 |
| 9/20/2025 | 1,947 |
| 9/21/2025 | 2,017 |
| 9/22/2025 | 2,266 |
| 9/23/2025 | 1,519 |
| 9/24/2025 | 1,294 |
| 9/25/2025 | 2,405 |
| 9/26/2025 | 2,401 |
| 9/27/2025 | 2,613 |
| 9/28/2025 | 2,835 |
| 9/29/2025 | 2,850 |
| 9/30/2025 | 2,619 |
| 10/1/2025 | 3,242 |
| 10/2/2025 | 3,209 |
| 10/3/2025 | 3,370 |
| 10/4/2025 | 2,723 |
| 10/5/2025 | 3,451 |
| 10/6/2025 | 2,802 |
| 10/7/2025 | 1,502 |
| 10/8/2025 | 3,490 |
| 10/9/2025 | 4,027 |
| 10/10/2025 | 3,803 |
| 10/11/2025 | 2,667 |
| 10/12/2025 | 2,320 |
| 10/13/2025 | 1,698 |
| 10/14/2025 | 2,802 |
| 10/15/2025 | 2,677 |

**EXHIBIT 8**

| Date | Ton |
|---|---|
| 10/16/2025 | 2,868 |
| 10/17/2025 | 2,307 |
| 10/18/2025 | 2,519 |
| 10/19/2025 | 2,145 |
| 10/20/2025 | 1,873 |
| 10/21/2025 | 1,599 |
| 10/22/2025 | 1,171 |
| 10/23/2025 | 1,295 |
| 10/24/2025 | 3,156 |
| 10/25/2025 | 3,462 |
| 10/26/2025 | 3,267 |
| 10/27/2025 | 2,684 |
| 10/28/2025 | 2,728 |
| 10/29/2025 | 2,809 |
| 10/30/2025 | 4,586 |
| 10/31/2025 | 3,054 |
| 11/1/2025 | 3,238 |
| 11/2/2025 | 1,748 |
| 11/3/2025 | 1,873 |
| 11/4/2025 | 1,620 |
| 11/5/2025 | 2,418 |
| 11/6/2025 | 1,962 |
| 11/7/2025 | 1,719 |
| 11/8/2025 | 2,365 |
| 11/9/2025 | 2,838 |
| 11/10/2025 | 3,641 |
| 11/11/2025 | 2,164 |
| 11/12/2025 | 1,688 |
| 11/13/2025 | 3,280 |
| 11/14/2025 | 2,628 |
| 11/15/2025 | 2,965 |
| 11/16/2025 | 2,957 |
| 11/17/2025 | 2,780 |
| 11/18/2025 | 3,730 |
| 11/19/2025 | 3,158 |
| 11/20/2025 | 3,736 |
| 11/21/2025 | 3,773 |
| 11/22/2025 | 706 |
| 11/23/2025 | 1,971 |
| 11/24/2025 | 1,288 |
| 11/25/2025 | 2,384 |

**EXHIBIT 8**

| Date | Ton |
|---|---|
| 11/26/2025 | 2,689 |
| 11/27/2025 | 3,170 |
| 11/28/2025 | 2,546 |
| 11/29/2025 | 1,734 |
| 11/30/2025 | 1,297 |
| 12/1/2025 | 970 |
| 12/2/2025 | 1,685 |
| 12/3/2025 | 861 |
| 12/4/2025 | 587 |
| 12/5/2025 | 2,285 |
| 12/6/2025 | 2,026 |
| 12/7/2025 | 1,031 |
| 12/8/2025 | 2,699 |
| 12/9/2025 | 1,743 |
| 12/10/2025 | 1,469 |
| 12/11/2025 | 2,321 |
| 12/12/2025 | 2,001 |
| 12/13/2025 | 402 |
| 12/14/2025 | - |
| 12/15/2025 | 272 |
| 12/16/2025 | 1,433 |
| 12/17/2025 | 1,092 |
| 12/18/2025 | 1,244 |
| 12/19/2025 | 1,651 |
| 12/20/2025 | 2,389 |
| 12/21/2025 | 1,855 |
| 12/22/2025 | 1,428 |
| 12/23/2025 | 330 |
| 12/24/2025 | 436 |
| 12/25/2025 | 655 |
| 12/26/2025 | 563 |
| 12/27/2025 | 1,796 |
| 12/28/2025 | 3,010 |
| 12/29/2025 | 1,644 |
| 12/30/2025 | 1,373 |
| 12/31/2025 | 1,189 |
| 1/1/2026 | 857 |
| 1/2/2026 | 773 |
| 1/3/2026 | 548 |
| 1/4/2026 | 1,894 |
| 1/5/2026 | 2,566 |

