Davor Rukavina, Esq.
Texas Bar No. 24030781
J. Kyle Jaksa, Esq.
Texas Bar No. 24120923
**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard St., Ste. 4000
Dallas, TX 75201
Telephone:  (214) 855-7500
E-mail:     drukavina@munsch.com
            kjaksa@munsch.com

COUNSEL TO THE DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FCI SAND OPERATIONS, LLC, *et al.*, | § | Case No. 25-80481-mvl-11 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

**NOTICE OF REVISED PROPOSED ORDER**
[Relates to Dkt. No. 413]

**PLEASE TAKE NOTICE** that the Debtors hereby file this notice of the revised version of the proposed *Order Approving the Debtors' Emergency Motion (i) Approving Additional Postpetition Financing on First Priority, Priming Basis, (ii) Approving the Debtors' Selection of a Stalking Horse Bidder, (iii) Approving Bid Protections in Connection Therewith, and (iv) Granting Related Relief* (the "Proposed Order"), a copy of which is attached hereto as **Exhibit A**.  A redline comparing the revised Proposed Order and the previous version filed as an attachment to the *Debtors' Notice of Proposed Order on Motion for Additional Postpetition Financing and to Approve Stalking Horse Bid* [Dkt. No. 413] is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that copies of the foregoing and all other pleadings in these chapter 11 cases may be obtained from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: FCI Sand Operations, LLC (2539) and FCI South, LLC (4193) (the "Debtors"). The location of the Debtors' service address is 606 County Rd. 121, Marble Falls, TX 78654.

RESPECTFULLY SUBMITTED on April 29, 2026.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ J. Kyle Jaksa*
Davor Rukavina, Esq.
Texas Bar No. 24030781
J. Kyle Jaksa, Esq.
Texas Bar No. 24120923
500 N. Akard St., Ste. 4000
Dallas, TX 75201
Telephone: (214) 855-7500
E-mail: drukavina@munsch.com
E-mail: kjaksa@munsch.com

**COUNSEL TO THE DEBTORS**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on April 29, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

By: */s/ J. Kyle Jaksa*
J. Kyle Jaksa, Esq.