

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

_____
**Signed April 30, 2026**                                       **United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FCI SAND OPERATIONS, LLC, *et al*,[1] | § | Case No. 25-80481-mvl-11 |
| | § | |
| Debtors. | § | Jointly Administered |

### ORDER DENYING CUATRO PAISANAS RANCH, INC.'S APPLICATION FOR ALLOWANCE AND PAYMENT OF POST-PETITION ADMINISTRATIVE EXPENSE CLAIM

Before the Court is the *Application for Allowance and Payment of Post-Petition Administrative Expense Claim* (Dkt. No. 338, the "Application"), filed by Cuatro Paisanas Ranch, Inc. ("CP Ranch"). The Court held a hearing on the Application over the course of two days on April 7 and 16, 2026. The Court issued an oral ruling on the Application on April 16, 2026, which is incorporated herein by reference. For the reasons stated on the record, it is hereby ORDERED that the Application is DENIED.

### End of Order ###

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: FCI Sand Operations, LLC (2539) and FCI South, LLC (4193) (the "Debtors").