**EXHIBIT 8**

| Date | Ton |
|---|---|
| 1/6/2026 | 789 |
| 1/7/2026 | 1,577 |
| 1/8/2026 | 1,662 |
| 1/9/2026 | 1,599 |
| 1/10/2026 | 1,935 |
| 1/11/2026 | 2,176 |
| 1/12/2026 | 1,769 |
| 1/13/2026 | 1,665 |
| 1/14/2026 | 1,151 |
| 1/15/2026 | 1,507 |
| 1/16/2026 | 1,145 |
| 1/17/2026 | 1,406 |
| 1/18/2026 | 2,067 |
| 1/19/2026 | 3,456 |
| 1/20/2026 | 3,205 |
| 1/21/2026 | 3,030 |
| 1/22/2026 | 1,638 |
| 1/23/2026 | 2,218 |
| 1/24/2026 | 1,322 |
| 1/25/2026 | 1,471 |
| 1/26/2026 | 2,537 |
| 1/27/2026 | 114 |
| 1/28/2026 | 571 |
| 1/29/2026 | 1,236 |
| 1/30/2026 | 2,407 |
| 1/31/2026 | 1,702 |
| 2/1/2026 | 2,965 |
| 2/2/2026 | 2,453 |
| 2/3/2026 | 1,660 |
| 2/4/2026 | 2,402 |
| 2/5/2026 | 2,917 |
| 2/6/2026 | 3,601 |
| 2/7/2026 | 3,834 |
| 2/8/2026 | 4,131 |
| 2/9/2026 | 3,416 |
| 2/10/2026 | 5,067 |
| 2/11/2026 | 2,948 |
| 2/12/2026 | 936 |
| 2/13/2026 | 3,423 |
| 2/14/2026 | 2,452 |
| 2/15/2026 | 2,029 |

**EXHIBIT 8**

| Date | Ton |
|---|---|
| 2/16/2026 | 2,332 |
| 2/17/2026 | 3,236 |
| 2/18/2026 | 2,774 |
| 2/19/2026 | 3,053 |
| 2/20/2026 | 2,483 |
| 2/21/2026 | 2,261 |
| 2/22/2026 | 50 |
| 2/23/2026 | 1,743 |
| 2/24/2026 | 2,613 |
| 2/25/2026 | 3,238 |
| 2/26/2026 | 3,294 |
| 2/27/2026 | 3,514 |
| 2/28/2026 | 3,634 |
| 3/1/2026 | 1,684 |
| 3/2/2026 | 1,228 |
| 3/3/2026 | 3,206 |
| 3/4/2026 | 1,601 |
| 3/5/2026 | 2,061 |
| 3/6/2026 | 1,423 |
| 3/7/2026 | 2,059 |
| 3/8/2026 | 919 |
| 3/9/2026 | 2,479 |
| 3/10/2026 | 2,516 |
| 3/11/2026 | 1,333 |
| 3/12/2026 | 1,184 |
| 3/13/2026 | 1,191 |
| 3/14/2026 | 2,164 |
| 3/15/2026 | 1,326 |
| 3/16/2026 | 692 |
| 3/17/2026 | 2,581 |
| 3/18/2026 | 2,481 |
| 3/19/2026 | 2,290 |
| 3/20/2026 | 3,689 |
| 3/21/2026 | 2,760 |
| 3/22/2026 | 2,273 |
| 3/23/2026 | 1,251 |
| 3/24/2026 | 1,449 |
| 3/25/2026 | 1,870 |
| 3/26/2026 | 2,835 |
| 3/27/2026 | 3,696 |
| 3/28/2026 | 3,372 |

**EXHIBIT 8**

| Date | Ton |
|---|---|
| 3/29/2026 | 2,315 |
| 3/30/2026 | 3,230 |
| 3/31/2026 | 2,844 |
| 4/1/2026 | 3,805 |
| 4/2/2026 | 2,690 |
| 4/3/2026 | 2,255 |
| 4/4/2026 | 1,999 |
| 4/5/2026 | 2,305 |
| 4/6/2026 | 2,236 |
| 4/7/2026 | 2,233 |
| 4/8/2026 | 3,125 |
| 4/9/2026 | 2,883 |
| 4/10/2026 | 2,805 |
| 4/11/2026 | 2,089 |
| 4/12/2026 | 1,780 |
| 4/13/2026 | 2,724 |
| 4/14/2026 | 1,759 |
| 4/15/2026 | 860 |
| 4/16/2026 | 2,087 |
| 4/17/2026 | 3,207 |
| 4/18/2026 | 4,156 |
| 4/19/2026 | 285 |
| 4/20/2026 | 25 |
| 4/21/2026 | 861 |
| 4/22/2026 | 307 |

**EXHIBIT 8**